UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Ivo Bechtiger (Walchli)
                 Defendant(s).
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2022

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

20 -CR- 497 (GHW)

Defendant ___Daniel Walchli_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

x__ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Daniel Walchli_____
Print Defendant's Name

_____
Defense Counsel's Signature

_Richard F. Albert_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing or teleconferencing technology.

March 16, 2022
Date

_____
U.S. ~~District~~ Judge