# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
(212) 880-9470

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

April 7, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2022

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    <u>United States v. Ivo Bechtiger, et al.</u>, 20 Cr. 497 (GHW)

Dear Judge Woods:

      This firm represents Daniel Wälchli, a defendant in the above-captioned matter. We respectfully submit this letter to request a temporary modification of Mr. Wälchli's bail conditions to permit him to travel to Egypt on vacation from June 3, 2022 to June 13, 2022.

      As your Honor may recall, Mr. Wälchli is a Swiss citizen who is charged in a one count indictment with having conspired to defraud the United States in violation of 18 U.S.C. § 371. Mr. Wälchli voluntarily agreed to come to the United States to contest the charges. On March 16, 2022, Magistrate Judge Robert W. Lehrburger released Mr. Wälchli on a previously agreed upon bail package that permits Mr. Wälchli to travel to any country in the world for work and to travel on personal matters within the European Union, the United Kingdom, and Switzerland.

      Mr. Wälchli is requesting permission to travel to Egypt with his wife from June 3, 2022 to June 13, 2022. Mr. Wälchli and his wife had originally planned to take this vacation in 2019 as part of their 20th wedding anniversary celebration, but were forced to postpone the trip on several occasions, first for family reasons and then due to the COVID-19 pandemic. I have discussed this matter with the prosecutors, and they have informed me that the government takes no position with respect to this application.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Gregory H. Woods
April 7, 2022
Page 2

      Thank you in advance for your consideration of this request.

      Respectfully submitted,

/s/ Jeremy H. Temkin
Jeremy H. Temkin
Richard F. Albert

cc:    AUSA Olga Zverovich (by ECF)
       SAUSA Nanette Davis (by ECF)

Application granted. The defendant's bail conditions are modified as follows: the defendant may travel to Egypt from June 3, 2022 to June 13, 2022. The remaining conditions of his pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.

SO ORDERED.

Dated: April 14, 2022
New York, New York

GREGORY H. WOODS
United States District Judge