USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   UNITED STATES OF AMERICA,
                      -v-                                            1:20-cr-497-GHW-6
   DANIEL WALCHLI,                         ORDER
                            Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on Monday, June 5, 2023 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendant are due no later than September 30, 2022. The Government's oppositions to any defense motions are due no later than October 28, 2022. Defendants' replies, if any, are due no later than November 11, 2022. The Court will hold a hearing on any defense motions necessitating a hearing on December 2, 2022 at 1:00 p.m.

The parties shall exchange expert materials and the Government shall provide Rule 404(b) disclosures to defense counsel no later than February 10, 2023. The Government shall provide a draft of its request to charge to defense counsel no later than February 17, 2023. The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than March 10, 2023. If any motions *in limine* are filed, opposition papers are due no later than fourteen days after the date of service of the motion. Reply papers, if any, are due no later than seven days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on May 19, 2023 at 9:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than March 10, 2023. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: September 2, 2022
New York, New York

GREGORY H. WOODS
United States District Judge