USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2022

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

jtemkin@maglaw.com
ralbert@maglaw.com
(212) 856-9600

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

**VIA ECF**

September 30, 2022

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMORANDUM ENDORSED**

Re:   United States v. Ivo Bechtiger, et al., 20 Cr. 497 (GHW)

Dear Judge Woods:

      As your Honor is aware, this firm represents Daniel Wälchli, a defendant in the above-captioned matter. Pursuant to the schedule previously fixed by the Court, our pretrial motions are due today, September 30, 2022. Because our motion papers discuss and include as exhibits materials the government has designated as "Sensitive", the Protective Order entered in this case requires that we seek the government's consent before publicly filing them. *See* Dkt. No. 32. We have conferred with the government attorneys in this case and agreed that the most efficient process would be for us to serve unredacted versions of our motion papers today and allow the government attorneys to review those papers and propose any redactions they believe are necessary before the documents are publicly filed.

      Accordingly, subject to the Court's approval, we intend to submit unredacted versions of our motion papers to the government and to the Court today via email.[1] The government has agreed to give us its view as to what materials, if any, they believe need to be filed under seal no later than Thursday, October 6, 2022. We will then promptly file our motion papers with any necessary redactions, or seek the Court's resolution of any disputes regarding what matters need to be filed under seal.

---

[1] Pursuant to Rule 2(A) of the Court's Individual Rules of Practice in Criminal Cases, we intend to email our papers to WoodsNYSDChambers@nysd.uscourts.gov as .pdf attachments.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Gregory H. Woods
September 30, 2022
Page 2

      If the Court wishes, we are available to discuss this matter at the Court's convenience.

      Respectfully submitted,

      /s/ *Jeremy H. Temkin*
      Jeremy H. Temkin
      Richard F. Albert

cc:    AUSA Olga Zverovich (by ECF)
       SAUSA Nanette Davis (by ECF)
       Christopher Magnani, Esq. (by ECF)

Application granted in part.  Defendant should serve his pretrial motions on the United States today, September 30, 2022.  He should not email them to the Court.  Defendant should file his motion papers, with any redactions, no later than October 10, 2022, and must email unredacted versions of the submissions to the Court on the same day.  Either the Government or Defendant must file on October 10, 2022 a letter motion to file under seal any materials that have been redacted from the public filing.  Because the Government will be in receipt of the unredacted versions of Defendant's pretrial motions today, the other deadlines set in this case, Dkt. No. 39, are unchanged.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.

SO ORDERED.

Dated: September 30, 2022
New York, New York

      GREGORY H. WOODS
      United States District Judge