UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,    )

    )    **NOTICE OF MOTION**

- v. -    )

    )    20 Cr. 497 (GHW)

IVO BECHTIGER, et al.,    )

    )

    Defendants.    )

---

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Jeremy H. Temkin, and the exhibits attached thereto, defendant Daniel Wälchli, through his undersigned counsel, respectfully moves this Court before the Honorable Gregory H. Woods, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Indictment or, in the alternative, for various pretrial relief.

Dated: September 30, 2022
    New York, New York

        MORVILLO, ABRAMOWITZ
        GRAND, IASON & ANELLO, P.C.

    By:  /s/ *Jeremy H. Temkin*
        Jeremy H. Temkin
        Richard F. Albert
        Daniel P. Gordon
        Katherine J. Drooyan
        565 Fifth Avenue
        New York, NY 10017
        (212) 856-9600 (telephone)
        (212) 856-9494 (facsimile)

        *Attorneys for Defendant Daniel Wälchli*