USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2022

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

jtemkin@maglaw.com
ralbert@maglaw.com
(212) 856-9600

November 30, 2022

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: <u>United States v. Ivo Bechtiger, et al.</u>, 20 Cr. 497 (GHW)

Dear Judge Woods:

This firm represents Daniel Wälchli, the defendant in the above-referenced matter. We write to request that the Court postpone the oral argument currently scheduled for December 2, 2022 at 1:00 p.m. The government consents to this request.

As discussed in our November 17, 2022 letter to the Court, Mr. Wälchli wants to attend the oral argument. Because he resides in Switzerland, he cannot enter the United States without a parole letter authorized by the Department of Homeland Security and issued by the U.S. Embassy in Bern. While we have been in regular communication with the government, and Mr. Wälchli's Swiss counsel has been in contact with the U.S. Embassy in Bern, as of close of business in Switzerland today, the Department of Homeland Security still had not authorized the issuance of the required parole letter. As a result, Mr. Wälchli will be unable to travel to the United States to attend the argument.

We have conferred with the government and the parties respectfully request that the Court reschedule oral argument for January 5, 17, 19-20, 23-24 or 27. If possible, defense counsel would prefer January 17, 19 or 20. Additionally, because one member of the defense team is a Sabbath observer and resides outside of New York City, we respectfully request that, if the Court schedules argument for a Friday, it do so in the morning.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Gregory H. Woods
November 30, 2022
Page 2

      We are, of course, available to address this application in person or by telephone. Thank you in advance for your consideration of this matter.

                              Respectfully submitted,

                              /s/ *Jeremy H. Temkin*
                              Jeremy H. Temkin
                              Richard F. Albert

cc:    AUSA Olga Zverovich (by ECF)
       SAUSA Nanette Davis (by ECF)
       SAUSA Christopher Magnani (by ECF)

Application granted. The hearing previously scheduled for December 2, 2022, *see* Dkt. No. 57, is hereby adjourned to January 5, 2023, at 2:30 p.m. The hearing will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58.

SO ORDERED.

Dated: November 30, 2022
New York, New York

                              GREGORY H. WOODS
                              United States District Judge