```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
              -v -                                                :         1:20-cr-497-GHW-6
                                                                  :
IVO BECHTIGER, et al.,                                            :         ORDER
                                                                  :
                          Defendants.                             :
                                                                  :
----------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

      For the reasons given at the January 5, 2023 conference, Defendant Daniel Wälchli's motion to dismiss the indictment, Dkt. No. 44, is denied.  Additionally, for the reasons given at that same conference, the Government is ORDERED to produce a Bill of Particulars no later than fourteen days from the date of this order.  The Government is further ORDERED to produce exhibit and witness lists, impeachment materials, and copies of its exhibits no later than four weeks before trial.  Defendant is ORDERED to produce these same materials no later than three weeks before trial.  The Court also understands the parties to have committed to producing material under the Jencks Act on that timetable.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 44.

      SO ORDERED.

Dated: January 5, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge