# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK**
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
ralbert@maglaw.com
(212) 856-9600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2023

January 13, 2023

**MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Application granted. The defendant's conditions of pretrial release are modified as follows: the defendant may travel to Mauritius from April 7, 2023 through April 23, 2023. All other conditions of his pretrial release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 67.
SO ORDERED.
Dated: January 14, 2023

_____
GREGORY H. WOODS
United States District Judge

Re:   United States v. Ivo Bechtiger, et al., 20 Cr. 497 (GHW)

Dear Judge Woods:

This firm represents Daniel Wälchli, the defendant in the above-captioned matter.

As your Honor may recall, on March 16, 2022, Magistrate Judge Robert W. Lehrburger released Mr. Wälchli on a bail package that permits him to travel to any country in the world for work and to travel on personal matters within the European Union, the United Kingdom, and Switzerland. We respectfully write to request a temporary modification of Mr. Wälchli's bail conditions to permit him to travel to Mauritius on vacation with his family from April 7, 2023 to April 23, 2023. We have communicated with the prosecutors and they have informed us that the government takes no position with respect to this application.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Jeremy H. Temkin*
Jeremy H. Temkin
Richard F. Albert

cc:   AUSA Olga Zverovich (by ECF)
SAUSA Nanette Davis (by ECF)
SAUSA Christopher Magnani (by ECF)