USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2023

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 23, 2023

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re:    *United States v. Ivo Bechtiger et al.*, No. 20 Cr. 497 (GHW)

Dear Judge Woods:

    This firm represents Daniel Wälchli, the defendant in the above-captioned matter.

    By Orders dated September 2 and December 13, 2022, the Court set a deadline of February 10, 2023 for expert witness disclosures and a deadline of March 24, 2023 for rebuttal materials. Dkt. Nos. 39, 65. By letter dated February 6, 2023, we requested a two-week adjournment of these deadlines, with the new deadlines being February 24, 2023 and April 7, 2023, respectively. Dkt. No. 71. The Court granted the request that same day. Dkt. No. 72.

    I respectfully write to request a further one-business day adjournment of these deadlines, with the new deadlines being February 27, 2023 for initial disclosures and April 10, 2023 for rebuttal disclosures. Assistant U.S. Attorney Olga Zverovich has informed me that the government has no objection to this adjournment.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable Gregory H. Woods
February 23, 2023
Page 2

   Thank you for your consideration of this request.

            Respectfully submitted,

            /s/ *Jeremy H. Temkin*
            Jeremy H. Temkin
            *Counsel to Daniel Wälchli*

cc: AUSA Olga Zverovich (by ECF)
   SAUSA Nanette Davis (by ECF)
   SAUSA Christopher Magnani (by ECF)

Application granted.  The expert witness disclosure deadline is adjourned to February 27, 2023, and the rebuttal materials deadline is adjourned to April 10, 2023.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 73.

SO ORDERED.

Dated: February 24, 2023
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge