# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 7, 2023

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *United States v. Ivo Bechtiger et al.*, No. 20 Cr. 497 (GHW)

Dear Judge Woods:

      This firm represents Daniel Wälchli, the defendant in the above-captioned matter.

      By Order dated September 2, 2022, your Honor set the schedule for the submission of motions *in limine*, requests to charge, proposed verdict forms, proposed *voir dire* questions, a proposed brief description of the case, and a brief, mutually acceptable overview of the applicable law (collectively "Pretrial Materials"). Dkt. No. 39. On behalf of both parties, I respectfully request a one-week adjournment of the dates set forth in the September 2, 2022 Order. If the parties' request is granted, Pretrial Materials will be due on March 17, 2023; papers opposing motions *in limine* will be due on March 31; and reply papers with respect to motions *in limine* will be due on April 7, 2023.

      Thank you for consideration of this request.

                                                  Respectfully submitted,

                                                  /s/ *Jeremy H. Temkin*
                                                  Jeremy H. Temkin
                                                  *Counsel to Daniel Wälchli*

cc:    AUSA Olga Zverovich (by ECF)
        SAUSA Nanette Davis (by ECF)
        SAUSA Christopher Magnani (by ECF)