Case 1:20-cr-00497-GHW   Document 76   Filed 03/07/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2023

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

jtemkin@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND
———
COUNSEL
JASMINE JUTEAU
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

**VIA ECF**                         March 7, 2023                         **MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Ivo Bechtiger et al.*, No. 20 Cr. 497 (GHW)

Dear Judge Woods:

This firm represents Daniel Wälchli, the defendant in the above-captioned matter.

By Order dated September 2, 2022, your Honor set the schedule for the submission of motions *in limine*, requests to charge, proposed verdict forms, proposed *voir dire* questions, a proposed brief description of the case, and a brief, mutually acceptable overview of the applicable law (collectively "Pretrial Materials").  Dkt. No. 39.  On behalf of both parties, I respectfully request a one-week adjournment of the dates set forth in the September 2, 2022 Order.  If the parties' request is granted, Pretrial Materials will be due on March 17, 2023; papers opposing motions *in limine* will be due on March 31; and reply papers with respect to motions *in limine* will be due on April 7, 2023.

Thank you for consideration of this request.

cc:   AUSA Olga Zverovich (by ECF)
      SAUSA Nanette Davis (by ECF)
      SAUSA Christopher Magnani (by ECF)

Respectfully submitted,

/s/ *Jeremy H. Temkin*
Jeremy H. Temkin
*Counsel to Daniel Wälchli*

---

Application granted.  The pretrial materials referred to in the Court's September 2, 2022 order are due no later than March 17, 2023; papers opposing motions *in limine* are due no later than March 31, and reply papers concerning motions *in limine* are due no later than April 7, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 75.

SO ORDERED.

Dated:  March 7, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge