# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 14, 2023

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: *United States v. Ivo Bechtiger et al.*, No. 20 Cr. 497 (GHW)

Dear Judge Woods:

  On March 7, 2023, the parties jointly requested a one-week adjournment of the pretrial deadlines set forth in your Honor's Scheduling Order dated September 2, 2022. Dkt. No. 75. The Court granted the parties' request that same day. Dkt. No. 76.

  The parties respectfully submit this letter jointly to request another one-week adjournment of the Court's pretrial deadlines. If granted, the parties' motions *in limine*, requests to charge, proposed verdict forms, proposed *voir dire* questions, proposed brief description of the case, and brief, mutually acceptable overview of the applicable law will be due on March 24, 2023; papers opposing motions *in limine* will be due on April 7, 2023; and reply papers with respect to motions *in limine* will be due on April 14, 2023.

  The parties are, of course, available at the Court's convenience to address any questions your Honor may have regarding this request.

          Respectfully submitted,

          /s/ *Jeremy H. Temkin*
          Jeremy H. Temkin
          *Counsel to Daniel Wälchli*

cc: AUSA Olga Zverovich (by ECF)
   SAUSA Nanette Davis (by ECF)
   SAUSA Christopher Magnani (by ECF)