# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
(212) 880-9470

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

April 12, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2023

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Ivo Bechtiger et al.*, No. 20 Cr. 497 (GHW)

Dear Judge Woods:

This firm represents Daniel Wälchli, the defendant in the above-captioned matter.

At the change of plea proceeding held on March 30, 2023, the Court granted my application and scheduled sentencing for April 2, 2024. The Court further ordered the government to submit its Statement of the Case to the Probation Department within one week and Mr. Wälchli to be interviewed by the Probation Department by May 30, 2023.

The parties have spoken with Operations Supervisor Juvenia C. Williams of the Probation Department. Ms. Williams has informed us that, in cases where there is a substantial delay between the date of a plea and the sentencing date, absent objection from the Court, the Probation Department ordinarily would not assign a Probation Officer to prepare a Presentence Report until six months before the sentencing date. Moreover, pursuant to a standing order, the Probation Department is required to submit a Presentence Report to the Court within 83 days after an officer is assigned. While the Probation Department is willing to deviate from this schedule, it requires an order from this Court to do so.

Accordingly, the parties respectfully request that the Court issue an order directing the Probation Department to assign a Probation Officer immediately and issue the Presentence Report pursuant to the following schedule suggested by Ms. Williams: the government will submit its Statement of the Case to the Probation Department on or before May 5, 2023, and the Probation Department will conduct an in-person interview of Mr. Walchli in May 2023, it will issue the preliminary Presentence Report on December 27, 2023, and will issue the final

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable Gregory H. Woods
April 12, 2023
Page Two

Presentence Report on January 24, 2024.  A proposed order is enclosed for your Honor's consideration.  The parties have shared the proposed order with the Probation Department, which does not oppose its entry.

   The parties are, of course, available at the Court's convenience to address any questions.

               Respectfully submitted,

               */s/ Jeremy H. Temkin*
               Jeremy H. Temkin
               *Counsel to Daniel Wälchli*

Enclosure
cc: AUSA Olga Zverovich (by ECF)
   SAUSA Nanette Davis (by ECF)
   SAUSA Christopher Magnani (by ECF)
   Juvenia C. Williams (by email, with enclosure)

Application granted.  The Probation Department is directed to assign a Probation Officer to this matter immediately, and to issue the presentence report on the schedule laid out on page one of this letter.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 80.

SO ORDERED.
Dated: April 12, 2023
New York, New York

           _____
           GREGORY H. WOODS
           United States District Judge