**MEMORANDUM ENDORSED**

## Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
(212) 880-9470

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 19, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2024

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *United States v. Ivo Bechtiger et al.*, No. 20 Cr. 497 (GHW)

Dear Judge Woods:

    This firm represents Daniel Wälchli, the defendant in the above-captioned matter. Pursuant to your Honor's Individual Rules of Practice, we write to request permission to file under seal a redacted version of Mr. Wälchli's sentencing submission.

    Contemporaneously with the filing of this letter, we are submitting to the Court via email an unredacted version of our sentencing submission consisting of our sentencing memorandum, accompanying letters, and exhibits. We will also deliver a copy of the documents to the government via email and courtesy copies to Chambers by hand. As directed by Rule 7 of the Court's Individual Rules of Practice in Criminal Cases, we have identified the proposed redactions in the memorandum and the accompanying letters by using grey and blue highlighting.

    We have used grey highlighting to identify the proposed redactions for which Court approval is not required pursuant to Rule 7(C)(i) of the Court's Individuals Rules of Practice and Rule 21 of the S.D.N.Y. ECF Rules & Instructions.

    We have used blue highlighting to identify all other proposed redactions. These proposed redactions include information that was previously filed under seal, including the names of

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable Gregory H. Woods
March 19, 2024
Page 2

unindicted co-conspirators identified by the government in its bill of particulars and the names of certain taxpayers who have not been identified in public filings.  *See* Gov. Bill of Particulars, No. 20-cr-497 (Jan. 19, 2023) ("Because this filing implicates the privacy and reputation interests of uncharged third parties, the Government respectfully requests that it be filed under seal."); *see also* Justice Manual § 9-27.760 (describing the Department of Justice's policy of not naming unindicted co-conspirators in public filings); *cf.* 26 U.S.C. § 6103.

If the Court approves this application, we will file a redacted copy of our sentencing submission on the public docket.

Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      /s/ *Jeremy H. Temkin*
                                      Jeremy H. Temkin
                                      Richard F. Albert
                                      Joshua Philip Bussen
                                      *Counsel to Daniel Wälchli*

cc:    AUSA Olga Zverovich (by ECF)
        SAUSA Nanette Davis (by ECF)

Application granted in part.  Defendant is directed to file the proposed redacted version of its sentencing submission on the public docket promptly and in any event no later than March 23, 2024. The Court is not now deciding that the proposed redactions are appropriate; it will make that determination separately.  In the interim, the proposed redacted version should be available for public review.

The Clerk of Curt is directed to terminate the motion pending at Dkt. No. 102.

SO ORDERED.

Dated:  March 20, 2024
New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge