# EXHIBIT 2

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse 500 Pearl Street
New York, New York 10007-1312


Thalwil, 11 March 2024


Dear Judge Woods

My name is Antoinette Wälchli, born on ▇▇▇▇▇▇▇ 1968, a citizen of Zurich. I grew up in Rapperswil, together with my parents and two siblings.

After completing my elementary school, I completed a commercial apprenticeship with an insurance company and obtained a HKG business diploma from the Swiss Institute of business Economics SIB Zurich.

When I worked as an assistant at Zürcher Kantonalbank (ZKB), I arranged a lot of meetings and appointments for my then-supervisor, kept a lot of minutes of project meetings, etc. When ZKB, like many other banks, decided on restructuring measures for financial reasons, Daniel Wälchli was one of the project managers who had to carry out these restructuring measures. At one of those meetings (it concerned a market interest rate method that I really didn't understand), I got to know Daniel Wälchli. That was at the end of 1995. I was fascinated from the outset by his presence, his dedication, and his talent for simply explaining complicated things. He struck me with his fantastic style. I admired his career at ZKB. We subsequently got to know each other better and met several times. We sometimes went out together with other colleagues, but often only the two of us, and got to know each other more at these meetings and then fell in love at some point. To this day, Daniel is a gentleman. I am fascinated by the way he cares for me with respect and an unaffected manner. His (equally self-critical) humor, as well as his reliability and generosity make Daniel a very special person for me.

Daniel has always worked very hard, often at the border and sometimes even beyond the human borders. I remember the days when he was in the office at 6 o'clock in the morning, never back before 11 in the evening, and often also worked most of the weekend. Weekly working hours of 70-90 hours were no exception at that time. Unfortunately, his body also reacted. One evening, he broke down standing at home and fell on the floor powerlessly. He then had to be taken to hospital by the ambulance as an emergency. Luckily everything was okay, except for a nose that had been broken when he had fallen to the ground. It was a warning to his body that it could not go on like that. Daniel still worked a lot afterwards, but with this shock he learned that he too had limits.

We then moved together and fortunately found an apartment in the beautiful town of Thalwil. Daniel then asked me to marry him on holiday under palm trees in 1998. I still

1

remember how nervous he was. It was a wonderful request, and I was happy to say yes. After a three-year relationship, we married on 21.08.1999. Our daughter Virginia was born on ▮▮▮ 1999. We were delighted with our first child! ▮▮▮

Three days after the birth of Virginia, my husband started his Executive MBA course at Simon School, University of Rochester, NY. In the beginning, the course was held over the weekends in Thun (Switzerland). Later, more than 9 weeks were taught in Rochester. While the program was taught in Switzerland, Daniel continued to work extensively at ZKB and he studied on Fridays and Saturdays in Thun (2.5 hours of driving from Thalwil, where we lived). Students usually spent the night in the hotel where the course took place. I am very grateful to Daniel for having taken care of me and the baby, despite his enormous workload and studying, driving back home from Thun also on Fridays after the course, and for having driven back to Thun on Saturday before 6 a.m. in order to take part in the course again. Daniel was an invaluable help to me. He was keen to take care of our daughter and me, even in the middle of the night. ▮▮▮

It was a wish for me to stop working and be there for my kids as a mum and I was delighted to devote myself to our young family. Daniel also confirmed and supported me in this wish. But I was certain that whenever I wanted to resume my career, Daniel supported me and we would have found a solution that would have worked well for us three.

Daniel worked very hard and a lot during the week, but the weekends then increasingly belonged to his family. Daniel is a proud father and loved the walks and trips to playgrounds with Virginia.

2.5 years after Virginia's birth, we were allowed to welcome our second daughter, Raffaela. That too was a great pleasure for us! By chance, Daniel was offered the opportunity to take up a job in London. Although Virginia was only 2.5 years old and Raffaela was just under 7 weeks old, we accepted this adventure. That was a pretty big change, especially for me. You're away from friends and family, with an almost newborn child and a young child. We had to completely reorganize ourselves in London and build a new life. Many people have not understood why we were leaving the "secure" and systematically planned Switzerland to try something new. While many people in Switzerland see the risks rather than the opportunities, we rather saw this as a chance. We had a great time in London and still think back to this period from 2002 to 2003 with a smile.

▮▮▮ we kept our apartment in Thalwil throughout the year, despite spending a lot of money, in case I had felt better off with the children in Switzerland. But it was all good and we had a wonderful time in London. That was a huge financial effort for us. The British pound was worth almost twice as much as it is today, and living in London, especially renting an apartment, is tremendously expensive. The fact that we kept the apartment in Thalwil at the same time has made a great contribution to the success of the stay because it has

2

prevented the stress of moving and the difficult new apartment search. Nevertheless, the financial burden was very high and we are happy to return to Switzerland in 2003 but without money.

This year in London, despite the enormous amount of work, Daniel continued in taking care of his family. In addition, his work in London required him to obtain certain licenses, and he had to pass various tests and learn hundreds of pages, i.e. he was very busy.

Later on, Daniel's work brought many trips abroad. He loves travelling and getting to know other cultures and people. Since I did not work, I could devote myself to the raising of our daughters. But I was always able to count on Daniel's support. It was always very nice to see how Daniel enjoyed returning from abroad and enjoying having his little family back home. We once had an incident that forced one of our daughters to go to hospital as an emergency. Daniel was on a business trip in Asia at that time. Although everything was well organized in the hospital and it was not necessary for him to stop his business trip, there was no doubt about that for him. He immediately cancelled all his business appointments, booked the next flight and returned to his family the following day.

As the daughters got older, I decided to become an indoor cycling instructor. It took quite a lot of time, and Daniel looked after the girls alone on weekends.

I never regretted working "only" as a housewife, because Daniel always gave me the feeling that I was an equal partner. I experienced my "successes" in playing as an indoor cycling instructor, which made Daniel proud. He has always mentioned that the most important thing is home and that our daughters are becoming good people. He never saw his professional performance above mine.

I met Daniel professionally as a very performance-oriented and focused person, but at the same time I also came to appreciate his human and empathetic way. He helped many friends, whether with advice or arranging for contacts, Daniel's ears are always open. For people who needed help, he gave what he for a long time barely had: time. Time to listen and time to help if he could help.

As one of the many examples, I can mention our neighbors. These are much older than us. it was Daniel who often met him and talked to him. Sometimes he took him for a lunch or dinner. Like Daniel, Hans was a man with very broad knowledge. The two spent hours discussing social, economic and other issues. The two couples often played cards together.

Daniel worked as a board Member for a company in India. When a group of employees suffered an accident after a meeting and some of them were seriously injured, Daniel looked after the well-being of the injured from Switzerland and traveled to India several times to provide assistance. Himanshu, one of these injured people lost an arm in this accident. Daniel arranged a trip for him and his brother to Switzerland, While they were in Switzerland, it was important to

3

Daniel that we make them feel comfortable being away from their home. Daniel regularly visited Himanshu and his brother ▮▮▮▮ and even invited me to come with him to visit them. We also shared meals with the two men, both at our home and at a local restaurant. When Himanshu returned home, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Daniel continues to check in on Himanshu and maintains a relationship with him. Himanshu and his wife recently welcomed a new baby, and we were delighted when they called to ask Daniel to be the godfather, which he of course accepted.

For many years now, we have been making regular donations to Child's Dream, an organization that allows thousands of children in Asia to attend school. This organization was founded 20 years ago by 2 Swiss, whom Daniel personally knows. Daniel has also visited the institution on site several times. A few years ago, Daniel and I went to Thailand and Myanmar to see this relief organization on the ground. Daniel has spent a long time wondering whether he should set up his own charity later on. But when he saw how effective and efficient Child's Dream works, he realized that it would be more useful to put his efforts towards supporting that charity. On top of sending money, Daniel has also worked hard to introduce Child's Dream to his friends and acquaintances. As a result, many more people were persuaded to make donations. When we celebrated his 50th birthday with many guests a few years ago, he told everyone that he would prefer if they donate money to this organization instead of bringing him a birthday present. Almost all of our guests contributed what they could to this worthy charity.

Daniel is a loyal husband whom I can approach with total openness, listening to the concerns of others, but also defending his own opinion. We attach great importance to honest and open communication and are proud of our two daughters, who are developing into wonderful people and enjoy their further education and family life. Both (21 and 24 years old) still live with us today.

I cannot imagine finding another partner like Daniel, and I'm proud that we'll soon be able to have an equal, humorous, loving marriage for nearly 25 years.

On March 30, 2023, I accompanied my husband Daniel to New York, where he plead guilty. He knows that what he did was wrong and that he broke the law of the United States. But it is important to me that you know that he is the only one who has seen this mistake and tried to correct it as early as 2010. Unfortunately, his attempts were only successful in 2011. Daniel is not a person who takes such things lightly. I can tell that Daniel has had hardly a quiet night since 2011. The whole topic has already weighed on him for more than 12 years. As a wife and non-lawyer, it's hard for me to understand why something can go on for so long. This constant "You never know if anything else will happen" was not only very stressful for him, but also for the entire family. I have also heard that Daniel was the only person to voluntarily come to the United States to face the charges. That was always his way, you can make mistakes, but you don't run away from the problems. You face the problems, tackle them and try to solve them. That, too, is Daniels' character. To face up to the problems.

The strain that this case has caused Daniel and our family over the last 12 years is enormous. Daniel can hardly sleep through the night anymore and is plagued by bad dreams. Daniel's fun and carefree personality has been lost. He loved his job, had always seen his superiors as people to be respected but has now been ostracized by them. Daniel has lost his job and

4

with it some of his dignity. He is a broken man and that is the worst thing for me to witness. It breaks my heart every day to see him suffer. My daughters Virginia and Raffaela are strong personalities, but they suffer enormously to see their father like this. That's why April 2, 2024 is a day we expect with dread. But I also see it as a new start. No matter what, I will stand by Daniel and support him.

I wrote these lines to you because I would like you to get to know my husband a little as I have learned to love him. It was a long time with this case and everything I would like us to be able to do is to restart at some point and move past this.

Respectfully submitted,

Antoinette Wälchli

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

12 March 2024

Andreas D. Länzlinger

6

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse 500 Pearl Street
New York, New York 10007-1312

Thalwil, 11 March 2024

Dear Judge Woods

Mein Name ist Antoinette Wälchli, bin geboren am ███████ 1968, Bürgerin von Zürich. Aufgewachsen bin ich in Rapperswil, zusammen mit meinen Eltern und meinen zwei Geschwistern.

Nach den Grundschulen habe ich eine kaufmännische Lehre bei einem Versicherungsunternehmen abgeschlossen, habe durch ein weiteres Studium am Schweizerischen Institut für Betriebsökonomie SIB Zürich, das Diplom der Kauffrau HKG erhalten.

Bei meiner Tätigkeit als Assistentin bei der Zürcher Kantonalbank (ZKB), habe ich viele Termine und Sitzungen für meinen damaligen Chef organisiert, führte viele Protokolle zu Projektsitzungen usw. Als die ZKB, wie viele andere Banken auch, aus finanziellen Gründen Umstrukturierungsmassnahmen beschlossen hatte, war Daniel Wälchli einer der Projektleiter, der diese Umstrukturierungen durchzuführen hatte. Bei einer dieser Sitzungen (es ging um Marktzinsmethode, die ich wirklich nicht verstanden habe) habe ich Daniel Wälchli kennengelernt. Das war Ende 1995. Ich war von Anfang an fasziniert von seiner Präsenz, seiner Hingabe, und seinem Talent, die komplizierten Sachen einfach zu erklären. Er ist mir mit seiner ganzen tollen Art aufgefallen. Ich bewunderte seinen Werdegang bei der ZKB. Wir konnten uns in der Folge näher kennen lernen und haben uns mehrmals getroffen. Wir sind z.T. mit weiteren Kollegen, oft aber auch nur wir zwei zusammen ausgegangen und haben uns bei diesen Treffen näher kennengelernt und dann irgendwann verliebt. Bis heute ist Daniel ein Gentleman geblieben. Ich bin von der respektvollen und unaffektierten Art, wie er sich um mich kümmert, fasziniert. Sein (auch selbstkritischer) Humor sowie seine Zuverlässigkeit und Grosszügigkeit machen Daniel zu einer ganz besonderen Person für mich.

Daniel hat immer sehr hart gearbeitet, oft an der Grenze und manchmal auch über die menschlichen Grenzen hinaus. Ich erinnere mich gut an die Zeiten, wo er um 6 Uhr morgens im Büro war, nie vor 11 am Abend zurück und oft auch den grossen Teil des Wochenendes gearbeitet hat. Wochenarbeitszeiten von 70-90 Stunden waren zu dieser Zeit keine Ausnahme. Es passierte dann leider auch, dass sein Körper reagiert hat. Eines Abends ist er zu Hause stehend zusammengebrochen und ohnmächtig auf dem Boden aufgeschlagen. Er musste dann von der Ambulanz notfallmässig ins Spital gebracht werden. Glücklicherweise war organisch alles in Ordnung, ausser einer vom Sturz gebrochenen Nase. Es war eine Warnung seines Körpers, dass es so nicht weitergehen kann. Daniel arbeitete auch nachher immer noch viel, aber er hat mit diesem Schock gelernt, dass auch er Grenzen hat.

1

In der Folge sind wir dann zusammengezogen und haben glücklicherweise eine Mietwohnung im schönen Thalwil gefunden. Bei einem Urlaub unter Palmen hat mir Daniel dann 1998 einen Hochzeitsantrag gemacht. Ich erinnere mich noch gut, wie nervös er war. Es war ein wunderschöner Antrag und ich habe glücklich ja gesagt. Nach dreijähriger Beziehung haben wir am 21.08.1999 geheiratet. Am ▓▓▓ 1999 wurde unsere Tochter Virginia geboren. Wir haben uns sehr über unser erstes Kind gefreut! ▓▓▓

Drei Tage nach der Geburt von Virginia hat mein Mann sein Executive-MBA-Studium der Simon School, Universität Rochester, NY, begonnen. Das Studium fand am Anfang über die Wochenenden in Thun (Schweiz) statt. Später wurde über 9 Wochen auch in Rochester unterrichtet. Als das Programm in der Schweiz stattfand, hat Daniel unter der Woche weiter mit hohem Einsatz bei der ZKB gearbeitet und freitags und samstags in Thun (2,5 Stunden Autofahrt von Thalwil, wo wir wohnten) studiert. Die Studenten übernachteten üblicherweise im Hotel, wo der Kurs stattfand. Ich rechne es meinem Mann sehr hoch an, dass er trotz seiner enormen Arbeits- und Studiumsbelastung, jeweils auch am Freitag nach dem Kurs zu uns nach Hause gefahren ist, sich um mich und das Baby gekümmert hat, und am Samstag vor 6 Uhr morgens wieder nach Thun gefahren ist, um wiederum am Kurs teilzunehmen. Daniel war mir eine unbezahlbare Hilfe. Er hat sich rührend um unsere Tochter und um mich gekümmert, auch mitten in der Nacht. ▓▓▓

Es war für mich ein Wunsch, als Mami nicht mehr berufstätig zu sein und ich habe mich mit Freude unserer kleinen Familie gewidmet. Daniel hat mich auch in diesem Wunsch bestärkt und unterstützt. Ich hatte aber die Gewissheit, dass wann immer ich meine berufliche Kariere wieder aufnehmen wollte, Daniel mich überstützt und wir eine Lösung gefunden hätten, die für uns Drei gestimmt hätte.

Daniel arbeitete sehr hart und viel unter der Woche, die Wochenenden gehörten dann aber mehr und mehr seiner Familie. Daniel ist der stolzeste Vater und hat die Spaziergänge und Ausflüge auf die Spielplätze mit Virginia geliebt.

2,5 Jahre nach Virginias Geburt durften wir unsere zweite Tochter Raffaela willkommen heissen. Auch das war eine sehr grosse Freude für uns! Der Zufall wollte es, dass Daniel die Möglichkeit erhalten hat, eine Arbeitsstelle in London anzunehmen. Obwohl Virginia erst 2.5 Jahre alt war und Raffaela knapp 7 Wochen alt, haben wir dieses Abenteuer gewagt. Das war vor allem auch für mich ein ziemlicher Wechsel. Man ist weg von Freunden und Familie, mit einem fast neugeborenen und einem Kleinkind. Wir mussten uns in London komplett neu organisieren und ein neues Leben aufbauen. Viele haben es nicht verstanden, warum wir aus der «sicheren» und durchgeplanten Schweiz weggehen, um etwas Neues zu probieren. Während viele in der Schweiz eher die Risiken sehen, sahen wir eher die Chancen. Wir

hatten eine wunderschöne Zeit in London und denken auch heute noch mit einem Lächeln an diese Zeit von 2002-2003 zurück.

███████████ haben wir, trotz grossem finanziellem Aufwand, während dem ganzen Jahr unsere Wohnung in Thalwil behalten, falls ich mich mit den Kindern besser in der Schweiz aufgehoben gefühlt hätte. Aber es war alles gut und wir erlebten eine wunderbare Zeit in London. Das war finanziell für uns ein sehr grosser Aufwand. Das Britische Pfund war noch fast doppelt so viel Wert wie heute, und das Leben in London, v.a. die Miete einer geeigneten Unterkunft enorm teuer. Dass wir gleichzeitig die Wohnung in Thalwil behalten haben, hat viel zum Gelingen des Aufenthaltes beigetragen, weil es den Stress des Zügelns, und die schwierige neue Wohnungssuche verhindert hat. Trotzdem war der finanzielle Aufwand sehr hoch, und wir sind dann glücklich, aber ohne Geld 2003 wieder in die Schweiz zurückgekommen.

Auch während diesem Jahr in London hat sich Daniel trotz enormem Arbeitspensum rührend um seine Familie gekümmert. Er musste im Zusammenhang mit seiner Arbeit in London gewisse Lizenzen erwerben und diverse Prüfungen bestehen und 100e Seiten lernen, d.h. war sehr stark beschäftigt.

Später hat Daniels Arbeit viele Auslandreisen mit sich gebracht. Er liebt das Reisen und das Kennenlernen von anderen Kulturen und Personen. Da ich nicht arbeitete, konnte ich mich der Erziehung unserer Töchter widmen. Ich konnte jedoch immer mit Daniels Unterstützung rechnen. Es war immer sehr schön zu sehen, wie sich Daniel bei der Rückkehr aus dem Ausland gefreut hat seine kleine Familie wieder um sich zu haben. Wir hatten einmal einen Vorfall, der dazu führte, dass eine unserer Töchter notfallmässig ins Spital gehen musste. Daniel war zu diesem Zeitpunkt in Asien auf einer Geschäftsreise. Obwohl im Spital alles gut organisiert war und es nicht nötig war, dass er seine Geschäftsreise abbricht, war das für ihn gar keine Frage. Er hat sofort alle seine Geschäftstermine abgesagt, den nächsten Flug gebucht und war am nächsten Tag wieder bei seiner Familie.

Als die Töchter etwas älter geworden sind habe ich mich entschlossen, mich zur Indoorcycling- Instruktorin auszubilden. Das hat relativ viel Zeit in Anspruch genommen und Daniel hat er sich an den Wochenenden alleine um die Mädchen gekümmert.

Ich habe es nie bereut, «nur» als Hausfrau tätig zu sein, denn Daniel hat mir immer das Gefühl gegeben, eine gleichberechtigte Partnerin zu sein. Ich erlebte meine «Erfolge» bei der Ausübung als Indoorcycling-Instruktorin, was Daniel wiederum stolz machte. Er hat immer erwähnt, dass die wichtigste Leistung das zu Hause ist und dass unsere Töchter zu guten Menschen werden. Er hat seine berufliche Leistung nie über der meinen gesehen.

Ich habe Daniel beruflich als sehr erfolgsorientiert und -fokussiert kennengelernt, gleichzeitig aber auch seine menschliche und mitfühlende Art schätzen gelernt. Er hat vielen Freunden geholfen, ob das mit Ratschlägen oder das Vermitteln von Kontakten war, Daniels Ohren sind immer offen. Er hat für Leute, die Hilfe brauchten, das knappste gegeben, was er über lange Zeit hatte: Zeit. Zeit zuzuhören und Zeit, um zu helfen, wenn er helfen konnte.

3

Als eines der vielen Beispiele kann ich unsere Nachbarn erwähnen. Diese sind viel älter als wir. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ war es Daniel, der sich oft mit ihm zusammengesetzt und ihn unterhalten hat. Er hat ihn manchmal auch zum Essen ausgeführt. Hans war wie Daniel ein Mensch mit einem sehr breiten Wissen. Die beiden konnten Stunden über Politik Gesellschaft, Wirtschaft und andere Themen diskutieren. Oft haben wir auch zusammen Karten gespielt ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Daniel arbeitete als Verwaltungsrat bei einer Firma in Indien. Als eine Gruppe Mitarbeiter nach einer Sitzung in einen Unfall geriet und sich die Mitarbeiter zum Teil schwer verletzten, kümmerte sich Daniel von der Schweiz aus um das Wohlergehen der Verletzten und reiste mehrmals nach Indien, um Beistand zu leisten. Himanshu, einer dieser Verletzten verlor bei diesem Unfall einen Arm. Daniel organisierte für ihn und seinen Bruder eine Reise in die Schweiz, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Während sie in der Schweiz waren, war es wichtig für Daniel, dass wir uns darum kümmerten, dass sie sich wohl fühlten, obwohl sie nicht hier zuhause waren. Daniel besuchte Himanshu und seinen Bruder ▇▇▇▇▇▇▇▇▇▇▇▇ und er lud mich sogar ein, ihn bei diesen Besuchen zu begleiten. Wir haben die beiden später auch zum Essen eingeladen, sowohl zu Hause als auch in Restaurants. Als Himanshu wieder nach Hause reiste, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Daniel erkundigt sich weiterhin bei Himanshu über sein Befinden, und er unterhält weiterhin eine Beziehung zu ihm. Himanshu und seine Frau durften unlängst ein Baby begrüssen, und wir waren entzückt, als sie Daniel anfragten, ob er der Pate des Kindes sein würde. Daniel hat dies natürlich gerne angenommen.

Seit vielen Jahren spenden wir der Hilfsorganisation «Child's Dream» regelmässig Beträge, mit denen tausenden Kindern in Asien ein Schulbesuch ermöglicht wird. Diese Organisation wurde vor 20 Jahren von 2 Schweizern gegründet, die Daniel persönlich kennt. Daniel hat das Hilfswerk mehrere Male auch vor Ort besucht. Vor einigen Jahren reisten Daniel und ich nach Thailand und Myanmar, um dieses Hilfswerk vor Ort zu besichtigen. Daniel hat sich lange überlegt, ob er später einmal ein eigenes Hilfswerk aufbauen sollte. Als er aber gesehen hat, wie effektiv und effizient «Child's Dream» arbeitet, wurde ihm klar, dass es besser wäre, diese gemeinnützige Stiftung zu unterstützen. Abgesehen von der finanziellen Hilfe hat sich Daniel mit viel Einsatz auch bemüht, «Child's Dream» in seinem Umfeld vorzustellen. Dadurch konnten viele weitere Menschen überzeugt werden, dort zu spenden. Als wir vor einigen Jahren seinen 50sten Geburtstag mit vielen Gästen gefeiert haben, hat er allen Gästen gesagt, dass es ihm lieber ist, wenn sie dieser Organisation Geld spenden, statt ihm ein Geburtstagsgeschenk mitbringen. Das haben dann fast alle getan.

Daniel ist mir ein treuer Ehemann, dem ich mit völliger Offenheit gegenübertreten kann, der die Anliegen anderer anhört, seine eigene Meinung vertritt aber auch eine andere gelten lässt. Wir legen grossen Wert auf ehrliche und offene Kommunikation und sind stolz auf unsere beiden Töchter, die sich zu wunderbaren Menschen entwickelt und Freude haben an ihren Weiterbildungen und das Familienleben schätzen. Beide (21 und 24 Jahre alt) leben bis heute bei uns.

Ich kann mir nicht vorstellen, nochmals so einen Partner wie Daniel zu finden und bin stolz, dass wir schon bald 25 Jahre eine gleichberechtigte, humorvolle, liebende Ehe führen dürfen.

Am 30. März 2023 habe ich meinen Ehemann Daniel nach New York begleitet, wo er sich Ihnen als schuldig bekennt hat. Ihm ist klar, dass das, was er getan hat, falsch war, und dass er gegen das amerikanische Gesetz verstossen hat. Es ist mir aber wichtig, dass Sie wissen, dass er der Einzige ist, der diesen Fehler auch eingesehen hat und schon 2010 versucht hat, diesen zu korrigieren. Leider waren seine Versuche erst 2011 erfolgreich. Daniel ist keiner, der solche Dinge auf die leichte Schulter nimmt. Ich kann Ihnen sagen, dass Daniel seit 2011 kaum eine ruhige Nacht hatte. Das ganze Thema belastet ihn nun schon über 12 Jahre. Es ist für mich als Ehefrau und nicht-Juristin nicht verständlich, warum etwas so lange gehen kann. Dieses stetige «man weiss nie ob noch etwas passiert» war nicht nur für ihn, sondern für die ganze Familie sehr belastend. Ich habe auch vernommen, dass Daniel der Einzige war, der freiwillig in die USA gereist ist und sich diesem Verfahren gestellt hat. Das war immer seine Art. Man kann Fehler machen, aber man läuft nicht von den Problemen davon. Man stellt sich den Problemen, packt sie an und versucht sie zu lösen. Auch das ist Daniels Charakter. Sich den Problemen zu stellen.

Die Belastung, die dieser Fall für Daniel und unsere Familie in den letzten 12 Jahren bedeutet hat, ist enorm. Daniel kann nachts kaum noch durchschlafen und wird von schlechten Träumen geplagt. Daniels lustige und unbekümmerte Persönlichkeit ist verloren gegangen. Er hat seine Arbeit geliebt, hat seine Vorgesetzten immer als Menschen gesehen, die man respektieren muss, aber jetzt ist er von ihnen geächtet worden. Daniel hat seinen Job verloren und damit auch einen Teil seiner Würde. Er ist ein gebrochener Mann, und das ist für mich das Schlimmste, was ich mit ansehen muss. Es bricht mir jeden Tag das Herz, ihn leiden zu sehen. Meine Töchter Virginia und Raffaela sind starke Persönlichkeiten, aber sie leiden sehr darunter, ihren Vater so zu sehen. Deshalb ist der 2. April 2024 ein Tag, den wir mit Furcht erwarten. Aber ich sehe ihn auch als einen Neuanfang. Wie auch immer, ich werde Daniel beistehen und ihn unterstützen.

Ich habe Ihnen diese Zeilen geschrieben, weil ich gerne möchte, dass Sie meinen Ehemann ein bisschen so kennen lernen, so wie ich ihn lieben gelernt habe. Es war eine lange Zeit mit diesem Fall und alles, was ich mir wünsche ist, dass wir irgendwann wieder neu beginnen und diese Sache hinter uns bringen können.

Mit vorzüglicher Hochachtung

Antoinette Wälchli