# EXHIBIT 3

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Thalwil, Zurich, March 10, 2024

Dear Judge Woods

My name is Virginia Wälchli. I am the daughter of Daniel and Antoinette Wälchli and I am 24 years old. I still live with my family - my mother and father, my 21-year-old sister and a much-loved cat in Thalwil, near Zurich. I grew up there and we have been living together in this house at ▮▮▮▮ 8800 Thalwil for almost twenty years. Since this September, I am studying business administration part-time and also work 50% as administrative manager of a neurology clinic at Klinik Hirslanden, a healthcare facility with locations in various medical specialties worldwide.

I am writing to you in connection with my father's ongoing prosecution, to which he pled guilty. With this letter, I would like to introduce you to my father as the person from whom I have been able to learn so incredibly much since my childhood and who has shown himself to be a great role model in my life. My father is the greatest, fairest and most generous person to me, and I only hope to pass these good qualities on to my children one day. My father is my hero and I hope you can take away some positive and important qualities about my father from this letter.

My father, Papan, and my Maman (I call both my parents in French) had decided before we were born that my mother would stay at home with the children and he would work a 100% job. So my mother was always there for lunch when we came home from school, and Papan always came home in the evening at around 6pm and we ate dinner together. We still eat together almost every evening. This "custom" has taught us since childhood how important it is to be able to talk about your day and thus switch off a little and discuss things. We were treated like adults from an early age when it came to having a say in discussions and debates. That's a quality I really appreciate about my father! We discuss a lot of things in the family, including politics, world events, etc. As a teenager, the first questions came up as to whether decisions made by Switzerland or other countries are good or bad. You start to take an interest in what's going on around you. Papan reads the newspaper every morning and watches the news in the evening, so he knows a lot about world history and current affairs. Even when we teenagers had a lot of opinions for very little knowledge, he always found a way to explain both sides of a current topic/conflict to us clearly. It was very important to him that we were able to understand and analyze the connections between world events. He explained his own opinion to us afterwards, after we knew the important facts, and so the conversations in the evening became more and more interesting because we became part of world events through our father.

It is certainly classic to imagine that a father with a 100% workload, which was probably more than 100% in some cases, no longer had time for homework or leisure activities of the children. It was very different. Every little thing at school, from sport to homework, was a matter close to his heart. In math, for example, he took so much time to explain the same problem for the ninth or tenth time. At school

1

events, school sports or leisure activities, he was there almost without exception. It was so important to him and he was always incredibly proud of me and my sister. Sometimes it's almost embarrassing as a child, but now that I'm a bit older, I really appreciate the fact that he always supported us. We were always most important to him and I always felt that as a child. Papan loves us so much and we love him so much that I feel very sorry for the situation he is in and it seems almost surreal at times.

From today's perspective, Papan and Maman raised us strictly but, in my opinion, well. Papan wasn't one of those "cool" fathers who would have smiled away unfair behavior or let his children get away with anything. On the contrary. If we behaved badly towards other people or had arguments in the family and misbehaved, he clearly pointed it out to us and sometimes scolded us. It rarely happened that we had to stay home rather than to be permitted to leave the house for leisure. But he always treated us as equal members of the family and instead of pointless punishments, he always explained the consequences of our misbehavior. It was just as bad as a child when you realized that you had misbehaved. I can still remember many conversations in which he reprimanded me. I didn't like it at all, of course, but the conversations were always on the same level. My parents and, to emphasize here, my father never needed to talk down to us children when we messed up. There were also times when we got into disagreements, but unlike many of my peers, I was able to experience a pleasant culture of argument at home as a child. My father has the gift of understanding other people, regardless of their age, accepting them and taking them as they are. With all their strengths and weaknesses. He doesn't judge people based on stereotypes, doesn't just listen to one side, but wants to understand both and can ultimately come up with fair and sensible ways of resolving a conflict. Even if he himself is the one party to the dispute, he is always fair and tries to stick to a joint solution, which is usually successful. Compromises don't feel like a loss after or in an argument with my father, but rather a gain.

My father is a man of the "old" class, who gives up his seat for older people on public transport, who stands up when we ladies arrive a little late for dinner in a restaurant, or shakes hands when he thanks people. Decency and respect are part of his "basic equipment".

If someone in his circle of family or friends is unwell, Papan drops everything and comes to help immediately from wherever he is. One event in particular has stayed with me; in 2016, my health was not good. He immediately cut short a business trip to Asia and literally jumped on the next plane to return home. I wasn't alone at the time, but being there for his family always takes priority. As you can imagine, my father is not doing well today. He has to deal with this whole case since nearly 14 years and this has taken its toll. He lost his job, which had a lot of importance in his life. He is strong, he is a fighter, but I see that his old energy level has gone and that he is now at his limits. Today I am old enough to be there for him.

He is a passionate person through and through. Alongside family and friends, it is sport that makes him the balanced person we appreciate so much. In winter he spends every free minute on a ski slope and in summer he likes to surf. I would like to emphasize skiing in particular because he has given his passion for his hobby a deeper meaning. He trained as a ski instructor in Switzerland three years ago and has now taught for three winters. He never received a salary, but donated his earnings to a foundation that enables physically disadvantaged people to learn to ski. For example, it enables blind people to ski. These are things that make me feel so proud to be his daughter. He doesn't just want other people to do well (as everyone always says), he actively works towards this himself. That's a lot of hours he works for free and it makes you feel good when you see people like that on the slopes on any given day.

Papan is one of the few people today who expresses generosity not just through financial means, but through his character and love. In my opinion, this is one of the most beautiful things you can give to those around you and much more valuable than all the money in the world. The older I got, the more I understood the many people he helped solving personal or business problems. I will never forget when we were invited to Dhanishta's wedding in Delhi, India, a young lady that worked for Evalueserve,

a company Papan was responsible for. She nearly died in a terrible traffic accident, ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and my dad did everything to support her and her family during those sad times. Or Himanshu, the gentleman who lost his arm in the same accident. It was my dad who not only oversaw the help in India, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Before inviting our family to India, Dhanishta wrote him an e-mail which we all saw: She wrote: "Dani, you have been with me during the worst time of my life, now I would love if you and your family could join the happiest day of my life". The face of my dad was full of tears when he received this e-mail.

He is also a very emotional person. I write him birthday cards every year, which makes him cry every time. He's a big music fan and has had to shed a few tears when a song touches him. I have also inherited this trait from him. He feels strongly and shows his emotions. He also taught us as children that showing emotions, especially crying, is not a weakness, but rather a strength.

Due to his job, he was often abroad for one or two weeks at a time. We always missed him very much. As we got older, it was always more exciting because we were also interested in the culture of other countries, the food or the sights, which he could always tell us a lot about. The business trips were stressful for him on the one hand, but on the other they gave him a lot. He is fascinated by other people and their stories. He always gets straight into conversation with people, no matter where he is. He has always been able to build a lot of good, honest relationships quickly and also has a quick mind and memory. He analyzes situations so quickly, and coping with tricky situations seems to be his brain food. That's why I'd love him to find a job again that allows him to be involved in a project. He can't enjoy his time at home because he lost a lot of his brain food when he lost his job.

Dear Judge, my father has pleaded guilty. As his daughter, I can tell you with complete conviction that he is a good person and I hope that he deserves a second chance. I want my calm, free and carefree father back and it's very hard for me to see how this is affecting him. It was a long and difficult road that brings him here today, and I am thankful to be able to write this letter to you. I ask you to be lenient with this fundamentally honest, fantastic human being. I will be eternally grateful.

Thank you for your time and I trust in your judgment.

Yours sincerely

Virginia Wälchli
Daughter of Daniel Wälchli

3

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

13 March 2024

Andreas D. Länzlinger

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Thalwil, Zurich, 10. März 2024

Sehr geehrter Richter Woods

Mein Name ist Virginia Wälchli. Ich bin die Tochter von Daniel und Antoinette Wälchli und bin 24- jährig. Ich wohne noch mit meiner Familie - meiner Mutter und meinem Vater, meiner 21-jährigen Schwester und einer fest geliebten Katze in Thalwil, nähe Zürich. Ich bin dort aufgewachsen und wir leben seit bald zwanzig Jahren zusammen in diesem Haus an der ▇▇▇▇▇▇▇▇▇▇ 8800 Thalwil. Seit diesem September gehe ich einem Teilzeitstudium der Betriebswirtschaftslehre nach und arbeite nebenbei noch 50% als administrative Leitung einer Neurologie-Klinik der Klinik Hirslanden, einer Gesundheitseinrichtung, die weltweit über Standorte in diversen medizinischen Fachbereichen verfügen.

Ich schreibe Ihnen im Zusammenhang der laufenden Anklage meines Vaters, zu welcher er sich als schuldig bekannt hat. Ich möchte Ihnen mit diesem Brief meinen Vater als den Menschen näherbringen, von dem ich seit meiner Kindheit so unglaublich viel lernen kann und sich als grosses Vorbild in meinem Leben zeigt. Egal, wie sich dieser Fall für meinen Vater herausstellen wird, mein Vater wird für mich immer der grösste, fairste und grosszügigste Mensch bleiben, von dem ich mir nur erhoffe, diese guten Eigenschaften einst weiter an meine Kinder weitergeben zu können. Mein Vater ist mein Held und ich hoffe, nach diesem Brief können Sie ein paar positive und wichtige Eigenschaften über meinen Vater mitnehmen.

Mein Vater, Papan, und meine Maman (ich nenne meine beiden Eltern auf Französisch) hatten sich noch bevor wir auf die Welt kamen, dazu entschieden, dass meine Mutter zuhause bei den Kindern bleiben wird und er einer 100% Stelle nachgehen wird. Meine Mutter war also immer zu Mittag da, wenn wir aus der Schule kamen, und Papan kam am Abend immer ca. um 18.00 Uhr nachhause und wir assen gemeinsam Abendessen. Das ist auch heute noch fast jeden Abend so, dass wir alle gemeinsam essen. Durch diesen «Brauch» haben wir seit der Kindheit mitbekommen, wie wichtig es ist, dass man von seinem Tag erzählen kann und somit ein wenig abschalten kann, Dinge diskutieren kann. Wir wurden schon früh wie erwachsene Personen behandelt, was die Mitsprache bei Diskussionen und Debatten anging. Das ist eine Eigenschaft, die ich an meinem Vater so schätze! Wir besprechen in der Familie sehr vieles, auch über die Politik, das Weltgeschehen etc. Da kommen als Teenager die ersten Fragen dazu auf, ob Entscheidungen nun gut oder schlecht sind, die die Schweiz oder andere Länder fällen. Man beginnt sich, für das Geschehen rundum zu interessieren. Papan liest jeden Morgen die Zeitung und schaut am Abend die Nachrichten, sodass er sich wirklich gut mit der Weltgeschichte und den aktuellen Themen auskennt. Er hatte auch wenn wir Teenies sehr viel Meinung für sehr wenig Ahnung hatten, immer den Weg gefunden, uns die beiden Seiten eines aktuellen

Themas/Konfliktes anschaulich zu erklären. Es ist ihm sehr wichtig, dass wir Zusammenhänge im Weltgeschehen verstehen können und diese auch analysieren. Seine eigene Meinung dazu hat er uns im Nachhinein erläutert, nachdem wir die wichtigen Fakten kannten, und somit wurden die Gespräche am Abend immer interessanter, weil wir durch unseren Vater Teil des Weltgeschehens wurden.

Man stellt es sich sicherlich klassisch vor, dass ein Vater mit einem 100% Pensum, das wahrscheinlich zum Teil auch mehr als 100% war, keine Zeit mehr für Hausaufgaben oder Freizeitaktivitäten der Kinder hatte. Das war ganz anders. Jede Kleinigkeit in der Schule, vom Sport oder was die Hausaufgaben anging, waren für ihn eine Herzensangelegenheit. In Mathe zum Beispiel hatte er sich so viel Zeit genommen, um die gleiche Aufgabe auch noch zum neunten/zehnten Mal zu erklären. Bei Events in der Schule, dem Schulsport oder bei Freizeitaktivitäten war er fast ausnahmslos dabei. Das war ihm so wichtig und er war immer unglaublich stolz auf mich und meine Schwester. Zum Teil ist das einem als Kind fast peinlich, aber jetzt, wo ich ein bisschen älter bin, weiss ich das so fest zu schätzen, dass er uns immer unterstützt hat. Wir waren immer die grössten für ihn und das habe ich als Kind immer gespürt. Wir werden von Papan sehr fest geliebt und wir lieben ihn auch unbeschreiblich, dass mir diese Situation, in der wir sind, sehr, sehr leidtut und teils fast surreal erscheint.

Papan und Maman haben uns aus heutiger Sicht zwar streng aber meiner Meinung nach gut erzogen. Papan war auch nicht einer der «coolen» Väter, der unfaire Verhaltensweisen weggelächelt hätte oder bei seinen Kindern alles hätte durchgehen lassen. Im Gegenteil. Wenn wir uns gegenüber anderen Personen falsch verhalten haben oder auch in der Familie Streit hatten und uns daneben verhielten, hat er uns das klar aufgezeigt und hat auch mal mit uns geschimpft. Es gab selten auch mal Hausarrest. Er hat uns aber immer als gleichwertige Mitglieder der Familie behandelt und zeigte uns anstelle von sinnlosen Bestrafungen immer die Konsequenzen auf, die unser falsches Verhalten mit sich trägt. Das war als Kind genauso schlimm, wenn man realisierte, dass man sich danebenbenommen hat. Ich kann mich noch an viele Gespräch erinnern, in denen er mich zurechtgewiesen hatte. Das gefiel mir natürlich gar nicht, aber die Gespräche verliefen immer auf einer Ebene. Meine Eltern und hier zu betonen, mein Vater hatte es nie nötig, von oben herab mit uns Kindern umzugehen, wenn wir Mist gebaut haben. Es gab auch mal Zusammenschisse, wie man es auf gut Deutsch ausdrückt, aber ich hatte als Kind im Gegensatz von vielen Kollegen eine angenehme Streitkultur zuhause erleben dürfen. Mein Vater hat die Gabe, andere Menschen, egal in welchem Alter, zu verstehen, sie zu akzeptieren und so zu nehmen, wie sie sind. Mit allen Stärken und Schwächen. Er verurteilt aus Prinzip keine Leute, hört sich nicht nur eine Seite an, sondern will beide verstehen und kann am Schluss faire und sinnvolle Varianten aufzeigen, wie man einen Konflikt löst. Er ist auch, wenn er selbst die eine Streitpartei ist, stets fair und versucht, an einer gemeinsamen Lösung festzuhalten, was aller meistens gelingt. Kompromisse fühlen sich nach/in einer Auseinandersetzung mit meinem Vater nicht als Verlust, sondern vielmehr als Gewinn an.

Mein Vater ist ein Mann der «alten» Klasse, der seinen Sitz für ältere Personen freigibt im öffentlichen Verkehr, der aufsteht, wenn wir Damen ein wenig später zum Essen in einem Restaurant kommen, oder er gibt einem die Hand, wenn er sich bei Leuten bedankt. Anstand und Respekt gehören zu seiner «Grundausstattung».

Wenn es jemandem aus seinem Familien- oder Freundeskreis nicht gutgeht, lässt Papan alles liegen und kommt von egal wo sofort zur Hilfe. Ein Ereignis ist mir besonders geblieben; Im Jahr 2016 ging es mir gesundheitlich nicht gut. Er hat eine Geschäftsreise in Asien sofort abgebrochen und ist in wortwörtlich den nächsten Flieger gesessen, um nachhause zurückzukehren. Ich war zu diesem Zeitpunkt nicht allein, aber für seine Familie da zu sein hat stets Vorrang. Sie können sich vorstellen, dass es meinem Vater heute nicht gut geht. Seit fast 14 Jahren muss er sich mit dieser Sache auseinandersetzen, und das machte ihm zu schaffen. Er verlor seine Arbeit, die ihm in seinem Leben viel bedeutet hat. Er ist stark und ein Kämpfer, aber ich sehe, dass seine frühere Energie weg ist und er nun an seine Grenzen gelangt ist. Heute bin ich genug alt, um für ihn da zu sein.

Er ist ein leidenschaftlicher Mensch durch und durch. Neben Familie und Freunden ist es der Sport, den ihn zu diesem ausgeglichenen Menschen macht, den wir so schätzen. Im Winter verbringt er jede freie Minute auf einer Skipiste und im Sommer surft er gerne. Das Skifahren möchte ich hier besonders hervorheben, weil er der Leidenschaft zu seinem Hobby gemacht und diesem einen tieferen Sinn gegeben hat. Er machte vor drei Jahren die Ausbildung zum Skilehrer in der Schweiz und hat nun schon drei Winter über unterrichtet. Er bezog nie einen Lohn, sondern spendete seine Verdienste an eine Stiftung, die es körperlich benachteiligten Menschen ermöglicht, das Skifahren zu erlernen. Beispielsweise können so blinde Leute Skifahren. Das sind Dinge, die mich so stolz fühlen lassen, seine Tochter zu sein. Er möchte nicht nur, dass es anderen Leuten auch gutgeht (wie es alle Leute immer sagen), sondern setzt sich selbst aktiv dafür ein. Das sind viele Stunden, die er gratis arbeitet und geben ein gutes Gefühl, wenn man an einem Tag solche Leute auf der Piste sieht.

Papan ist einer der wenigen Leute heutzutage, die Grosszügigkeit nicht nur durch finanzielle Mittel, sondern durch seine charakterlichen Züge und Liebe ausdrückt. Das ist meiner Meinung nach etwas vom schönsten, was man seinem Umfeld geben kann und viel wertvoller als alles Geld der Welt. Je älter ich wurde, desto mehr verstand ich, wie vielen Menschen er half, persönliche oder geschäftliche Probleme zu lösen. Ich werde nie vergessen, als wir zu Dhanishtas Hochzeit in Delhi, Indien, eingeladen wurden, eine junge Dame, die für Evalueserve arbeitete, für die Papan verantwortlich war. Sie war beinahe in einem schrecklichen Autounfall ums Leben gekommen, ███████████████████████████████████████ Mein Vater tat alles, um sie und ihre Familie in dieser traurigen Zeit zu unterstützen. Oder Himanshu, der Mann der bei diesem Unfall einen Arm verloren hatte. Es war mein Vater, der nicht nur die Hilfe in Indien überwachte, ███████████████████████████████████████ Bevor sie unsere Familie nach Indien einlud, schrieb ihm Dhanishta eine E-Mail, die wir alle sahen: "Dani, Du warst bei mir in der schlimmsten Zeit meines Lebens, nun würde ich es lieben, wenn Du und Deine Familie mit uns den schönsten Tag meines Lebens teilen könntest." Das Gesicht meines Vaters war voller Tränen, als er diese E-Mail erhielt.

Er ist auch ein sehr emotionaler Mensch. Ich schreibe ihm jedes Jahr Geburtstagskarten, was ihn jedes Mal zum Weinen bringt. Er ist ein grosser Musikfan und musste auch dort schon ein paar Tränen verdrücken, wenn ihn ein Stück berührt. Diese Eigenschaft habe ich auch von ihm geerbt. Er fühlt stark und zeigt seine Emotionen. Er hat das uns als Kinder auch beigebracht, dass das Zeigen von Emotionen, gerade das Weinen keine Schwäche, sondern viel mehr eine Stärke ist.

Durch seinen Job war er oftmals im Ausland für meistens eine oder zwei Wochen am Stück. Wir hatten ihn immer sehr vermisst. Als wir älter wurden, war das immer spannender, weil wir uns auch für die Kultur der anderen Länder, das Essen oder Sehenswürdigkeiten interessierten, von denen er immer viel Erlebtes erzählen konnte. Die Geschäftsreisen waren für ihn zwar einerseits stressvoll, aber haben ihm andererseits auch sehr viel gegeben. Er fasziniert sich für andere Leute und ihre Geschichten. Er kommt immer direkt ins Gespräch mit Leuten, egal wo er ist. Deshalb war er auch so gut in seinem Beruf, denke ich. Er konnte schnell viele gute, ehrliche Beziehungen aufbauen und hat nebenbei eine brillante und schnelle Auffassungsgabe und Gedächtnis. Er analysiert Situationen derart schnell, und die Bewältigung von kniffligen Situationen scheinen sein Futter für das Hirn zu sein. Deshalb würde ich es ihm so gönnen, wenn er wieder ein Mandat findet, das ihm ermöglicht, an einem Projekt teilzuhaben. Die Zeit zuhause kann er nicht geniessen, weil er durch den Verlust seiner Arbeit einen grossen Teil seines Hirnfutters verloren hatte.

Lieber Herr Richter, mein Vater hat sich als schuldig bekannt. Ich als seine Tochter kann Ihnen mit vollster Überzeugung sagen, dass er ein guter Mensch ist und ich hoffe, dass er eine zweite Chance verdient. Ich möchte meinen gelassenen, freien und sorglosen Vater wieder zurück und es ist für mich sehr schwer mitanzuschauen, wie ihm diese Sache zusetzt. Es war ein langer und schwieriger Weg, der ihn heute hierhin bringt und ich bin dankbar, dass ich diesen Brief an Sie schreiben darf. Ich bitte Sie,

nachsichtig mit diesem grundehrlichen, fantastischen Menschen umzugehen. Ich werde Ihnen dafür ewig dankbar sein.

Ich bedanke mich für Ihre Zeit und vertraue auf Ihr Urteil.

Hochachtungsvoll

Virginia Wälchli
Tochter von Daniel Wälchli