# EXHIBIT 4

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse 500 Pearl Street
New York, New York 10007-1312

Thalwil, 11 March 2024

Dear Judge Woods

I am Raffaela Wälchli, the younger daughter of Dani Wälchli. I am 21 years old and currently studying architecture at ETH Zurich. ETH is recognized as one of the world's leading Universities, top ranked in many areas, with a focus on science and engineering. I consider it a wonderful privilege for me to be able to attend such a fantastic institution. I still live with my family at ███████████ in 8800 Thalwil, Switzerland.

I am writing on behalf of my dad, and I acknowledge that he has pleaded guilty. I hope this letter will give you insight into what my dad is like as a father and as a person because he indeed is a good person.

My dad is a very proud and supportive father. He has always supported me, my sister and my mother and has been proud of my achievements, be they large or small. Since I was 10 years old, I play handball in a local club. He attended every game to support me, from the stands. I still remember how proud he was when I scored my very first goal, and he told everyone about it. I remember how proud he was when I won my first gold medal at a Ski school race. I remember how proud he was of my paintings I did (some were good, others not at all). I remember how proud he was when I graduated from the Gymnasium, the most challenging school you can attend in Switzerland with high hurdles to be accepted and similar high hurdles to pass after four years. I remember how proud he was when I got my driver's license, for which he practiced with me for hours and hours (I decided to do the driving test in a manually operated car, which is more difficult). I remember how proud he was when I got my first job after graduating to earn money for my travels. The list goes on and on. These achievements all sound very nice, now I see them all listed in here. But what helped me to accomplish all these things was to a large extent thanks to my dad. He really cares about his family, about his friends and all people who reach out to him for help.

Something very important that I learned from my dad is stepping in and protect people that are being treated wrongly. ███████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████ But that is something that still sticks with me today: My father showing no tolerance for wrongful behavior and stepping in when I really needed him. ██
████████████████████████████████████████████████████████████████████

1

My dad is someone who likes a discussion. That is something that has deeply influenced me while growing up and which I am so thankful for. We had a lot of them during our dinners, the topics varied from political to philosophical to everyday life to even historical. There was always room for different opinions and that's what I truly appreciated. We did not have to have the same opinions, but they were all respected, nevertheless. What my dad taught us during those discussions were very important life lessons. Some in particular were standing up for us, respect for others and their opinions, and to do what is right. All of them are values my dad stands for and shared with us, and I am verry happy for that.

I am a very lucky one, to have a father that deeply cares about his family and that always has my back when I need him. My favorite example for this is when I got a concussion during a handball match and needed to go to the hospital. My dad, who was there to watch my game of course, stayed with me in the hospital the whole time, made sure I was being cared enough for. He sat beside my bed, held my hand, and read to me "The Jungle Book", which was the book he always read to me and my sister when we were still very young. This moment meant a lot to me, because I knew I was safe, and my dad was the one who made me feel this way. That's why I think he is the greatest dad: he cares for us, loves us, and supports us. He is a father who encourages us to become our best versions, no matter what that may be. When I think back on my academic journey, which wasn't always easy for me, I never felt pressured to do something I didn't want to. And when I failed, which happened several times, my dad was never mad or something like that. He wanted my sister and me to go our own way and find our passion.

I was always very interested in technical things and really wanted to study IT at the University of Zurich. But halfway through the second semester I realized that studying IT was not something that gave me joy and I wasn't doing great either. So, I quit my studies which wasn't exactly an easy thing for me to do. When I quit, I felt like I failed terribly and was unsure what I wanted to do. But also here, my dad supported me. He said that sometimes, one needs to fail in order to find a better way for oneself. That it is sometimes important to try. That the only failure would be if one had not tried. He has always made clear to me that my hapiness is the most important thing, and that he will support me no matter what. A few months later I started studying architecture at ETH Zurich. My dad is always very interested in what I did during my day at ETH and is very delighted when I show him my models, plans and drawings. Just recently he sent me this text:

«raffi, ich bin im fall extrem stolz uf diich dass du so tolli sache machsch a de eth und dass du so super gueti note überchunnsch!!!»
Which means: "Raffi, I'm extremely proud of you that you're doing such great things at ETH and that you're getting such good grades!!!"

He is also the most protective dad I know. When I started going out at night with my friends, he would wake up in the morning to check my room if I got home safely. He wouldn't stay up the whole night, but still, he would get up sometime to know that I am home safely. This summer I got heavy Dengue-Fever during travelling through Costa Rica and Panama with my friends. My dad worried a lot for me, contacted several doctors in Switzerland to reevaluate my blood test values, as well as the Swiss Air Rescue Service should one need to bring me

2

home. He even contacted a friend who knew people in Panama who could help. If it had been up to him, he would have taken the next flight to Panama to come and check on me if I hadn't stopped him. He texted and called me many times to ask me how I was and stayed up at night to wait with me for the next blood test results (there is a 6-hour time shift between Switzerland and Panama). My dad would drop everything and travel to the other side of the world to help someone he cares about.

My dad is someone I deeply admire because of his generosity, his sense of justice, his motivation to help other people when they are in need, and he is never expecting to get anything in return. I admire him because he is someone who trusts people and people trust him. But most important of all, my dad is a good person with a good and loving heart.

I hope this letter will be taken into consideration in imposing sentence.

Respectfully,

Raffaela Wälchli

*R. Wälchli*