# EXHIBIT 5

Margrit Huber

CH-5620 Bremgarten
Switzerland

The Honorable Gregory H. Woods
**United States District Judge**
**Southern District of New York**
**Daniel Patrick Moynihan U.S. Courthouse**
**500 Pearl Street**
**New York, N.Y. 10007-1312**

Bremgarten, January 10, 2024

**Dear Judge Woods,**

My name is Margrit Huber, formerly Wälchli. I am the mother of Daniel (Dani) Wälchli. My profession is interior architect (I renovated houses and apartments for over 30 years) and pianist. I have been retired for many years. I am married for the second time to Jean-Pierre Huber, after living 27 years together.

During these very difficult times for us all, it is important for me to describe my son as I know him. In our family the following values were and are very important:

- Honesty
- Reliability
- Helpfulness
- Trust

What has also never been missing is a lot of humor; that you can also laugh together.

Dani is the first son; what happiness we felt when he was born!



Despite ███████████, he was a very alert, lively and interested child from the beginning. For example, when we were traveling by train (he was about 4 years old), he visited every train compartment during the trip and had conversations with all the passengers. He always wanted to know everything and thus entertained the entire train, to the delight of the passengers. The second son, Peter, was born four years later. Dani was totally delighted, at least until the little brother tried to take Dani's toys as his. The two brothers have a wonderful relationship to this day. When important decisions have to be made, they are still discussed among each other and they help each other. Here again, the values mentioned are decisive.



1



Dani's school days were marked by a lot of friendship from colleagues. Many of his friends were regularly at our house and I knew all the young people. Our house was always open for the friends of our sons.



Despite ▮▮▮▮▮ sport was and is always important, for all of us. For Dani, sport was sometimes his everything. Every minute that he wasn't on the soccer field, playing tennis or on the ski slope was a lost minute for him. Especially in soccer he was really good. I remember the tournament of the high school, where he shot his whole team into the final with well over 10 goals. They were the youngest at 16 and beat various teams that were 19 years old. They then lost only in the final. What made Dani stand out was not just his sporting talent, but above all his ability to work in a team and his gift for forming a team with others and encouraging each other. This has remained one of his most important character traits.

Dani was also a very talented chess player. He was in the chess club and at the age of 11 competed in a simultaneous chess match against the reigning Swiss champion. He won his game as the only one! In addition, Dani was also a judoka for many years. Judo was not only formative as a sporting activity, but taught him a lot about issues like respect in dealing with opponents. And not to forget, skiing. He is still active today, as a licensed ski instructor. Until two years ago, we went skiing together every season. ▮▮▮▮▮ I miss the ski days with Dani very much.

In addition to all the talents and interests, I always had to make sure that he didn't miss out on school. Through high school and the first 18 months of university, Dani was more focused on his various other interests than in academic achievements. That sometimes cost a lot of nerves. But Dani

2

always understood at some point that you have to put all your energy into school. I still remember one scene well, about a month before the final exams for the master's degree in economics. I asked him how many pages of books or manuscripts he had to master. He then answered in his own humorous way: "I don't know the number of pages. But if I put all the books and manuscripts on top of each other, we're at 1 meter 25 centimeters." He graduated with honors.

It was also customary at home for the sons to look for a job during the big vacations to supplement their very modest pocket money. That started early on. Dani was on the road at many construction sites. He installed ventilation systems, worked in a carpenter's store, for a painter and cleaned school buildings as well as commercial buildings. Both sons learned that success comes from hard work. Dani had several small businesses during college. He was involved in marketing and market research studies, then he imported and sold computers from the USA to Switzerland and finally founded and operated a golf company, including his own driving range and the import of golf machines. He did all this without any capital or help from us parents and ran it as a student on the side.

In addition to the academics came also the military service. Back in the 1980s, it was important to be good, determined and reliable to get a good job in the economy. A career in the Swiss military system was esteemed in the business world. Dani was in the military for a long time and progressed from soldier to first lieutenant. The military was a good thing for him. One had to perform in front of many people at a young age, or give lectures, and lead. Again, being a man of integrity and leadership counted. This long, hard time of military training prepared him very well for his professional career.

It was then also very nice to see how Dani met the woman of his life. Antoinette is still like a daughter to me today. A special honor for me was that she wanted me to be there for the selection of the wedding dress. Later, in addition to this new "daughter", two wonderful granddaughters joined us. Dani was, is and always will be a family man. His family is the most important thing for him. His willingness to help in every way is always there.

What was formative for me was being able to witness how he built up his career. He is highly qualified, prudent, business-oriented and determined. At the same time, he never forgot the human aspect. He understood early on that in Switzerland we all have to be grateful for what we have. That is why he was an early advocate for people who were not on the sunny side of life. He always donated a lot to various aid organizations, especially to Asia.

Professionally, I will never forget that the then Swiss President of the Federal Council asked Dani if he wanted to be part of his delegation for a trip to Asia. Of course he was happy to do so. Together with the President, Mr. Guy Parmelin, many members of parliament and representatives from business and universities, Dani spent a week in Vietnam, a country he knows very well. That was also the reason why they had approached him. It was known that he knows the country and the people very well. This brings me to the next thought: No President of the Federal Council would make this request without having this person carefully checked whether he is also suitable for such an important and confidential task. That requires absolute integrity. There is no doubt about that with Dani.

In the last part I would like to say the following: Dani has suffered unspeakably in this matter. This matter has been a great burden for him and the whole family for about 14 years now and has also made us all sad. He has always tried not to let this be visible as much as possible. The stress over this long time was enormous. Only when it became unbearable he called me from time to time and asked for advice. I could then calm him down and give him new courage. He always tried to tackle the matter and put it right. Unfortunately, in his professional environment at the time, he was alone with

3

this for a long time or was left alone with it. But despite all these difficult circumstances, Dani was and is always there for my husband and me.

What also concerns me is this: The entire matter that is now before us does not suit someone like Dani, who has built up an excellent career over the years, has been appreciated and often praised everywhere. Dani is a very straightforward, correct and understanding person who would never act improperly. Other than in the matter at hand, Dani has never been guilty of anything in his entire life. He's far too grounded for that. If he misjudged a situation here and maybe reacted too late, then it is hard for me to envision that he acted out of malice. As far as I know, he was the only one who actively tried to rectify the situation at the time, but found little support and even resistance from those responsible. He faced up to the situation, as is his way. That shows me that he is a good, righteous person.

The fact is that I have only one big wish in my life (I am now over 79 years old): I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ would like to be able to close my son Dani still as free, again happy man in my arms, before I die! This is my wish, and it is also the wish of the whole family!

I used to visit America often, the first time around 1987. I have always loved this country. I trust the court in this democratic state.

In this sense I remain full of hope, and thank you that I could convey my thoughts to you.

Respectfully

Margrit Huber, formerly Wälchli

4

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

10 March 2024

Andreas D. Länzlinger

Margrit Huber

███████████

CH-5620 Bremgarten
Switzerland

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Bremgarten, 10. Januar 2024

Sehr geehrter Herr Richter Woods,

Mein Name ist Margrit Huber, ehemals Wälchli. Ich bin die Mutter von Daniel (Dani) Wälchli. Mein Beruf ist Innen-Architektin (ich habe über 30 Jahre Häuser und Wohnungen umgebaut) und Pianistin. Ich bin schon viele Jahre pensioniert. Ich bin das zweite Mal verheiratet mit Jean-Pierre Huber, nach 27 jähriger gemeinsamer Zeit.

In dieser für uns alle sehr schwierigen Zeit ist es mir wichtig, meinen Sohn zu beschreiben, wie ich ihn kenne. In unserer Familie waren und sind folgende Werte sehr wichtig:

- Ehrlichkeit
- Zuverlässigkeit
- Hilfsbereitschaft
- Vertrauen

Was auch nie gefehlt hat, ist viel Humor; dass man auch gemeinsam lachen kann.

Dani ist der erste Sohn; welch ein Glück wir empfunden haben, als er auf die Welt gekommen ist!



Trotz ███████████████████████ war Dani von Anfang an ein sehr waches, lebendiges und interessiertes Kind. Wenn wir z.B. mit dem Zug unterwegs waren (er war etwa 4 jährig), hat er während der Fahrt jedes Zugsabteil besucht und mit allen Passagieren Gespräche geführt. Er wollte immer alles wissen und hat so den ganzen Zug unterhalten, zur Freude der Reisenden. Der zweite Sohn, Peter, kam vier Jahre später zur Welt. Dani hat sich total gefreut, zumindest so lange, bis der kleine Bruder versucht hat, Dani's Spielsachen als seine zu betrachten. Die zwei Brüder haben bis heute ein wunderbares Verhältnis. Wenn wichtige Entscheidungen anstehen werden diese auch heute noch untereinander besprochen, und man hilft sich gegenseitig. Auch da sind wieder die angeführten Werte massgeben.

1



Dani's Schulzeit war geprägt von viel Freundschaft von Kolleginnen und Kollegen. Viele seiner Freunde waren regelmässig bei uns zu Hause und ich habe die vielen jungen Leute alle gekannt. Unser Haus war immer offen für die Freundinnen und Freund unserer Söhne.

Trotz seiner ███████ war und ist Sport immer wichtig, für uns alle. Für Dani war der Sport manchmal das Ein- und Alles. Jede Minute, die er nicht auf dem Fussballplatz, beim Tennis oder auf der Skipiste war, war für ihn eine verlorene Minute. Vor allem im Fussball war er wirklich gut. In Erinnerung ist mir das Turnier des Gymnasiums, wo er sein ganzes Team mit weit über 10 Toren in den Final geschossen hat. Sie waren mit 16 Jahren die Jüngsten und haben diverse Teams, die 19 Jahre alt waren, geschlagen. Sie haben dann erst im Final verloren. Was Dani dabei besonders auszeichnete, war nicht bloss sein sportliches Talent, sondern vor allem seine Teamfähigkeit und die Gabe, mit anderen ein Team zu bilden und sich gegenseitig zu fördern. Das ist eine seiner wichtigen Charaktereigenschaften geblieben.

Dani war auch ein sehr talentierter Schachspieler. Er war im Schachclub und hat in einem Simultanschach im Alter von 11 Jahren gegen den amtierenden Schweizermeister seine Partie als einziger gewonnen! Zudem war Dani über viele Jahre auch ein Judoka. Judo war nicht nur als sportliche Aktivität prägend, sondern hat ihm viel über Themen wie Respekt im Umgang mit Gegnern gelehrt. Und nicht zu vergessen, das Skifahren. Er ist heute noch aktiv, als lizenzierter Skilehrer. Bis vor zwei Jahren sind wir jede Saison zusammen auf die Skipiste gegangen. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Ich vermisse die Skitage mit Dani sehr.

Neben all den Talenten und Interessen musste ich immer schauen, dass das Schulische nicht zu kurz kam. Sowohl während dem Gymnasium wie auch während der ersten 18 Monate des Studiums war Dani vor allem auf seine anderen Interessen fokussiert. Das hat manchmal viel Nerven gekostet. Aber Dani hat irgendwann immer begriffen, dass man volle Energie auch ins Schulische legen muss. Ich erinnere mich noch gut an eine Szene, rund einen Monat vor den Abschlussprüfungen zum Master in Wirtschaftswissenschaften. Ich habe ihn gefragt, wie viele Seiten Bücher oder Manuskripte er denn beherrschen müsste. Er hat dann in seiner eigenen humoristischen Art geantwortet: «Die Anzahl Seiten weiss ich nicht. Wenn ich aber alle Bücher und Manuskripte aufeinanderlege, dann sind wir bei 1 Meter 25 Zentimeter.» Er hat den Abschluss mit Auszeichnung geschafft.

Es war bei uns zu Hause auch üblich, dass die Söhne in den grossen Ferien einen Job gesucht haben, um ihr sehr bescheidenes Taschengeld aufzubessern. Das hat schon früh angefangen. Dani war auf vielen Baustellen unterwegs. Er hat Lüftungen montiert, war in einer Schreinerei, bei einem Maler und hat Schulhäuser wie auch Geschäftshäuser geputzt. Beide Söhne haben gelernt, dass Erfolg von harter Arbeit kommt. Dani hatte während des Studiums mehrere kleine Firmen. Er hat sich mit Marketing und Marktforschungs-Studien befasst, dann hat er Computer aus den USA in die Schweiz importiert und verkauft und am Schluss eine Golf-Firma gegründet und betrieben, inklusive eigener Driving Range und dem Import von Golf Maschinen. Das Ganze hat er ohne Kapital oder Hilfe von uns Eltern auf die Beine gestellt und als Student nebenbei betrieben.

Nebst dem Studium kann auch das Militär. Damals in den 80er Jahren war es wichtig, gut, zielstrebig und zuverlässig zu sein, um einen guten Job in der Wirtschaft zu bekommen. Eine Militärkarriere im schweizerischen Milizsystem wurde in der Wirtschaft geschätzt. Dani war lange im Militär und hat sich vom Soldaten bis zum Oberleutnant entwickelt. Das Militär war eine gute Sache für ihn. Man musste in jungen Jahren vor vielen Leuten auftreten, oder Vorträge halten, und führen. Auch da wieder zählte es, integer und führungsstark zu sein. Diese lange, harte Zeit der militärischen Ausbildung hat ihn sehr gut auf seine berufliche Laufbahn vorbereitet.

Es war dann auch sehr schön zu sehen, wie Dani die Frau seines Lebens kennen gelernt hat. Antoinette ist auch heute noch wie eine Tochter für mich. Eine besondere Ehre für mich war, dass sie mich für die Auswahl des Hochzeitskleides dabei haben wollte. Später sind dann nebst dieser neuen «Tochter» noch zwei wunderbare Enkeltöchter dazugekommen. Dani war, ist und bleibt immer ein Familienmensch. Seine Familie ist für ihn das Allerwichtigste. Seine Hilfsbereitschaft in jeder Hinsicht ist immer da.

Prägend für mich war, miterleben zu können, wie er seine Karriere aufgebaut hat. Er ist fachlich hoch qualifiziert, umsichtig, sachorientiert und zielstrebig. Dabei hat er nie das Menschliche vergessen. Er hat früh verstanden, dass wir in der Schweiz alle dankbar sein müssen, was wir haben. Er hat sich deshalb früh für Menschen, die nicht auf der Sonnenseite des Lebens stehen, eingesetzt. Er hat immer viel gespendet an diverse Hilfsorganisationen, v.a. nach Asien.

Beruflich unvergessen bleibt für mich, dass ein Schweizer Bundespräsident Dani angefragt hat, ob er Teil seiner Delegation für eine Asienreise sein wolle. Das hat er selbstverständlich gerne gemacht.

Zusammen mit dem Bundespräsidenten, Herrn Guy Parmelin, vielen Parlamentariern und Vertretern aus Wirtschaft und Universitäten ist Dani eine Woche in Vietnam gewesen; einem Land das er sehr gut kennt. Das war auch der Grund, warum man auf ihn gekommen ist. Man wusste, dass er das Land und die Leute sehr gut kennt. Das bringt mich zum nächsten Gedanken: Kein Präsident der Schweiz würde diese Anfrage stellen, ohne diesen Menschen genau prüfen zu lassen, ob er für eine so wichtige und vertrauliche Aufgabe auch geeignet ist. Das setzt absolute Integrität voraus. Daran besteht bei Dani kein Zweifel.

Im letzten Teil möchte ich noch folgendes sagen: Dani hat in dieser Sache unsäglich gelitten. Diese Sache hat ihn und die ganze Familie während inzwischen etwa 14 Jahren sehr stark belastet und auch traurig gemacht. Er hat sich immer bemüht, sich mir gegenüber möglichst wenig anmerken zu lassen. Der Stress über diese lange Zeit war enorm. Nur wenn es unerträglich wurde hat er mich ab und zu angerufen und um Rat gebeten. Ich konnte ihn dann beruhigen und neuen Mut zusprechen. Stets hat er sich darum bemüht, die Sache anzupacken und in Ordnung zu bringen. In seinem damaligen beruflichen Umfeld war er damit aber leider lange allein bzw. wurde damit allein gelassen. Und trotz aller dieser schwierigen Umstände war und ist Dani immer für meinen Mann und mich da.

Was mich auch beschäftigt ist Folgendes: Die ganze Sache, die nun vor uns ist, passt nicht zu Dani, der sich über all die Jahre eine ausgezeichnete Karriere aufgebaut hat, überall geschätzt und oft auch gelobt wurde. Dani ist eine sehr gradlinige, korrekte und verständnisvolle Person, der niemals unkorrekt handeln würde. Dani hat sich in seinem ganzen Leben nie etwas zu Schulden kommen lassen. Dafür ist er viel zu geerdet. Das passt nicht zu ihm. Falls er hier eine Situation vielleicht falsch eingeschätzt und vielleicht zu spät reagiert hat, dann hat er dies mit Bestimmtheit nicht aus böser Absicht getan. Immerhin war er meines Wissens der Einzige, der sich aktiv um eine Bereinigung der damaligen Situation bemüht hat, dabei aber von den Verantwortlichen wenig Unterstützung und sogar Widerstand gefunden hat. Er hat sich dieser Sache gestellt, wie das seine Art ist. Das zeigt mir, dass er eben ein guter, rechtschaffener Mensch ist.

Tatsache ist, dass ich in meinem Leben (ich bin jetzt fast 79 Jahre alt) nur noch einen grossen Wunsch habe: ███████████████████████████████ und möchte meine Sohn Dani noch als freien, wieder glücklichen Mann in meine Arme schliessen können, bevor ich sterbe. Das ist mein Wunsch, und es ist auch der Wunsch der ganzen Familie.

Ich war früher oft in Amerika, das erste Mal um 1987. Ich habe dieses Land immer geliebt. Ich vertraue auf das Gericht in diesem demokratischen Staat.

In diesem Sinne verbleibe ich voller Hoffnung, und bedanke mich bei Ihnen, dass ich Ihnen meine Gedanken vermitteln konnte.

Hochachtungsvoll,

Margrit Huber, vormals Wälchli

*Margrit Huber*

4