# EXHIBIT 6

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Widen, 8 March 2024

Dear Judge Woods

My name is Peter Wälchli, I am Dani's brother. I am 52 years old, an engineer and entrepreneur, with my own operations in the field of building technology, and I live in Widen, Switzerland.

I write to you because I know that my brother has pled guilty, but it is enormously important to me that all the good and positive sides of my dear brother are not forgotten. In particular when imposing a sentence.

I grew up with my brother in a small village called Urdorf, together with our parents, and we were able to experience a beautiful youth. Although our needs were always provided for, we learned from our parents early on that we had to work hard if we wanted to achieve something. This was also exemplified by our father, who worked very hard.

Even though we did not always share the same opinion and interests when we were younger, as is common among children, Dani and I were always there for each other. As my older brother, Dani assumed the role of the protector if necessary. He always supported me for example in cases where I came home later than my parents told me, or when I had a dispute with other kids in which he then acted as a mediator. We could have had a dispute, but if there was something threatening from outside, then he was always at my side.

Our relationship became stronger as I grew older, and I can say that my brother became the most important person in my life. No one is closer to me than him.

Our skills are completely different, so we have always been able to help each other, be it with technical matters where I could help him, or with questions from the worlds of business and finance where he helped me. My brother had a talent for tackling things and making something even at a young age, i.e. during school and university. Be it to simplify a company's processes by creating a database, or identify a trend early on. While he was at university, he even started his own golf driving range company, the first driving range, far and wide at a time when very few people even knew what a driving range was.

1

In short, my brother has a very good sense of other people as well as other needs. I've been able to ask for his good advice countless times in my life in situations where I would have preferred to run through the wall, both personally and in business.

His prudence, constructive nature and the ability to bring different perspectives closer to me in such a way that I could also accept them certainly protected me from making certain mistakes in the business and private sphere.

Amongst others, he was also the supporting force when it came to setting up my first company (in the field of building technology systems), which has remained successful for more than 15 years. He motivated me to take this step after my father and I spent some two years disagreeing whether I should take over his business. Dani also supported me with the formation of my company and was a minority shareholder at the beginning. As an engineer, I wasn't very familiar with all the administrative things that came up in the process of becoming an independent entrepreneur. My brother was always there for me, even if he himself was very committed and actually had no time at all. He helped me navigating in my dealings with banks, supported me in negotiating favourable conditions both in my business and when I bought my house. He always had a great outside-in view and motivated me to take a different perspective, for example when I had problems with customers which I was not able to resolve on my own. This resulted in good solutions for my clients and my company.

This is another point that distinguishes my brother. My brother Dani works for people, enjoys helping and puts his own needs aside. Be it with an open ear, with his expertise, or through supporting projects to improve the lives of others.

Dani is well aware of this, and we have often talked about it, that it is a privilege to have been born in Switzerland and to have all the opportunities that other people are denied, whether because they were born in a crisis region or because other adverse circumstances do not allow it.

My brother Dani has long supported charity projects to improve the lives of others. He did so out of his own free will, with his money. Dani did not only send money, but travelled to various locations to see whether additional support could be provided beyond sending money. With his example, he inspired many others to support such projects.

I would describe him as a helpful, humorous, loyal, reliable and extremely generous person with a big heart. Here I could list many other positive features and points that distinguish my brother Dani. He is a loving father of two wonderful daughters, and I am the proud godfather of one of them, Virginia. He has also been a good and faithful husband to Antoinette for almost 25 years. For me, Dani is the best brother I could wish for, the best friend and the most important person in my life.

Dani has suffered enormously from this for many years. The loss of his beloved job is one thing, but the huge psychological burden is another. This burden was and still is immense, and this was evident time and again in our conversations. It makes me very sad to see and experience my brother like this, especially as I know what a wonderful person he is and I know

all his good sides. His wife Antoinette and their two daughters Virginia and Raffaela suffer greatly, especially as they are confronted with this situation on a daily basis and see such a wonderful person suffer every day.

I very much hope that you will take these many wonderful and good sides of my brother into account when deciding the sentence and punishment. I cannot understand what led my brother Dani to commit the crime that he pled guilty to, because it does not in any way correspond to his natural attitude and all the good qualities that characterize him as a human being, as a friend for many others, and as a loved brother, father and husband.

Respectfully,

Peter Wälchli

████████████
8967 Widen
CH-Switzerland
████████████

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

13 March 2024

Andreas D. Länzlinger

4

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Widen, 8. März 2024

Sehr geehrter Richter Woods

Mein Name ist Peter Wälchli, ich bin der Bruder von Dani. Ich bin 52 Jahre alt, bin Ingenieur und Unternehmer, mit eigenem Betrieb im Bereich Haustechnik Anlagen und wohne in Widen, in der Schweiz.

Ich schreibe Ihnen, weil ich weiss, dass sich mein Bruder eines Vergehens schuldig bekannt hat, mir aber enorm wichtig ist, dass hierbei all die guten und positiven Seiten meines lieben Bruders, nicht vergessen gehen. Insbesondere bei der Festlegung einer Strafe.

Ich bin mit meinem Bruder in einem kleinen Dorf namens Urdorf, zusammen mit unseren Eltern aufgewachsen und wir durften eine schöne Jugend erleben. Auch wenn für unsere Bedürfnisse stets gut gesorgt wurde, haben wir von unseren Eltern von früh an gelernt, dass wir hart arbeiten mussten, um etwas zu erreichen. Unser Vater hat uns dies mit harter Arbeit vorgelebt.

Auch wenn wir in jüngeren Jahren, wie es halt unter Kinder üblich ist, hie und da nicht immer gleicher Meinung waren und die gleichen Interessen hatten, so waren wir immer füreinander da. Als älterer Bruder hat er, wenn es nötig war, die Rolle des Beschützers übernommen. Dies wenn er sich für mich zu Hause einsetzte, wenn ich z.B. zu spät nach Hause kam, oder wenn ich Streit mit anderen Kindern hatte und er vermittelnd agierte. Wir konnten Streit haben, aber wenn Ungemach von aussen drohte, dann war er immer zur Stelle.

Unser Verhältnis und unsere Bindung zueinander wurde mit zunehmendem Alter immer stärker und ich darf sagen, dass sich mein Bruder zum wichtigsten Menschen in meinem Leben entwickelte. Kein Mensch steht mir näher als mein Bruder.

Unsere Fähigkeiten sind komplett anders gelagert und so haben wir uns gegenseitig auch immer helfen können, sei es bei technischen Belangen wo ich ihn jeweils unterstützten konnte, oder er mich, bei Fragen aus der Geschäfts- und Finanzwelt. Mein Bruder hatte schon in jungen Jahren, d.h. während der Schul- und Studienzeit, ein Talent dafür, Dinge anzupacken und etwas zu erschaffen. Sei dies die Abläufe einer Firma zu vereinfachen mittels der

1

Erstellung einer Datenbank, oder frühzeitig einen Trend erkennen. Als er an der Universität war, gründete er sogar seine eigene Golf Driving Range-Unternehmung, die erste Driving Range weit und breit; dies zu einem Zeitpunkt, als nur ganz wenige Leute überhaupt wussten, was denn eine Driving Range überhaupt ist.

Kurzum, mein Bruder hat ein sehr gutes Gespür für andere Menschen und auch andere Bedürfnisse. So durfte ich in meinem Leben unzählige Male seinen guten Rat beanspruchen, wenn ich am liebsten mit dem Kopf durch die Wand wäre, sei dies im privaten, wie auch im geschäftlichen Bereich.

Seine Besonnenheit, seine konstruktive Art und die Gabe, verschiedene Blickwinkel mir so näher zu bringen, dass ich diese auch annehmen konnte, hat mich sicher vor einigen Verlusten im Geschäft und im privaten Bereich bewahrt.

Er war mitunter auch die stützende Kraft, als es darum ging, meine erste Firma (im Bereich der Haustechnologiesysteme) zu gründen, welche seit über 15 Jahren erfolgreich unterwegs ist. Er hat mich motiviert diesen Schritt zu gehen, nachdem ich zwei Jahre mit meinem Vater nicht einig wurde dessen Firma später einmal zu übernehmen. Er war auch bei der Gründung meiner Firma, als Gründungsmitglied dabei. Als Ingenieur war ich wenig vertraut mit all den administrativen Dingen, welche auf einen zu kommen, bei dem Schritt zum selbstständigen Unternehmer. Mein Bruder war immer für mich da, auch wenn er selber stark engagiert war und eigentlich gar keine Zeit gehabt hätte. Sei dies bei der Verhandlung der Konditionen mit der Bank für das Geschäft, wie auch privat, als ich mein Haus gekauft habe. Ebenso hat er mir mit seinem Blick von aussen immer wieder eine neue Perspektive aufgezeigt, wenn ich bei Problemen mit Kunden nicht weiterkam, so dass ich durch den Perspektivenwechsel gute Lösungen für die Kunden und meine Firma finden konnte.

Dies ist ein weiterer Punkt, welcher meinen Bruder auszeichnet. Mein Bruder Dani setzt sich für Menschen ein, hilft gerne und stellt seine eigenen Bedürfnisse zurück. Sei dies mit einem offenen Ohr, mit seinem Fachwissen, oder aber auch indem er Projekte unterstützt, um anderen Menschen ein besseres Leben zu ermöglichen.

Dani ist es sehr wohl bewusst und darüber haben wir auch oft diskutiert, dass es ein Privileg ist, in der Schweiz auf die Welt gekommen zu sein und all die Möglichkeiten zu haben, welchen anderen Menschen verwehrt sind, sei es weil sie in einer Krisenregion geboren wurden, oder andere ungünstige Umstände es nicht zulassen.

Mein Bruder Dani unterstützt seit langer Zeit Charity Projekte, um das Leben von anderen Menschen besser zu machen. Dies aus freiem Entscheid, mit seinem Geld. Er hat aber nicht nur Geld gesendet, sondern ist auch vor Ort gereist um persönlich zu schauen, was man noch mehr tun könnte. Mit seinem Tun hat er auch andere inspiriert, solche Projekte zu unterstützen.

Ich würde ihn als helfende, humorvolle, loyale, zuverlässige und extrem grosszügige Person mit einem grossen Herz beschreiben. Ich könnte hier noch viele weitere positive Eigenschaften und Punkte aufzählen, welche meinen Bruder Dani auszeichnen. Er ist ein liebevoller Vater von zwei wunderbaren Töchtern, wobei ich stolzer Patenonkel von der einen

2

Tochter Virginia bin. Er war auch immer ein guter Ehemann von Antoinette, dies seit fast 25 Jahren. Für mich ist Dani der beste Bruder, den man sich wünschen kann, der beste Freund und die wichtigste Person in meinem Leben.

Dani hat in dieser Sache während vielen Jahren sehr gelitten. Der Verlust seines geliebten Jobs ist eine Sache, und die grosse psychische Belastung eine andere. Diese Last war und ist noch immer riesig, und dies hat sich mir immer wieder in unseren Diskussionen gezeigt. Es macht mich sehr traurig, meinen Bruder so zu erfahren, vor allem, weil ich weiss, was für ein wunderbarer Mensch er ist, und ich kenne alle seine guten Seiten. Seine Frau Antoinette und die Töchter Virginia und Raffaela leiden sehr darunter, vor allem, weil sie täglich mit dieser Situation konfrontiert sind und jeden Tag diese wunderbare Person leiden sehen.

Ich wünsche mir sehr, dass Sie bei der Findung des Urteils und der Strafe diese vielen wunderbaren und guten Seiten meines Bruders berücksichtigen. Es ist mir unerklärlich was dazu geführt hat, dass sich mein Bruder Dani eines Vergehens schuldig gemacht hat, zu dem er sich schuldig bekannt hat, denn es entspricht in keinster Weise seinem Naturell und all den guten Eigenschaften, welche ihn als Mensch, als Freund für viele andere, und als lieber Bruder, Vater und Ehemann auszeichnen.

Mit vorzüglicher Hochachtung

Peter Wälchli

8967 Widen
CH-Switzerland

3