# EXHIBIT 7

Jean-Pierre Huber

▉

CH-5620 Bremgarten

The Honorable Gregory H. Woods

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U.S Courthouse

500 Pearl Street

New York, New York 10007-1312

Bremgarten, January 10, 2024

Dear Judge Woods,

I have been with my wife Margrit, Dani's mother, for 27 years and we have been married for the last nine years. We are both married the second time. I am 72 years old, and owned three clothing stores over the last 40 years, with the main store in the ski resort Flims in Graubünden.

I employed 9 people, and I had the great help of my wife for the last 10 years of running the business. Margrit and I retired 10 years ago.

It is a great concern for me to write down my feelings and impressions that I have acquired over the many years about Dani and his family. I know that Dani was found guilty in the USA, which makes me very sad.

Dani and his brother Peter cordially accepted and treated me like a member of the family from the very beginning. It was certainly not easy for them to deal with a new man at the side of their mother after so many years. Dani and his family immediately welcomed me very warmly. We were and are in regular contact and exchange ideas on many topics. He calls me "stepdad" from time to time, with his typical humor. We hear from each other and meet regularly. Even though we are a generation older than his circle of friends and acquaintances, we are very often invited to grill dinners, or birthday parties.

Dani and his wife have two wonderful daughters, Virginia and Raffaela, who, thanks to loving and exemplary care, have developed into vivacious and great personalities. Both of them are students, and they bring me a lot of joy. For me, the two daughters are a very good example of how the foundation for a good development of the children is paved by the warmth that only a family can give. The pointing out of values, right and wrong, the setting of limits and free spaces. While Dani's substantial professional commitment required long days and frequent travel, he was always a father who, together with his wife Antoinette, also devotedly took care of his daughters. The family was always something of central importance to him.

1

Dani has a close relationship to his mother. The two certainly talk on the phone once a week and give each other advice or support when needed. Dani is always here and available for his mother and for me.

Dani and his family visit us regularly at our second home in Andalusia, Spain. We then spend a lot of time together, and talk a lot about topics like politics, society, business and family. I experience Dani as someone who has a broad knowledge and interest and who looks at the many issues in this world in a very differentiated way. He has little sympathy for people who jump on simple solutions or form opinions before looking at the problem from all sides. Dani is a loyal, serious and cordial person.

The family has always been very important to Dani. Despite his demanding job, he has always managed to spend time with his family. Not only with his own, but also with us. This has also manifested itself in the fact that Dani and Antoinette have included us on holidays with them and their daughters. Holidays in which three generations were present are so special to me and Margrit. With all the challenges which result from a job, hobbies, the family and other duties, it happens to many that they then no longer have time for other close people. This was never the case with Dani. We have always enjoyed being together and Dani has always been happy to make the time.

What always impressed me in particular was Dani's commitment to the weaker ones. His many journeys through Southeast Asia have also left their mark on him as a human being, in that they have strengthened his already existing good heart and social vein. On one occasion, he also went to extraordinary lengths to help people who had suffered seriously from an accident and would not have received adequate medical support without his help. This is just one example. He was always aware that he was lucky to have been born in a wonderful country. For him, this was always a responsibility to help others. Not only with money, but also with his heart and his personal commitment.

Dani is very physically active and at the age of 53 he still received a ski instructor's certificate, which is very demanding in Switzerland. He told me with a smile that he had suffered and struggled through the course. He did all this not for money, but because he has always been enthusiastic about helping others and teaching others something. He told me with a blink in his eye that the average age of the course participants was 23. He successfully completed the course at the age of 53 as a successful businessman, which is an extraordinary achievement. Afterwards, he gave ski lessons with great passion. His mother and I also went skiing with him several times and he lovingly and caringly took the time to introduce us to the newer techniques of skiing.

With a lot of motivation and empathy, he managed to turn my "old fashion style" into a somewhat more modern skier. He also told me that he was asked by the ski school whether he now, after three years of practice, wanted to train as a ski instructor for blind people. This request shows me that he is also very appreciated in the ski school. As I know him, he will take on this challenge as well.

2

Dani has proven to me over the last 20 years that I can rely on him. I have always known him as an honest friend with integrity. What I appreciate enormously about him is that we can have different opinions. Even in controversial discussions with him, there are never problems. He can also accept other opinions.

I write this letter because it corresponds to my sincere opinion about Dani and I hope that it will help in the assessment of the sentence and I ask your honor to treat him with leniency.


Respectfully


Jean-Pierre Huber

3

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

2 March 2024

Andreas D. Länzlinger

4

Jean-Pierre Huber

CH-5620 Bremgarten

The Honorable Gregory H. Woods

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U.S Courthouse 500

Pearl Street

New York, New York 10007-1312

Bremgarten, 10. Januar 2024

Sehr geehrter Herr Richter Woods,

Ich bin seit 27 Jahren mit meiner Frau Margrit, der Mutter von Dani, zusammen und seit 9 Jahren verheiratet. Wir sind beide das zweite Mal verheiratet. Ich bin 72 Jahre alt, hatte während 40 Jahren 3 Kleidergeschäfte, das Hauptgeschäft im Skikurort Flims in Graubünden.

Ich beschäftigte 9 Mitarbeiterinnen und hatte die letzten 10 Jahre auch die grosse Mithilfe meiner Frau. Seit 11 Jahren sind wir nun pensioniert.

Es ist mir ein grosses Anliegen meine Gefühle und Eindrücke, die ich in den vielen Jahren über Dani und seine Familie erworben habe, niederzuschreiben. Ich weiss, dass Dani in USA schuldig gesprochen wurde, was mich sehr traurig macht.

Dani und sein Bruder Peter haben mich von Anfang an wie ein Familienmitglied herzlich aufgenommen und behandelt. Es war für die beiden sicher nicht einfach, sich nach so vielen Jahren mit einem neuen Mann ihrer Mutter auseinanderzusetzen. Dani und seine Familie haben mich sofort sehr herzlich aufgenommen. Wir waren und sind in regelmässigem Kontakt und tauschen uns zu vielen Themen aus. Er nennt mich ab und zu, mit seinem typischen Humor «Stiefvater». Wir hören und treffen uns regelmässig. Auch wenn wir eine Generation älter sind als sein Freundes- und Bekanntenkreis, sind wir sehr oft an Grillabende, oder Geburtstagsfeiern eingeladen.

Dani und seine Frau haben zwei wundervolle Töchter, Virginia und Raffaela, die sich dank liebevoller und vorbildlicher Umsorgung zu lebenstüchtigen und tollen Persönlichkeiten entwickelt haben. Beide studieren und machen mir besonders viel Freude. Die beiden Töchter sind für mich ein sehr gutes Beispiel, wie durch die Wärme, die nur eine Familie geben kann, die Grundlage für eine gute Entwicklung der Kinder geebnet wird. Das Aufzeigen von Werten, Recht und Unrecht, das Setzen von Grenzen und Freiräumen.

Trotz des grossen beruflichen Engagements mit vielen Reisen war Dani ein liebevoller Vater, der sich zusammen mit seiner Frau sehr herzlich um seine Kinder gekümmert hat. Die Familie war für ihn immer etwas zentral Wichtiges.

1

Dani hat ein nahes Verhältnis zu seiner Mutter. Die beiden telefonieren sicher einmal pro Woche und geben sich gegenseitig Ratschläge oder Unterstützung, wenn es notwendig ist. Dani ist immer für seine Mutter und auch für mich da.

Dani und seine Familie besuchen uns regelmässig an unserem zweiten Wohnort in Andalusien, Spanien. Wir verbringen dann viel Zeit miteinander, und sprechen jeweils viel über Themen wie Politik, über die Gesellschaft, das Geschäft und Familie. Ich erlebe mit Dani jemanden, der ein breites Wissen und Interesse hat und der die vielen Themen auf dieser Welt sehr differenziert betrachtet. Er hat wenig Verständnis für Leute, die sich mit einfachen Lösungen brüsten oder zu Meinungen kommen, bevor man das Problem von allen Seiten betrachtet hat. Dani ist eine loyale, seriöse und herzliche Persönlichkeit.

Die Familie war Dani immer sehr wichtig. Trotz seines anspruchsvollen Jobs hat er es immer geschafft, Zeit mit seiner Familie zu verbringen. Nicht nur mit seiner eigenen, sondern eben auch mit uns. Das hat sich auch darin geäussert, dass wir von Zeit zu Zeit sehr schöne Ferien miteinander verbracht haben. Ferien, an denen wir mit Dani, seiner Frau Antoinette und ihren Kindern dabei sein durften und damit drei Generationen dabei waren. Das hat Margrit und mir sehr viel bedeutet. Mit den ganzen Ansprüchen, welche durch Job, Hobby, Familie und andere Verpflichtungen entstehen, passiert es vielen, dass sie dann keine Zeit mehr für andere nahe Menschen haben. Dies war bei Dani nie so. Wir haben es immer genossen, zusammen zu sein und Dani hat sich die Zeit dazu immer gerne genommen.

Was mich immer speziell beindruckt hat, war Dani's Engagement für die Schwächeren. Seine vielen Reisen durch Südostasien haben ihn auch menschlich geprägt, indem diese sein schon vorhandenes gutes Herz und seine soziale Ader weiter gestärkt haben. Er hat sich dabei auch einmal in einer ausserordentlichen Weise für Personen eingesetzt, die schwer verunfallt sind und ohne seine Hilfe keine angemessene medizinische Unterstützung erhalten hätten. Dies ist bloss ein Beispiel. Es war ihm immer bewusst, dass er das Glück hatte, in einem tollen Land geboren worden zu sein. Für ihn was das immer auch eine Verpflichtung, anderen zu helfen. Nicht nur mit Geld, sondern auch mit Herz und persönlichem Engagement.

Dani ist sehr sportlich und hat mit 53 Jahren noch das Skilehrerbrevet erworben, was in der Schweiz sehr anspruchsvoll ist. Er hat mir mit einem Lächeln erzählt, dass er durchaus gelitten hat und sich durchbeissen musste. Er machte dies nicht etwa wegen des Geldes, sondern weil er immer schon begeistert davon war, sich für andere einzusetzen und anderen etwas beizubringen. Er hat mir mit einem Augenzwinkern erzählt, dass das Durchschnittsalter der Kursteilnehmer 23 Jahre war. Er hat das im Alter von 53 als erfolgreicher Geschäftsmann neben all seiner beruflichen Belastung absolviert, was eine aussergewöhnliche Leistung ist, die uns alle stolz macht. Nachher hat er mit grosser Leidenschaft Skiunterricht erteilt. Auch seine Mutter und ich waren mehrmals mit ihm auf der Skipiste, und er hat sich liebevoll und fürsorglich Zeit für uns genommen, um uns in die neueren Techniken des Skifahrens einzuführen. Er brachte es mit viel Motivation und Einfühlungsvermögen fertig, aus meinem «old fashion Style» einen etwas moderneren Skifahrer zu machen. Er hat mir auch erzählt, dass er von der Skischule angefragt wurde, ob er sich jetzt, nach 3 Jahren Praxis, zum Skilehrer für blinde Menschen ausbilden lassen wolle. Diese Anfrage zeigt für mich, dass er auch in der Skischule sehr geschätzt wird. Wie ich ihn kenne, wird er auch diese Ausbildung in Angriff

2

nehmen.

Dani hat mir die letzten 20 Jahre bewiesen, dass ich mich auf ihn verlassen kann. Ich habe ihn immer als einen ehrlichen und integren Freund kennengelernt. Was ich enorm an ihm schätze ist, dass wir durchaus auch unterschiedliche Meinungen haben können. Auch bei kontroversen Diskussionen mit ihm gibt es nie Probleme. Er kann auch andere Meinungen akzeptieren.

Ich schreibe diesen Brief, weil er meiner aufrichtigen Meinung über Dani entspricht und ich hoffe, dass er bei der Beurteilung des Strafmasses hilft und bitte Sie dabei um Milde.

Respektvoll

*Jean-Pierre Huber* [signature]

Jean-Pierre Huber