# EXHIBIT 8

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Nänikon, February 6, 2024

Dear Judge Woods:

My name is Marcel Krist, I am 58 years old and I am married to Francesca Krist. We have three sons aged 24 (Gregory), 22 (Roderick) and 19 (Luca). We live as a family in 8606 Nänikon in the canton of Zurich in Switzerland. My wife and I have held management positions in international companies in recent years. I currently work at Basler&Hofmann as a department head in software development and software sales. My wife and I were also both involved in local politics and were elected to political office, where we worked for several years for the common good of our society. I was a member of the Swiss national swimming team for more than 10 years and took part in the European Championships three times and the World Swimming Championships once.

I am probably one of Dani's oldest friends and we have known each other for more than 30 years now. I first met Dani during my studies at the University of Zurich. Back then, I noticed him as a self-confident and dynamic student. Initially, I thought that Dani was part of a group of students who came from a different, wealthier, region of the Canton of Zurich than the working-class region that I grew up in. Weeks later, I got to know Dani and learned that, like me, he also came from a working class background. Our shared background helped us bond, as we both knew that we would need to work hard for our goals and that nothing would be given to us.

What I remember most, however, was the moment when Dani came into the lecture hall with one of the first mobile phones, which at the time were almost the size of a small briefcase and the weight of a large watermelon, and sat down a row in front of me. I asked him whether he wanted to exercise his muscles or make a phone call. He replied: both, but he couldn't leave his mobile phone in his car because it was far too expensive. I simply replied: "Just leave it at home then." We definitely knew each other from that day on. A few months later, I learned that Dani had worked hard for this second-hand mobile device with student jobs and that he carried it with him because he needed it for his other student jobs. This made me like him even much more!

A few months later, as chance would have it, Dani and I entered the army's officer training school in the Bülach military barracks at the same time. Dani had enjoyed the classic transmitter training in the army, where you learn from scratch the craft of transmitting information with army telephones and directional beams, and I came from the rescue force and was also a trained transmitter soldier, but with a specialization in various radios. When I greeted him, my first comment was: "So you're still stuck with telephones and I've already moved on to wireless radio technology." As Dani and I were not in the same officer class, we mostly met on the performance marches, i.e. generally long distance marches that had to be completed within tight time limits, which took place in small groups of 6 candidates and according to the individual training classes and troop types. These performance marches had a strong competitive component, as the first group was allowed to leave earlier than the rest of the groups. Leaving earlier meant that you were allowed to go home or to your girlfriend on Friday evening and this was of course a very big goal at officer school. Dani was very fit back then and a very good runner who did also take the backpack or rifle from weaker runners in his group in order to support the entire team and was still one of the fastest in his group. Fortunately

1

for the rest of us, he was also a very bad map reader and whenever he took over the responsibility for map reading, we were able to beat his group in the marches. At some point, he realized his weakness in reading maps and left this task to other group members, which was to our disadvantage, as my group and his group usually fought a duel for victory in the performance marches. (Even in the morning 4km run, we were always hot on each other's heels and often decided the victory among ourselves.) I was particularly impressed with Dani and his group for winning the 100km march, ███████████████████████████████████████

Unfortunately, I had no chance of winning the 100km march with my group, as two members of our group wanted to give up and we first had to persuade them to continue marching and then reach the finish as a group (this was the requirement, otherwise the 100km march would not have counted as completed).

After qualifying as officers, we went our separate ways again for a few months until we met again in a lecture at university. During the break, I introduced Dani to my girlfriend at the time, whom I had known from high school but had only started a relationship with during my studies. My girlfriend and I told Dani about a business idea that he found very interesting and wanted to take part in. As my ex-girlfriend had parents from Bratislava (who fled to Switzerland in the 1950s) and Czechoslovakia was still behind the Iron Curtain when we were students, we came up with the idea of supplying my ex-girlfriend's cousin, who had a shoe store, with second-hand shoes from a colleague of mine who ran a shoe store in Switzerland. Our start-up prospered very well in the first few months and we were able to send a few shipments of shoes to my ex-girlfriend's cousin, despite all the hurdles from the customs authorities in Czechoslovakia. This went well until another retailer in Switzerland set us up with a fictitious shoe warehouse, to which we then delivered in error. However, we were still able to liquidate our company properly with a positive net profit, which was just enough for a good dinner for three.

Dani graduated before me, as I had to work as a teacher at a private school in Zurich to finance my studies, which meant that I lost about two years to the fastest students in my group. So I (and Dani) were all the more pleased when we happened to meet up again in Bülach while earning our lieutenant's degree and were able to share a room in the officers' barracks for a few weeks. Dani was in charge of the German-speaking soldiers and I had been assigned the French- and Italian-speaking soldiers. We were a sensational team and our commander wasn't the strongest leader, but he knew that he could rely on the two of us 200 percent and that the company would be tightly managed and we would achieve the training objectives as a group.

Of course, Dani and I also had "difficult" soldiers in our sections and we always tried to achieve all our goals together, even with weaker and unwilling recruits, through strong leadership, demanding performance, and by serving as good role models who demonstrated the hard exercises. To ensure that we were always one step ahead of our soldiers in terms of fitness, we went to the fitness center almost every day after a 16-18 hour day or went to the training campus a few times.

During this service, Dani and I also talked about my future after university and as Dani had already finished his studies a few months earlier and had started a job at Zürcher Kantonalbank (ZKB), he recommended that I join ZKB as well and take a job in the area he was working in. This was definitely an option for me, so I applied to ZKB and got the job. Dani and I worked together in the same team from then on and Dani was promoted to team leader after about a year in the team. He was highly valued by his team and his superiors as a leader and technical expert and Dani and I were able to complement each other perfectly with our different strengths in this team. Before my first two years at ZKB were over, my wife, who was working at Unilever at the time, was offered an international position at Unilever. Being half British, my wife wanted a job at Unilever UK and it was clear to me that I could not get a job at ZKB in the UK as the bank was completely focused on the Canton of Zurich and had no international subsidiary or branches. For this reason, I left ZKB

and Dani's team after two years and looked for a job with an international company. I found this at McKinsey & Company and started as a consultant in the Zurich office.

Dani and I remained good friends and we often met in private and of course Dani and his fiancée were invited to our wedding and my wife and I were also invited to the Wälchli couple's wedding. Dani and his wife later asked me to be godfather to their second daughter and I was very happy to take on this task and responsibility. Dani, for his part, is also very close with our sons. We have a close family relationship.

Dani's and my families have had a wonderful friendship for several years now and we often see each other at family celebrations or parties with our friends. Dani has always been very helpful, generous and supportive. We consult and advise each other on family issues or professional career moves. Dani is a friend I can always rely on in all situations and Dani also knows from me that no matter what situation he is in, he can call me at any time of the day or night, and I will help him solve his problem. Dani is also one of those people who care for others, for instance in the case of deaths in the family.

I would be very happy if this relationship and this support from Dani would continue in the coming years of our lives and if I could continue to have my good and loyal friend by my side in the coming weeks, months and years.

For all of the above reasons, I am writing this letter, knowing full well that Dani has pleaded guilty and that he will therefore have to appear in court. I was very surprised when I heard this from Dani. After all, I have always known him to be a very correct and law-abiding person over the years. As an active member of our society and a member of political committees, Dani enjoyed a very high public reputation in his community and beyond. I give Dani a lot of credit for facing the court in this matter. I would not have expected anything else from him, because Dani is a very correct and upright person.

I sincerely ask you to take all this into account when assessing Dani.

Respectfully,


Marcel Krist

8606 Nänikon
Switzerland
Phone:
Email:

3

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

12 March 2024

_____
Andreas D. Länzlinger

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312


Nänikon, 6. Februar 2024


Dear Judge Woods:

Mein Name ist Marcel Krist, ich bin 58 Jahre alt und ich bin verheiratet mit Francesca Krist. Wir haben drei Söhne im Alter von 24 (Gregory), 22 (Roderick) und 19 Jahren (Luca). Wir wohnen als Familie in 8606 Nänikon im Kanton Zürich in der Schweiz. Meine Frau und ich hatten in den letzten Jahren leitende Positionen in international tätigen Firmen. Aktuell arbeite ich bei Basler&Hofmann als Fachbereichsleiter in der Softwareentwicklung und im Softwarevertrieb. Meine Frau und ich waren beide auch in der lokalen Politik engagiert und haben uns in politische Ämter wählen lassen und dort mehrere Jahre unsere Aufgaben für das Gemeinwohl unserer Gesellschaft erbracht. Ich war mehr als 10 Jahr Mitglied der schweizerischen Schwimmnationalmannschaft und habe dreimal an Europameisterschaften und einmal an der Weltmeisterschaft im Schwimmen teilgenommen.

Ich bin wahrscheinlich einer der ältesten Freunde von Dani und wir kennen uns nun schon seit mehr als 30 Jahren. Ich habe Dani zum ersten Mal im Studium in einer Vorlesung an der Universität Zürich kennengelernt. Er ist mir damals als selbstbewusster und dynamischer Student aufgefallen. Anfänglich dachte ich, dass Dani Teil einer Gruppe von Studenten sei, welche aus einer anderen, reicheren Region des Kanton Zürich stammten als der bescheideneren Region, in welcher ich aufgewachsen bin. Wochen später lernte ich Dani kennen und erfuhr, dass er wie ich auch aus einer Arbeiterklasse stammte. Unser gemeinsamer Hintergrund führt uns zusammen, zumal wir beide wussten, dass wir beide hart für unsere Ziele arbeiten mussten und uns nichts geschenkt wurde.

Was mir aber sehr in Erinnerung geblieben ist, war der Moment, als Dani mit einem der ersten Mobiletelefone, welche damals noch fast die Grösse einer kleinen Aktentasche und das Gewicht einer grossen Wassermelone hatten, in den Hörsaal kam und sich eine Reihe vor mir hinsetzte. Ich habe ihn damals gefragt, ob er seine Muskeln trainieren oder telefonieren wolle. Er antworte: beides, aber er könne das Mobile-Phone doch nicht in seinem Auto lassen, da dieses viel zu teuer sei. Ich meinte darauf nur: «Lass es dann doch einfach zu Hause.» Seit diesem Tag kannten wir uns definitiv. Ich habe dann auch ein paar Monate später erfahren, dass Dani sich dieses Second Hand Mobile-Gerät hart mit Studentenjobs erarbeitet hatte und es für seine weiteren Studentenjobs und zum Geld verdienen benötigte. Dies machte ihn noch viel sympathischer!

Ein paar Monate später wollte es der Zufall, dass Dani und ich zum gleichen Zeitpunkt in die Offiziersschule der Armee in der Kaserne Bülach eingerückt sind. Dani hatte die klassische Übermittler-Ausbildung in der Armee genossen, wo man von Grund auf das Handwerk der Informationsübermittlung mit Armeetelefon und Richtstrahl erlernte und ich kam von der Rettungstruppe und war auch gelernter Übermittlungssoldat, doch mit einer Vertiefung auf verschiedensten Funkgeräten. Als ich begrüsste war mein erster Spruch: «Du bist also immer noch bei den Telefonen hängengeblieben und ich bin schon bei der kabellosen Funktechnologie angekommen.» Da Dani und ich nicht in der gleichen Offiziersklasse waren trafen wir uns mehrheitlich auf den Leistungsmärschen (in der Regel längere Märsche, die unter engen zeitlichen Verhältnissen zu absolvieren waren), welche in Kleingruppen von 6 Aspiranten und nach

1

Zugehörigkeit zu den einzelnen Ausbildungsklassen und Truppengattungen stattfanden. Diese Leistungsmärsche hatten eine starke Wettkampfs-Komponente drin, da die erste Gruppe jeweils schon früher abtreten durfte als der Rest der Gruppen. Früher abtreten bedeutet, dass man schon am Freitagabend nachhause oder zu seiner Geliebten abtreten durfte und dies war natürlich in der Offiziersschule ein sehr grosses Ziel. Dani war damals sehr fit und ein sehr guter Läufer, der auch noch den Rucksack oder das Gewehr von schwächeren Läufern in seiner Gruppe übernahm und immer noch eine der führenden Personen in seiner Gruppe war. Zu unserem Glück musst er mehrfach erfahren, dass er ein sehr schlechter Kartenleser war und immer, wenn er die Verantwortung für das Kartenlesen übernahm, konnten wir seine Gruppe in den Märschen schlagen. Irgendwann war dies ihm dann auch klar und er überlies diesen Task anderen Gruppenmitgliedern, was zu unserem Nachteil war, denn meine Gruppe und seine Gruppe haben sich meistens um den Sieg in den Leistungsmärschen duelliert. Auch beim morgendlichen 4km Lauf waren wir uns gegenseitig immer auf den Fersen und haben oft den Sieg untereinander ausgemacht. Besonders beindruckt war ich von Dani und seiner Gruppe, dass sie den 100km Marsch gewonnen hatten, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Mit meiner Gruppe hatte ich leider keinerlei Chance auf den Sieg im 100km Marsch, da zwei von unseren Kameraden in der Gruppe aufgeben wollten und wir diese erst davon überzeugen mussten, dass wir weiter marschieren konnten und dann geschlossen als Gruppe das Ziel erreichten (dies war die Vorgabe, sonst hätte der 100km Marsch nicht als absolviert gezählt).

Nach der Brevetierung zum Offizier haben sich unsere Wege für ein paar Monate wieder getrennt, bis wir uns an der Universität wieder in einer Vorlesung getroffen haben. In der Pause habe ich Dani meine damalige Freundin vorgestellt, welche ich schon vom Gymnasium kannte, aber erst während des Studiums eine Beziehung entstanden war. Meine Freundin und ich haben Dani von einer Businessidee erzählt, welche er sehr interessant fand und bei welcher auch mitmachen wollte. Da meine Ex-Freundin Eltern aus Bratislava hatte (welche in den 50er Jahren in die Schweiz geflüchtet sind) und die Tschechoslowakei während unserer Studienzeit noch hinter dem Eisernen Vorhang lag, kam die Idee zustande, dass wir dem Cousin meiner Ex-Freundin, welcher ein Schuhgeschäft hatte, Second Season Schuhe von einem Kollegen von mir, welcher in der Schweiz ein Schuhgeschäft leitete, liefern würden. Unser Start-up prosperierte in den ersten Monaten sehr gut und wir konnten einige Schuhlieferungen, trotz aller Hürden der Zollbehörden der Tschechoslowakei, dem Cousin meiner Ex-Freundin senden. Dies ging so lange gut, bis uns ein anderer Detailhändler in der Schweiz mit einem fiktiven Schuhlager auflaufen liess, an welches wir irrtümlich geliefert hatten. Wir haben aber dennoch unsere Firma mit einem positiven Reingewinn, welcher gerade noch für ein gutes Nachtessen zu Dritt reichte, ordentlich liquidieren können.

Dani hat seinen Studienabschluss vor mir erlangt, da ich mein Studium mehrheitlich selbst finanzieren musste und als Lehrer an einer Privatschule in Zürich tätig war und dadurch etwa zwei Jahre auf die schnellsten Studenten meiner Gruppe verloren habe. Umso mehr hat es mich (und Dani) gefreut, als wir beim Abverdienen des Leutnant Grades uns zufälligerweise wieder in Bülach getroffen haben und in der Offizierskaserne während ein paar Wochen das Zimmer miteinander teilen durften. Dani führte in diesem Grad-Abverdienen die deutschsprechenden Soldaten und ich hatte die Französisch- und Italienischsprechenden Soldaten zugeteilt bekommen. Wir waren ein sensationelles Team und unser Kommandant war nicht die stärkste Führungsperson, doch er wusste, dass er sich 200 Prozent auf uns zwei verlassen konnte und dass damit die Kompanie straff geführt wurde und wir als Kompanie die Ausbildungsziele erreichen werden.

Natürlich hatten Dani und ich auch «schwierige» Soldaten in unseren Zügen und wir haben immer mit starker Führung, dem Einfordern von Leistung, aber auch als gute Vorbilder, welche die harten Übungen vormachen, zusammen versucht, alle Ziele, auch mit schwächeren und unwilligen Rekruten, mit Bestnote zu erreichen. Damit wir da unseren Soldaten weiterhin mit der Fitness immer einen Schritt voraus waren, haben wir fast täglich nach einem 16-18 Stunden Tag noch das Fitnesscenter aufgesucht oder ein paar Mal die Kampfbahn absolviert.

Während dieses Dienstes haben Dani und ich auch über meine Zukunft nach der Universität gesprochen und da Dani schon vor ein paar Monaten mit seinem Studium fertig war und einen Job bei der Zürcher Kantonalbank (ZKB) begonnen hatte, hat er mir empfohlen, doch auch dorthin zu kommen und in dem Bereich, in dem er tätig war, einen Job anzunehmen. Für mich war dies durchaus eine Option und ich habe mich bei der ZKB beworben und habe die Stelle bekommen. Dani und ich arbeiteten fortan in im gleichen Team zusammen und Dani wurde nach ca. einem Jahr in diesem Team zum Teamleiter befördert. Er wurde von seinem Team und seinen Vorgesetzen sehr als Führungsperson und Fachexperte geschätzt und Dani und ich konnte uns wiederum hervorragend mit unseren unterschiedlichen Stärken in diesem Team ergänzen. Bevor meine ersten 2 Jahre bei der ZKB vorbei waren, hat meine Ehefrau, welche damals bei Unilever arbeitete, die Aussicht erhalten, eine internationale Stelle bei der Unilever anzutreten. Als halbe Engländerin wollte meine Frau am liebsten einen Job bei Unilever UK und für mich war klar, dass ich bei der ZKB nicht einen Job in UK bekommen kann, da die Bank komplett auf den Kanton Zürich ausgerichtet war und keine internationale Tochter oder Filialen hatte. Aus diesem Grunde habe ich die ZKB und das Team von Dani nach zwei Jahren wieder verlassen und eine Stelle bei einer international tätigen Firma gesucht. Diese habe ich bei McKinsey&Company gefunden und ich habe als Berater im Zürich Office gestartet.

Dani und ich blieben weiterhin gute Freunde und wir haben uns öfters privat getroffen und natürlich war Dani und seine Verlobte an unserer Hochzeit eingeladen und meine Frau und ich auch an der Hochzeit des Ehepaars Wälchli. Ich wurde von Dani und seiner Frau später als Pate für seine zweite Tochter angefragt und ich habe diese Aufgabe und Verantwortung sehr gerne übernommen. Dani seinerseits ist ebenfalls in sehr enger Weise mit unseren Söhnen verbunden. Wir haben ein enges familiäres Verhältnis zueinander.

Die Familien von Dani und mir pflegen nun schon seit mehreren Jahren eine wunderschöne Freundschaft und wir sehen uns sehr oft an Familienfesten oder Festen mit unseren Freunden. Dani hat sich dabei immer als sehr hilfsbereit, grosszügig und unterstützend ausgezeichnet. Wir konsultieren und beraten uns gegenseitig bei Themen in der Familie oder beruflichen Karriereschritten. Dani ist für mich ein Freund, auf den ich mich immer und in allen Lebenslagen verlassen kann und Dani weiss auch von mir, dass egal in welcher Situation er steckt, er mich zu jeder Tages- und Nachtzeit anrufen kann und ich ihm helfen werde sein Problem zu lösen. Dani gehört auch zu den Menschen, welche Anteil nehmen, wie beispielsweise bei Todesfällen in der Familie.

Ich würde mich sehr darüber freuen, wenn diese Beziehung und diese Unterstützung von Dani auch in den nächsten Jahren unseres Lebens fortdauern würde und ich in den nächsten Wochen, Monate und Jahre weiterhin meine guten und treuen Freunde an meiner Seite wissen dürfte.

Aus allen den oben genannten Gründen schreibe ich diesen Brief, wohl wissend, dass sich Dani für schuldig bekannt hat und dass er deshalb vor Gericht erscheinen muss. Denn ich war sehr überrascht, als ich dies von Dani erfahren hatte. Habe ich ihn doch in all den Jahren immer als sehr korrekten und gesetzestreuen Menschen kennengelernt. Dani hat als aktives Mitglied unserer Gesellschaft und Mitglied von politischen Kommissionen in der Öffentlichkeit in seiner Gemeinde und darüber hinaus ein sehr hohes Ansehen genossen hatte. Ich rechne es Dani sehr hoch an, dass er sich in dieser Angelegenheit dem Gericht stellt. Ich hätte von ihm nicht anderes erwartet, denn Dani ist eine sehr korrekte und rechtschaffene Persönlichkeit.

Ich ersuche Sie von Herzen, all dies bei der Beurteilung von Dani zu berücksichtigen.

Hochachtungsvoll,

Marcel Krist

8606 Nänikon
Switzerland
Phone:
Email:

4