# EXHIBIT 9

Sara Nogly
███████
8003 Zurich
Switzerland

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Zurich, January 30, 2024

Daniel Wälchli

Dear Judge Woods,

My name is Sara Nogly. I was born in Switzerland on ███████ 1982 and currently live and work in the city of Zurich in Switzerland. I have a degree in business administration and a Master of Advanced Studies (MAS) in Business Innovation. Over the course of my professional life, I have worked for large companies such as Ernst & Young AG, Pricewaterhouse Coopers AG and Zürcher Kantonalbank (ZKB). In 2015, I founded Wesentlych GmbH, a consulting services company in Zurich. I continue to own and operate Wesentlych to this day.

I met Dani 20 years ago at our mutual employer Zürcher Kantonalbank (ZKB). We were work colleagues at the time. Dani brought me into his team, where we worked together successfully for about two years as manager and employee. Later, when Dani left ZKB to join IHAG Holding, we stayed in touch. Over the years, a good friendship has developed between us, which I greatly appreciate.

I understand the purpose of this letter to give me the opportunity to introduce you to Dani's character and personality. I am aware that Dani has pleaded guilty in the proceedings before you.

When I met Dani, he had just returned from an assignment abroad in London, which he was doing for ZKB at the time. At the time, I was working as an assistant to the CFO of ZKB. The management of ZKB greatly appreciated Dani's work and his personality. He was given the task of setting up and structuring the CFO's new staff unit and project management in this area. To this end, he was able to put together a small team of employees. Dani recruited me as the first member of his new team. Working with Dani was very valuable for me. As a supervisor, he equally challenged and enabled me. The task at hand and Dani's management style allowed me to acquire new skills. Dani made sure that I was able to attend internal and external training courses, and as my line manager, I was given the time and budget to do so. I was able to incorporate my newly acquired knowledge directly into my work and our collaboration. Dani always had confidence in my abilities and my personality. He empowered me greatly in my career. Dani's feedback was always uncompromisingly direct, honest, and constructive. He analyzed mistakes and sought to improve procedures. The important thing was to learn from the mistakes and, if possible, prevent them from happening again. As a team, we developed a culture of trust, loyalty, and honest feedback. I always knew where I stood. Dani always supported me and stood up for his team as a supervisor. Successful work was praised, not only within the team, but Dani always passed on internal and external praise directly to me and our team and never claimed it for himself. When there was praise, he always put his team first, and in the rare case of complaints, he stood in front of the team and backed us up. One of Dani's statements that has stuck with me is: "A boss is always as good as his team, if his team does a good job and receives praise, the boss automatically shines too".

While I was selected to work on Dani's team, I skipped over a colleague in the CFO's office. This employee was already doing an inadequate job and was a very difficult person both personally and professionally. Unfortunately, this led to a situation where I had to work more or less two full-time jobs. All the managers were aware of this, but no one wanted to take on this uncomfortable task and have the necessary discussions with this employee, the CFO, the team leaders and HR. Dani was the only one willing to take on this unpopular task. This employee was dishonest and unfair, attributes that simply don't fit into Dani's world. His intervention finally created transparency and consequences followed. If Dani hadn't reacted at the time, I would probably have resigned. Dani's intervention saved me from greater physical and psychological stress.

As my line manager, Dani had also taken care of fair pay (his predecessor was not interested in this). It was only thanks to him that my salary was increased. He also gave me the opportunity to study business administration alongside my job. Before he moved to IHAG Holding, Dani had assured me that all the necessary documents would be signed before he left ZKB. He also kept his word in this matter. The higher salary and the further training were approved, for which I am very grateful to him.

For me, Dani is one of the most straightforward and strictly honest people I know. He detests dishonesty both privately and professionally. He never holds back his opinion on these matters but communicates it openly. No matter who is standing in front of him and in what position. This is a very un-Swiss way of dealing with such things. I can imagine that this didn't always make him popular either. Many people, at least in Switzerland, are afraid of making an unpopular statement or intervention and taking a clear stand for others. Not so for Dani. Fair and equitable treatment at all levels is very important to him. And he communicates this and does not shy away from possible consequences.

In the 20 years of our friendship, there have been a few more examples along these lines, which I would like to share here. For example, I remember Dani telling me that some processes in his father's former company were not running correctly and that it was the employees of this company who were suffering. Dani was shocked and angry about this situation. He did not hesitate and called his father to account. He also offered his support to the company to rectify all the inconsistencies and help the employees get their rights. Dani worked as a consultant for free and, as far as I know, invested his personal assets so that none of the employees suffered any financial loss.

I also remember how reflective Dani always remained towards himself and his life. He was and is very aware of his own standard of living. It was and is always clear to him that there are many people who are less fortunate and so he has always donated money to social projects for as long as I have known him. But here too, the transparency and background of the social projects and organizations are very important to him. Dani would probably never make a donation to an organization that he had not personally checked in order to look like a benefactor afterwards. I am very sure that all these projects and organizations first had to pass a personal 'Dani Assessment' in order to gain his trust.

His relationship with his wonderful wife and two daughters is also characterized by a great deal of love and loyalty. I was able to witness this from the birth of his daughters to the relationship he has with his two wonderful young women today and I think it's just wonderful!

I hope my lines help to give Dani's person and character 'a face'. With his straightforward manner, his sense of justice and his unsparing honesty, Dani may not be as "diplomatic" as other people sometimes are. But he accepts the risk of being frank and open, which many other people are too scared or cowardly to do. I see this as courageous and authentic. These are exactly the qualities I have appreciated in Dani for many years! Whether professionally or privately. With Dani, I know where I stand. It would never occur to him to express a certain

view while in reality having a completely different opinion. Dani is a loyal person on whom his family, his friends and those around him can always rely. I hold Dani in high esteem, and it is a privilege to count him among my friends!

With this in mind, I remain hopeful that this letter will help you in your assessment of Dani, and I ask for your leniency. Thank you for letting me share my thoughts with you.


Yours respectfully,


Sara Nogly

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

4 March 2024

Andreas D. Länzlinger

Sara Nogly  
8003 Zürich  
Switzerland

The Honorable Gregory H. Woods  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, N.Y. 10007-1312

Zürich, 30. Januar 2024

Daniel Wälchli

Sehr geehrter Herr Richter Woods,

Mein Name ist Sara Nogly, geboren am ████ 1982 in der Schweiz, ich wohne und arbeite derzeit in der Stadt Zürich in der Schweiz. Ich habe unter anderem einen Abschluss als Eidg. dipl. Betriebswirtschafterin und einen Master of Advanced Studies (MAS) in Business Innovation. Ich habe während meines Berufslebens bei grossen Gesellschaften wie Ernst & Young AG, Pricewaterhouse Coopers AG und der Zürcher Kantonalbank (ZKB) gearbeitet. Ich habe im Jahr 2015 die Wesentlych GmbH, eine Beratungsgesellschaft in Zürich gegründet. Ich bin auch heute noch Eigentümerin dieser Gesellschaft, die ich führe.

Dani habe ich vor 20 Jahren bei unserer gemeinsamen Arbeitgeberin Zürcher Kantonalbank (ZKB) kennengelernt. Wir waren dazumal Arbeitskollegen. Dani holte mich in sein Team, in dem wir erfolgreich für ca. zwei Jahre als Vorgesetzter und Mitarbeiterin zusammengearbeitet haben. Später, als Dani die ZKB verliess, um zur IHAG Holding zu wechseln, blieben wir in Kontakt. Über die Jahre hat sich eine gute Freundschaft zwischen uns entwickelt, welche ich sehr schätze.

Ich verstehe den Zweck dieses Schreibens so, dass ich die Chance erhalte, Ihnen Danis Charakter und seine Persönlichkeit näher zu bringen. Mir ist bewusst, dass sich Dani in diesem Verfahren als schuldig bekannt hat.

Als ich Dani kennengelernt habe, kam er gerade von einem Auslandaufenthalt in London, welchen er dazumal für die ZKB absolvierte, zurück. Ich arbeitete zu dieser Zeit als Assistentin für den CFO der ZKB. Die Geschäftsleitung der ZKB schätzte Danis Arbeit und seine Person sehr. Er erhielt den Auftrag, die neue Stabsstelle des CFO sowie das Projektmanagement in diesem Bereich aufzubauen und zu strukturieren. Zu diesem Zweck durfte er ein kleines Team aus Mitarbeitern und Mitarbeiterinnen zusammenstellen. Dani rekrutierte mich als erste Mitarbeiterin für sein neues Team. Die Zusammenarbeit mit Dani war für mich sehr wertvoll. Als Vorgesetzter forderte und förderte er mich gleichermassen. Durch die neue Aufgabe und Danis Führungsstil durfte ich mir neue Kompetenzen aneignen. Dani sorgte dafür, dass ich intern wie extern Weiterbildungen besuchen durfte, Zeit und Budget wurden mir von ihm als Vorgesetzten genehmigt. Mein neu erworbenes Wissen durfte ich direkt in meine Arbeit und unsere Zusammenarbeit einfliessen lassen. Dani hatte stets Vertrauen in meine Fähigkeiten und meine Person. Er befähigte mich dadurch in meiner Karriere sehr. Danis Feedback war immer kompromisslos direkt, ehrlich und konstruktiv. Er analysierte Fehler und bemühte sich, das Vorgehen zu verbessern. Wichtig

1/3



war, dass aus den Fehlern gelernt wurde und diese nach Möglichkeit nicht noch einmal vorkamen. Als Team entwickelten wir eine Kultur von Vertrauen, Loyalität und ehrlichem Feedback. Ich wusste immer woran ich bin. Dani hatte mir immer den Rücken gestärkt und ist als Vorgesetzter für sein Team eingestanden. Erfolgreiche Arbeiten wurden gelobt, nicht nur im Team, sondern Dani hatte internes und externes Lob jeweils direkt an mich und unser Team weitergeleitet und dieses nie für sich beansprucht. Bei Lob hatte er immer sein Team in den Vordergrund gestellt und bei seltenen Reklamationen hat er sich vor das Team gestellt und uns den Rücken gestärkt. Eine Aussage von Dani, welche sich bei mir eingeprägt hat, ist: «ein Chef ist immer so gut wie sein Team, leistet sein Team gute Arbeit und erhält Lob, brilliert automatisch auch der Chef».

Als ich für das Team von Dani rekrutiert wurde, führte das dazu, dass ich eine Mitarbeiterin im Sekretariat des CFO übersprang. Diese Mitarbeiterin leistete schon davor unzureichende Arbeit und war persönlich wie auch beruflich eine sehr schwierige Persönlichkeit. Dies führte leider zu der Situation, dass ich mehr oder weniger zwei Vollzeitjobs absolvierte, um ihre unzureichende Arbeitsqualität aufzufangen. Dieser Umstand war allen Führungspersonen bekannt, doch niemand wollte sich die unbequeme Aufgabe aufbürden und mit dieser Mitarbeiterin sowie dem CFO, den Teamleitern und dem HR die notwendigen Gespräche führen. Dani hat sich dieser unbeliebten Aufgabe als Einziger gestellt. Diese Mitarbeiterin war unehrlich und unfair. Dies sind Attribute, welche schlicht nicht in eine Welt von Dani passen. Durch sein Eingreifen wurde endlich Transparenz hergestellt und Konsequenzen folgten. Hätte Dani dazumal nicht reagiert, hätte ich wohl meine Kündigung ausgesprochen. Das Eingreifen von Dani hat mich dazumal vor grösseren physischen und psychischen Belastungen bewahrt.

Dani hatte sich als Vorgesetzter auch um eine gerechte Entlöhnung gekümmert (dies hatte seine Vorgängerin nicht interessiert). Erst dank ihm wurde mein Salär angehoben. Ausserdem hatte er mir die Chance eines berufsbegleitenden Betriebswirtschaftsstudium ermöglicht. Dani hatte mir vor seinem Wechsel zur IHAG Holding versichert, dass alle notwendigen Unterlagen unterschrieben vorliegen würden, bevor er die ZKB verlasse. Auch bei dieser Angelegenheit hatte er Wort gehalten. Das höhere Salär wie auch die Weiterbildung wurden bewilligt, wofür ich ihm sehr dankbar bin.

Dani ist für mich einer der gradlinigsten und schonungslos ehrlichsten Menschen welche ich kenne. Er verabscheut Unehrlichkeit privat wie auch beruflich. Er hält in diesen Dingen seine Meinung nie zurück, sondern kommuniziert sie offen. Ganz egal welcher Mensch mit welcher Position vor ihm steht. Dies ist eine sehr unschweizerische Art und Weise, um mit solchen Dingen umzugehen. Ich kann mir vorstellen, dass dies die eigene Person auch nicht immer beliebt macht. Viele Menschen fürchten sich davor, zumindest in der Schweiz, sich selber mit einer unpopulären Aussage oder Intervention bei Anderen klar zu positionieren oder für andere einzustehen. Nicht so Dani. Ihm ist ein fairer und gerechter Umgang auf allen Ebenen sehr wichtig. Und dies kommuniziert er auch so und scheut sich dabei nicht vor möglichen Konsequenzen.

Während den 20 Jahren unserer Freundschaft gab es einige weitere Beispiele in diese Richtung, welche ich gerne hier teilen möchte. Zum Beispiel weiss ich noch, wie mir Dani erzählte, dass im ehemaligen Unternehmen seines Vaters einige Prozesse nicht korrekt abliefen und die Leidtragenden die Mitarbeitenden dieses Unternehmens waren. Dani war schockiert und verärgert über diesen Zustand. Er zögerte nicht und zog seinen Vater zur Rechenschaft. Ausserdem bot er dem Unternehmen seine Unterstützung an um alle Ungereimtheiten zu beseitigen und den Mitarbeitern zu ihren Rechten zu verhelfen. Dani arbeitete dafür kostenlos als Berater und hat, soweit mir bekannt ist, sein privates Vermögen investiert, damit keine der Mitarbeitenden einen finanziellen Schaden davontragen musste.



Mir ist auch geblieben wie reflektiert Dani sich selber und seinem Leben gegenüber stets geblieben ist. Er war und ist sich über seinen eigenen Lebensstandard sehr bewusst. Für ihn war und ist auch immer klar, dass es viele Menschen gibt, die weniger Glück haben und so spendet er seit ich ihn kenne auch immer Geld an soziale Projekte. Aber auch hier sind ihm die Transparenz und Hintergründe der sozialen Projekte und Organisationen sehr wichtig. Dani würde wohl nie an eine nicht von ihm persönlich geprüfte Organisation einen Beitrag spenden um danach als Wohltäter dazustehen. Ich bin mir sehr sicher, dass alle diese Projekte und Organisationen zuerst ein persönliches 'Dani Assessment' bestehen mussten, um sein Vertrauen zu gewinnen.

Auch die Beziehung zu seiner grossartigen Ehefrau und seinen zwei Töchtern ist geprägt von sehr viel Liebe und grosser Loyalität. Ich durfte dies von den Geburten seiner Töchter an, bis zum heutigen Verhältnis, das er zu den zwei grossartigen jungen Frauen pflegt, miterleben und finde es einfach nur wunderbar!

Ich hoffe meine Zeilen tragen dazu bei, den Menschen und dem Charakter von Dani 'ein Gesicht' zu geben. Dani mag mit seiner gradlinigen Art und Weise, seinem Sinn für Gerechtigkeit und seiner schonungslosen Ehrlichkeit, nicht so diplomatisch gewesen sein, wie es andere Leute oft sind. Aber er nimmt dieses mit Ehrlichkeit und Offenheit verbundene Risiko in Kauf, wofür viele andere Menschen zu ängstlich oder zu feige sind. Ich empfinde dies als mutig und authentisch. Genau diese Eigenschaften schätze ich an Dani seit vielen Jahren sehr! Egal ob beruflich oder privat. Bei Dani weiss ich woran ich bin. Es würde ihm nie in den Sinn kommen vordergründig 'A' und hinter den Kulissen 'B' zu sagen. Dani ist ein loyaler Mensch auf den sich seine Familie, seine Freunde und sein Umfeld immer verlassen können. Ich schätze Dani sehr und es ist ein Privileg ihn zu meinen Freunden zählen zu dürfen!

In diesem Sinne verbleibe ich voller Hoffnung, dass Ihnen dieser Brief bei der Beurteilung von Dani hilft, und bitte Sie um Milde. Ich bedanke mich bei Ihnen, dass ich Ihnen meine Gedanken vermitteln konnte.

Hochachtungsvoll,

Sara Nogly

3/3

