# EXHIBIT 11

January 16, 2024

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Sean Kirby. My wife, our three boys, and I are longstanding family friends with Dani and his family. I am a 57-year-old resident of Lovettsville, Virginia with several small businesses that I operate, including real estate, property management and an automobile dealership. I grew up in the Washington D.C. area and my relationship with Dani stems from a family ski trip to Switzerland in the mid 1980s during which my parents and I met and became friendly with Dani's future wife, Antoinette, and her entire family.

Knowing that Dani has pleaded guilty to his charges, I am writing this letter to provide you with some personal information in hope you take it into consideration in determining his sentence.

As I had mentioned above, I had become family friends with Dani's wife's family in the mid 1980's. Back then, international vacations were not a normal thing for us. My father had earned a lot of airline points and took my family to Switzerland. While there, my parents met Antoinette's parents by chance at a lunch table in a ski lodge. They became quick friends and our two families, although from different cultures and

speaking different languages, developed a special, lifelong bond that we greatly cherished.

Although I am a little unclear of the exact date when I met Dani, I know it was somewhere in the late 1990's before my wife Mindy and I got married and also before Dani and his wife Antoinette got married. I was drawn to Dani immediately when I met him. Dani is one of those people who is always concerned with the comfort and happiness of everyone around him. Additionally, Dani did not come from a wealthy family and you could see his determination to make something of himself. As young men, we talked about how we were going to make our way in the world, and Dani always seemed to have such a clear focus on his way forward.

Thinking back to my wedding day on July 27th, 2000, I remember a story involving Dani and his young family. Dani was studying at the Simon School in Rochester, NY. Of course, Dani and his wife and infant newborn were invited to our wedding in Leesburg, Virginia. The plan was for Antoinette (wife) and Virginia (newborn), to fly down the day before our wedding and meet up with Dani flying in from Rochester. Well, as often the case in July in our area, we had a crazy thunderstorm come through precluding Dani from flying down from Rochester. Although it would have been completely reasonable for Dani to skip the wedding, he made an incredible effort to attend. This being before smart phones, GPS and all the modern navigation aids we now enjoy, Dani (being in an unfamiliar country that did not speak his native language), made a truly remarkable effort to drive down from Rochester, NY. In a Pontiac Grand Am, and in a foreign country, he drove through multiple states (I think he went through New York, Pennsylvania, Delaware and even West Virginia) before reaching our house in Virginia. I recall he would stop at payphones along the way to ensure he was headed in the correct direction. Dani is the kind of guy that doesn't miss important events (or even show up late), and it really meant a lot to our family his dedication

to attending this important event and seeing his young family on our big day. It will never be forgotten.

Dani also is a person with a type of character where he takes it on himself to make sure he can help people in any way he can. He has that gene where he automatically becomes the host anywhere he is, making sure everyone is taken care of. He would always take care of and look out for my father and my stepmother when they would travel, and he treated all of us like family. For example, my family went to Switzerland again in the early or mid-2010s. We went with a large group of 12 or 13 of us, including kids. Dani arranged for everything and, as usual, would not take no for an answer when it came to helping us. While we were there, we went skiing and my son ▇ who was 9 or 10 then, really wanted to try a difficult ski run. Dani is an amazing skier, and agreed to take ▇ down the run. Dani spent much of his time that day skiing with ▇ picking him up when he would fall, taking care of him like he was his own son. I still remember how great of a time both of them seemed to be having, and it meant the world to ▇

Through many long conversations about family, life and business, I have always known Dani to be of the utmost integrity. Dani is also a wonderful father and husband. As I have gotten to know him over the years, I have seen how much he cares about his family. As a man with a wife and two daughters, his whole world is about caring for and protecting those three women. We have had many conversations about our families and their lives, and I can always see that Dani's first thought is about his family.

I know this whole case and experience has put a tremendous amount of stress on Dani and his family. We have had many tear-filled conversations when he has confided in me about his sadness for putting his family through this case. I have a lot of respect for him coming to the United States to face the charges in this case, and I can't imagine what it must have been like to have this hanging over his head for so long. When

Dani came to the United States to plead guilty in this case, I came to New York to see him. Before we even started talking I could see how much this case has been weighing on him. I know Dani made mistakes, but I also know who Dani is as a person. And the sadness I have seen in him showed me how remorseful he is, and how difficult this has been on him.

Judge, I humbly ask you to have leniency on Dani's sentence. He is a good man. Please feel free to contact me if you would like to discuss further.

Respectfully,

Sean Kirby

Lovettsville, VA. 20180

(Cell)