# EXHIBIT 13



# Child's Dream Association

Improving health and education for sustainable development

info@childsdream.org
www.childsdream.org
+66 (0) 53 201 811

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Chiang Mai, 14 January 2024

**Mr. Daniel Wälchli**

Dear Judge Woods

We hope this letter finds you very well. Please allow us to introduce ourselves first.

We are the two founders of Child's Dream Association Switzerland, based in Chiang Mai, Thailand. Our organization exists to ensure that children and young adults in the Mekong Sub-Region of Asia, affected by inequality, grow up to be healthy and have access to quality education and employment opportunities. To achieve this, we design, implement, and partner to support interventions in Myanmar, Cambodia, Lao PDR, and Thailand. These interventions focus on education, employability, youth empowerment and leadership, and basic and essential healthcare.

Our team of over 70 colleagues is made up of passionate, purpose-driven individuals connected by a common set of values; we aim to support beneficiaries in becoming educated and empowered people who responsibly shape and sustain fair, just and healthy societies for generations to come. We have implemented more than 1,000 projects and programs over the past 20 years, touching the lives of well over 1.2 million children and youth.

We realize that Dani Walchli has pleaded guilty to conspiring to defraud the United States government. We write this letter to provide you with additional information with regards to Dani's philanthropic work, which will hopefully be taken into consideration when making a decision with regards to his sentencing.

We got to know Dani in 2011 during one of our fundraising trips to Switzerland. Subsequently, Dani became an important supporter of our organization both financially and through other activities, such as providing us with laptops he brought from Switzerland which we then could use for students in schools that we support. Initially we only met in Switzerland but then Dani and his wife came to visit us in Chiang Mai in March 2014. His keen interest in our charitable work and his urge to not only support us financially himself, he wanted to learn more about our work 'on the ground'. He was quickly convinced that our work has a huge impact in the region and he started to push doors open to business partners, colleagues and friends. This enabled us to gain new donors from his circle. Dani's own financial engagement also grew bigger and he never missed a single year not donating to our cause. Since we got to know Dani, he has donated a total of approx. USD 300,000 over the years. This fact clearly shows his true interest in philanthropy and his motivation to help children and youth in need.

Child's Dream Association

Also in 2014, Dani further organized access to the school of his daughter in Switzerland where we were able to present our work to the students and teachers. Dani was eager to help us tell our story – and thereby motivate the younger generation to open their minds to the support of those in need at other places of this planet.

Subsequently, we met on a yearly basis, either in Zurich or Singapore while he was on a business trip. Dani always made time for us in his very busy working schedule and we became friends not only with him but with his family. In March 2019 he visited us again in Chiang Mai and even took time to travel with us to the Thai/Myanmar borderline to see our work in action. A further visit to our Cambodian field office was scheduled for beginning of 2020 but had to be canceled due to the Covid-19 pandemic. During Covid-19 in September 2021, he invited us to his house, and it was important to him that we got to know his entire family. He is not just a devoted philanthropist but also a devoted family man.

We know Dani as a very kindhearted, honest and reliable individual, who sees it as his responsibility to help the less privileged in society. His past engagement with our organization is not a 'one off', the long history of personal commitment and financial support reflects his true character. Hence, it came as a shock to us, when we heard about the acts to which Dani plead guilty since this is inconsistent with our experience of his prior history and character.

We kindly ask you to take our letter into consideration when imposing your sentence and we kindly ask you to be lenient.

Many thanks for your kind attention in this matter and for reading our lines.

Together we can make a difference,

Child's Dream Association

Marc Thomas Jenni
Founder

Daniel Marco Siegfried
Founder