# EXHIBIT 18

Ch. Egger-Le Coultre

███████████

CH 8800 Thalwil                                          Thalwil, February 8, 2024


The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312


Dear Judge Woods:

My name is Christiane Marie Egger-Le Coultre, born on ███████ 1942. I am a Swiss citizen, grew up in Bern, trained as a lawyer. Married in 1968, my husband Hans Egger and I established our current residence in the municipality of Thalwil in the canton of Zurich. We have two sons and three granddaughters. I have been widowed for six years.

We have known Daniel and Antoinette Wälchli and their two daughters Virginia and Raffaela since 2005, when they moved into our house next door. Since then, we have maintained a close relationship. Mutual invitations, conversations over the garden fence are frequent and always a pleasure, the usual neighborly "little services" are a matter of course.

I know that Daniel has pleaded guilty in your court to aiding and abetting tax evasion by several US citizens to the detriment of the government of the United States of America, and that the sentencing hearing is scheduled for April 02, 2024.

It is important to me to describe Daniel Wälchli's personality to you in a little more detail from my point of view, as I know him, because I hold him in extremely high esteem and respect. (I should point out that my late husband Hans would agree with me completely; as a seasoned banker and as a colonel and former president of a Swiss military divisional court, he had a good knowledge of human nature and was not easily blinded).

The whole affair surrounding the unpleasant end of his professional activity a few years ago has (understandably) really affected Dani. I am even more impressed by the way he has dealt with it: He has refocused his career with full commitment to skiing, an area that also suits his nature and inclinations, but may be somewhat intellectually underchallenging (and frustrating), but he doesn't let it show.

1

Daniel is a quick thinker, highly intelligent, extroverted and approaches people, in my opinion, regardless of the person, is obviously interested in them and has an enormous breadth of knowledge. He has integrity, is decent, honest, helpful, but also strong-willed, committed and correspondingly persistent in matters that are important to him, he gets things done and is fully committed. At the same time, I find him differentiated and willing to compromise, sensitive and empathetic.

As far as I know, Daniel is well connected in the community of Thalwil. He is a regularly attending church services (he belongs to the Protestant parish).

A few personal examples may reflect his character:

My husband assisted the two owners with the sale of their house to the Wälchli family in 2005. He dealt with Daniel and was impressed by his extremely correct behavior towards the old ladies. The whole affair went smoothly and to the absolute satisfaction of both parties.

On Daniel's initiative, he and Hans occasionally met for a meal.



What a wonderful surprise: when an unexpectedly enormous amount of snow fell within a very short space of time (something that has hardly ever happened here in recent years), Daniel simply cleared the entire garage forecourt without my knowledge. I would hardly have managed it!

We occasionally played cards with our neighbors. It was always a pleasure: There was never a bad mood, even if one party had an impossible game and lost miserably. As you know, this is not a matter of course...

I also really appreciate Antoinette. She is independent, extremely loyal, helpful, creative - a remarkable woman. The two grown-up daughters Virginia and Raffaela are charming and capable, natural and spontaneous.

To summarize: Having the Wälchli family as neighbors is a great stroke of luck. Daniel, Antoinette, Virginia and Raffaela form a unit that sticks together, does a lot together (sports, vacations, etc.), supports each other and obviously loves each other dearly. They also let outsiders feel this. Their spontaneity, friendliness and willingness to help are sincere and generous. I know that the four of them would also support me at any time. That's rare these days.

All of this somehow is in contrast to the offense to which Daniel pleaded guilty today. I therefore ask you, dear Judge Woods, to consider the contents of this letter favorably in your judgment.

I am writing these lines in German, because writing in English is quite difficult for me. I have checked the translation; it corresponds to the German original.

Respectfully yours

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

10 March 2024

_____
Andreas D. Länzlinger

4

Ch. Egger-Le Coultre

████████████

CH 8800 Thalwil                                    Thalwil, den 8. Februar 2024

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods

Zu meiner Person: Mein Name ist Christiane Marie Egger-Le Coultre, geboren am ████████
1942. Ich bin Schweizer Bürgerin, aufgewachsen in Bern, ausgebildete Rechtsanwältin. Im
Jahr 1968, frisch verheiratet, begründeten mein Mann Hans Egger und ich unsern jetzigen
Wohnsitz in der Gemeinde Thalwil im Kanton Zürich. Wir haben zwei Söhne und drei
Enkelinnen. Seit sechs Jahren bin ich verwitwet.

Wir kennen Daniel und Antoinette Wälchli sowie die beiden Töchter Virginia und Raffaela
seit 2005, als sie in unser Nachbarhaus einzogen. Wir sind seither freundschaftlich
miteinander verbunden. Gegenseitige Einladungen, Gespräche über den Gartenzaun sind
häufig und immer wieder ein Vergnügen, die üblichen nachbarlichen «kleinen Dienste»
selbstverständlich.

Ich weiss, dass Daniel sich vor Ihrem Gericht schuldig erklärt hat der Gehilfenschaft zu
Steuerhinterziehung durch mehrere US Bürger zum Schaden der Regierung der Vereinigten
Staaten von Amerika, und dass die Urteilsverhandlung auf den 02. April 2024 angesetzt ist.

Es ist mir ein Anliegen, Ihnen die Persönlichkeit von Daniel Wälchli aus meiner Sicht, wie
ich ihn kenne, etwas näher zu beschreiben; denn ich schätze und respektiere ihn
ausserordentlich. (Ich darf bemerken, dass mein leider verstorbener Mann Hans mit mir völlig
einig ginge; als gestandener Banker und als Oberst ehemaliger Präsident eines
schweizerischen militärischen Divisionsgerichtes hatte er einige Menschenkenntnis und liess
sich nicht leicht blenden.)

Die ganze Angelegenheit um das unschöne Ende seiner beruflichen Tätigkeit vor einigen
Jahren hat unserem Nachbarn (verständlicherweise) sehr zugesetzt. Umso mehr beeindruckt
mich, wie er das verarbeitet: Berufliche Neuausrichtung mit vollem Einsatz im Skisport,
einem Gebiet, das seinem Naturell und seinen Neigungen zwar auch entspricht, ihn
intellektuell wohl jedoch etwas unterfordern (und frustrieren) mag, was er sich aber
keinesfalls anmerken lässt.

Daniel ist ein Schnelldenker, hochintelligent, extrovertiert und geht auf die Menschen zu, meines Erachtens ohne Ansehen der Person, interessiert sich offensichtlich für sie, hat ein enorm breites Wissen. Er ist integer, anständig, ehrlich, hilfsbereit, aber auch willensstark, engagiert und entsprechend hartnäckig in den Angelegenheiten, die ihm wichtig sind, er packt die Dinge an, setzt sich dabei hundertprozentig ein. Gleichzeitig erlebe ich ihn differenziert und kompromissbereit, sensibel und empathisch.

Daniel ist in der Gemeinde Thalwil meines Wissens gut vernetzt. Er ist ein regelmässiger Kirchgänger (er gehört der evangelisch-reformierten Kirchgemeinde an).

Einige persönliche Beispiele mögen seinen Charakter spiegeln:
Mein Mann stand den beiden Eigentümerinnen beim Verkauf ihres Wohnhauses an die Familie Wälchli im Jahr 2005 zur Seite. Er hatte dabei mit Daniel zu tun und war von dessen überaus korrektem Verhalten den alten Damen gegenüber beeindruckt. Die ganze Angelegenheit ging reibungslos und zu beider Parteien absoluter Zufriedenheit über die Bühne.
Auf Daniels Initiative trafen er und Hans sich gelegentlich zum Essen.

Was für eine wunderbare Ueberraschung: Als (was bei uns in den letzten Jahren kaum mehr geschieht) innert kürzester Zeit unerwartet ungeheuer viel Schnee fiel, räumte Daniel mir den ganzen Garagevorplatz ohne mein Wissen einfach frei. Ich hätte das wohl kaum geschafft! Zusammen mit unseren Nachbarn spielten wir gelegentlich Karten. Es war jedes Mal ein Vergnügen: Schlechte Stimmung kam nie auf, auch wenn eine Partei ein unmögliches Spiel hatte und jämmerlich verlor. Das ist, wie man weiss, nicht selbstverständlich…

Auch Antoinette schätze ich sehr. Sie ist selbständig, äusserst loyal, hilfsbereit, kreativ – eine bemerkenswerte Frau. Die beiden erwachsenen Töchter Virginia und Raffaela sind reizend und tüchtig, natürlich, spontan.

Zusammengefasst: Die Familie Wälchli als Nachbarn zu haben, ist ein grosser Glücksfall. Daniel, Antoinette, Virginia und Raffaela bilden eine Einheit, die zusammenhält, die viel zusammen unternimmt (Sport, Ferien etc.), sich gegenseitig stützt und offensichtlich herzlich liebt. Das lassen sie auch die Aussenstehenden spüren. Ihre Spontaneität, ihre Freundlichkeit, ihre Hilfsbereitschaft sind ehrlich gemeint und grosszügig. Ich weiss, dass die Vier auch mich im Notfall jederzeit unterstützen würden. Das ist in der heutigen Zeit selten.

All dies steht irgendwie im Widerspruch zum Delikt, dessen sich Daniel heute schuldig bekennt. Ich bitte Sie daher, dear Judge Woods, auch den Inhalt dieses Schreibens bei Ihrem Urteil wohlwollend zu berücksichtigen.

Ich schreibe diese Zeilen auf Deutsch, da mir das Verfassen auf Englisch ziemlich schwer - fallen würde. Die Uebersetzung habe ich überprüft; sie entspricht dem deutschen Original.

Mit vorzüglicher Hochachtung