# EXHIBIT 19

Philipp von Michaelis
■
8803 Rueschlikon
Switzerland

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Rüschlikon, 22 January 2024

Daniel Wälchli

Dear Judge Woods,

I am writing to you today to provide you with an account of my relationship with Dani Wälchli who's been a close friend for many years and with whom I share countless and valuable memories. Knowing that Dani has pleaded guilty and that your judgment will have a significant impact on Dani's life I hope I can provide an additional perspective about his character and his personality.

My name is Philipp von Michaelis, born in Munich, Germany, on ■ 1975. I have German and Swiss citizenship and live in Rueschlikon, close to Zurich, together with my wife, Désirée, and our two kids, ■ and ■.

I enjoyed an international education with a masters' degree in business and have been an entrepreneur for over 20 years. My company, Global Clearance Solutions ([www.gcs.ch](www.gcs.ch)), provides products and services to mitigate the risks resulting from explosive debris and arms (mines, weapons, etc.) following an armed conflict. We are currently heavily engaged in the Ukraine providing demining solutions to the government and various civilian entities.

I met Dani the first time in 2013 when I joined the local tennis club with my family and he welcomed me to his team. We soon became friends, and he motivated me to take the role as his deputy captain. Together, we managed to develop an amazing team over the years that enjoyed camaraderie on and off the court. Allow me to elaborate a little bit on these activities.

We were a team of twelve, all with busy lives and not used to following orders. While we were all good, competitive tennis players, the team lacked discipline and we didn't take the sport seriously. Dani had just taken the role as captain and made it his mission to get the team to play up to its potential. He developed training plans, organized regular team meetings and created an incredible team atmosphere. Within two years we moved up a league which was quite an achievement given that Switzerland has a thriving and very competitive tennis community.

1

Dani gave up a lot of his personal time to make being a part of the team a rewarding experience. Being a captain in this environment is challenging. While everyone on the team wanted the team to succeed and play well, they also have competing demands on their time that pull them in other directions. We were all heavily engaged in our respective businesses, and we did have many things on our plates at the same time, which distracted us often from taking our roles in the team sufficiently serious. Dani relentlessly and with a lot of empathy and rigor got us back on track and focused, despite the fact that his business agenda was as overloaded as was ours. I often wondered how Dani kept his positive attitude throughout the years, never got tired in motivating each of us to pursue our common goals. In short, he was a great team captain.

Apart from organizing our training matches and competitions, in 2010 Dani had initiated the practice of holding a training camp at the beginning of the season. The training camp was so successful that we repeated it over the years with a format that was later copied by other teams in our club. Besides having an important training component, the camp also served the purpose to bring us closer together as a team, to form and improve a team spirit, and to help us to focus on ourselves as a team rather than as individuals. That all was Dani's achievement.

At some point, some old injuries caught up with Dani and he had to give up his active role in the team. While many would have used this as an excuse to leave the team, he stayed on as "non-playing captain" and continued to fulfill his role. Honestly, I'm not sure I could have maintained that commitment.

Dani and I both share a passion for skiing, and we meet frequently on the slopes. While he is a licensed ski instructor, I have been in the mountain special forces of the German Army, so we are both fairly competitive skiers and enjoy skiing together a lot. The fact that he became a ski instructor impressed me a lot. Switzerland is a country with an impressive tradition for winter sports, and the general level on the slopes is already quite good. The training and the final exams to become a ski instructor are hard, and it needs a lot of energy teaching others to get safely down the mountain. The fact that he did this in his spare free time is even more impressive. But this is typical for Dani. While skiing is a passion for him, he wants others to enjoy this feeling too, to create this passion for others. He loves to bring a smile on kids and adults faces when they improve on the slopes. As a ski instructor in the region we ski, you are part of a team of over 400 instructors, and being a team player is one of the most important prerequisites to teach. Furthermore, you are fully responsible for your students, for their health, safety and security. There are many accidents every day and it is the instructor's job to avoid any such accident. If you have a class, such responsibility can be for up to 10 people. But that is what motivated him to undergo all these intensive courses and tests. He loves to be a team player, but also a team builder, and he takes responsibility for what he does, and for the people he teaches. Dani seems to never stop striving for new goals, always eager to serve as an example to others.

Dani has been engaged in international business for many years, and we frequently discussed business matters. Through my company, I deal with a lot of unstable foreign governments and it helps immensely to share lessons and insights on how to manage related risks with Dani. My priority during the last 18 months has been the developments in the Ukraine and the consequences of the Russian aggression. As a company we usually are hired after a conflict has concluded and we support the reconstruction of the affected regions. Because the Russia-Ukraine war is still ongoing, we were put in a position to potentially violate the Swiss neutrality with our activities, as we would involve ourselves at a stage of

2

this conflict which is still belligerent, supporting the Ukrainian people as one of the fighting parties. Given the political circumstances in Switzerland with its long tradition, that was indeed a very difficult task.

With Dani's active support and because of his contacts, we were able to develop a strategy which helped us navigate through a very complex political landscape. Today, we are not only supporting various stakeholders in the Ukraine, but we are also a major partner for the Swiss Government in implementing a USD 100 Mio aid package for humanitarian demining in the Ukraine. Dani has been instrumental to help us achieving these goals.

Honorable Judge Woods, I'm not privy to any of the details of the case or the circumstances surrounding Dani's conduct. I can only confirm one thing: Dani Wälchli is a good person. He's someone I always could and would rely on when needed without him asking anything in return. I ask that you show leniency to someone that I will always hold in the highest regards. Needless to say, I would be ready to testify and confirm my statements in court.

Thank you for considering the content of my letter, I remain respectfully yours,

Philipp von Michaelis