# EXHIBIT 20

**Adrian Duerlewanger**

███████████████

Switzerland - 8800 Thalwil

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Thalwil, January 14, 2024

**Dear Judge Woods,**

My name is Adrian Duerlewanger, I am a Swiss citizen and currently residing at ███████████, 8800 Thalwil, Switzerland. As a Key Account Manager, I am currently working at Computacenter LTD and can look back on a professional career of 23 years at Xerox and Canon. In 2003, I moved into the same residential building in the settlement ███████████ where Daniel Waelchli and his family lived directly above me at that time. Through living together in the same building and the growing up of his children Raphaela and Virginia, who were still small at that time, a close and lasting friendship developed between his family and me.

Daniel and his wife Antoinette have always been attentive and committed neighbors and parents, a fact that was also clearly recognizable in our neighborhood. Spending time together, whether at meals on the weekend, on the playground with other neighbors, or during morning sports before work, allowed me deep insights into Daniel's character and his values. These experiences made it clear to me how much Daniel appreciates family values and sense of community.

It has been a very fulfilling to have Daniel Waelchli as a neighbor and friend. Our friendship, marked by great trust, continues to this day. Our strong friendship with Daniel and his family has lasted over the years, even after they moved into their own house in Thalwil. Despite the distance, the contact between us remained active and uninterrupted. I experience Daniel as an exceptionally decent person who shows deep interest in the well-being of his fellow human beings.

In my professional career at Xerox, the opportunity arose to do business with Daniel's employer IHAG Holding. These experiences confirmed my impression of him as a fair, loyal, and responsible business partner. His ethical and moral principles were not only obvious but also a central part of his personality. He always made sure that harmony and justice were maintained, both in large and small matters.

I have witnessed firsthand Daniel's commitment to helping others. A particular anecdote I remember concerns a business encounter where my car was mistakenly towed from the company parking lot. Daniel immediately offered to pay half of the towing fees from his private funds for me - an act of generosity that underscores his strength of character. More recently, Daniel provided assistance and support when I was searching for new professional opportunities. When I confided in Daniel that I was looking for new opportunities, he was quick to offer me guidance and even submitted a recommendation on my behalf. Daniel has a strong reputation in our community, and his recommendation went a long way in helping me. I am so appreciative of his willingness to help, but I am not surprised because I have always known him to be a kind and giving person.

Our families have maintained a close friendship since we met. Daniel and his wife Antoinette regularly visit us, or we visit them, allowing us not only to get to know each other better, but also to experience Daniel's values and life philosophy through long and personal conversations. These shared moments showed me and our family how much Daniel values integrity, community spirit, and care.

Adrian Dürlewanger I ███████████ I 8800 Thalwil I Switzerland
P: ███████████   M: ███████████

At the birthday parties of Daniel, Antoinette, and our children, we always had the opportunity to get to know Daniel's friends and family better. These gatherings gave us deep insights into Daniel's social environment and life. The stories and anecdotes we heard from Daniel's brother, work colleagues, and friends clearly reflected his life values and showed how much he is appreciated by those around him.

This deep connection and mutual appreciation led us to ask Daniel in 2017, after the birth of our son ▇ if he would like to be the godfather of our now 6-year-old son ▇ He accepted this role with great joy and a palpable sense of responsibility. Since then, it has been his particular concern to spend meaningful and enriching time with ▇ A memorable excursion was the joint visit with Daniel to the Technorama science museum in Winterthur. This eventful afternoon, filled with exciting discoveries and interactive experiments, has sustainably stimulated and promoted ▇ curiosity and enthusiasm for the world of science and learning.

▇ and his nine-year-old sister ▇ admire Daniel not only for his participation in their lives but also for his willingness to engage in their activities, such as the joint skateboard races or repeatedly pulling ▇ up a small hill as a "skateboard lift" what felt like 50 times. These playful and committed moments show Daniel's youthful spirit and his readiness to bring fun and adventure into the lives of the children, which only strengthens their admiration and affection for him.

Despite the distance to his new residence, Daniel remains connected to his old neighborhood and visits us weekly. These regular visits, whether to exchange with former neighbors or to jog, underline his commitment and dedication to the community he holds so dear. His deep connection with our family and his sincere interest in ▇ development reflect Daniel's extraordinary character.

I am aware that Daniel has pleaded guilty. Nevertheless, I am reaching out to the court to provide information that could be considered in deciding on the appropriate sentence. My intention is to give the court a comprehensive insight into Daniel's character and his positive traits, which, in my opinion, should be factored into the deliberation.

In summary, I would like to emphasize that Daniel Waelchli is a source of inspiration and charity for us and many others. His exceptional character, generosity, and commitment have enriched the lives of many people. Your decision will have a significant impact on the further life of ▇ for whom Daniel serves as a godfather and mentor.

Therefore, I earnestly request the court for a fair judgment and hope for leniency in sentencing. Daniel's positive traits and exemplary deeds should be considered in the decision. His ability to stand up for the common good distinguishes him, and I hope that you will consider this in your decision.

In conclusion, I would like to sincerely thank you for considering my letter. Daniel's actions and character have enriched the lives of many people, and I hope that this will be recognized in your decision.

Sincerely,

*A. Dürlewanger* (signature)
Adrian Duerlewanger

Adrian Dürlewanger I ▇ I 8800 Thalwil I Switzerland
P: ▇   M: ▇