# EXHIBIT 21

The Honorable Gregory H. Woods                                    1 December 2023

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007-1312


Dear Judge Woods


My name is Dr. h.c. Heinz Karrer. I am 64 years old, Swiss, resident in Münsingen Canton BE, where I live with my wife Sonja Karrer. We have 3 children aged 32, 31 and 28. I was CEO of Intersport Holding AG for 8 years, CEO of Ringier Schweiz AG for 3 years, a member of the Executive Board of Swisscom AG for 5 years, a member of the Board of Directors of 2 US companies for a few years, CEO of Axpo Holding AG for 12 years, and President of economiesuisse, the Swiss business umbrella organization, for 7 years. I am currently Chairman of the Board of Directors of Jungfraubahn Holding AG and President of the University of Bern (UniBE) Foundation. My relationship with Daniel Wälchli is of a business nature. We have known each other for over 10 years.

In November 2023, I learned that Dani had been charged and had pleaded guilty in the proceedings. I am writing to you because it is important to me that Dani's personality and his behavior over the last few decades, both in society and in his private life, are taken into account when assessing the offence.

I can't remember exactly when I met Dani for the first time. But I suspect it was on a business occasion over 10 years ago. We immediately got along well, especially as we have several mutual acquaintances. During my time as President of economiesuisse, we had very regular business contacts, as his employer at the time was a well-known Swiss company that was engaged socially and economically in a variety of ways. I always greatly appreciated the exchange and cooperation with him. Based on my personal experience over the years, he was and is not only an interesting but also a trustworthy personality.

I can describe my personal contacts with him in the context of regular international missions by the Federal Council together with a business delegation, which I was allowed to lead each time. The delegation consists exclusively of personalities recognized in politics and business. The responsible member of the Federal Council always takes explicit note of this. At the time, it was our wish that Dani was part of the delegation of Economics Minister Guy Parmelin on his mission to Japan and Vietnam from July 7-14. The agenda included negotiations of free trade agreements with the two countries as well as discussions on sectoral difficulties faced by companies in the respective countries. Opportunities for cooperation between companies on site and the authorities and local companies were also discussed. Dani was asked if he would come along as he has excellent knowledge of various Asian markets, is a nationally and internationally recognized personality and is considered to be very committed, competent and helpful.

During this week-long economic mission, all of this was confirmed once again. His profound knowledge, his pleasant manner in discussions and negotiations, his conscientiousness and reliability were greatly appreciated by the delegation, but also by our interlocutors with the governments, authorities, and local entrepreneurs.

I was more than surprised by the information about the indictment in the USA, in which Dani pleaded guilty. This is particularly because I know Dani as someone you can rely on, as someone who not simply puts himself in the foreground but also stands up for the interests of society as a whole but also for those who are weaker, as someone who is trusted because he justifies this through his behavior and commitment. To this day, I have never had the slightest reason not to trust Dani.

I still trust Dani, even now, with the knowledge of the mistake he was accused of and admitted to. And I hope that you will take my assessment of Dani based on my own personal experience into account when making your judgment.

Respectfully

Heinz Karrer

Dr. h.c. Heinz Karrer

█████████

3110 Münsingen

Switzerland

## Certification of Accuracy

I, Andreas Daniel Länzlinger, partner at Bär & Karrer AG, Zurich, Switzerland, hereby certify that I translated the forgoing document from German to English. I further certify that I am fluent in both German and English and competent to render such a translation, and that to the best of my knowledge, ability, and belief, the translation is a true, accurate, and complete translation of the original document.

12 March 2024

Andreas D. Länzlinger

The Honorable Gregory H. Woods                                    1. Dezember 2023

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007-1312


Dear Judge Woods


Mein Name ist Dr. h.c. Heinz Karrer. Ich bin 64 Jahre alt, Schweizer, wohnhaft in Münsingen Kanton BE, wo ich zusammen mit meiner Frau Sonja Karrer lebe. Wir haben 3 Kinder im Alter von 32, 31 und 28 Jahren. Ich war 8 Jahre CEO Intersport Holding AG, 3 Jahre CEO Ringier Schweiz AG, 5 Jahre Mitglied der Konzernleitung Swisscom AG, ein paar Jahr auch Mitglied im Verwaltungsrat von 2 US-Firmen, 12 Jahre lang CEO Axpo Holding AG, und während 7 Jahren Präsident von economiesuisse, dem Schweizer Dachverband der Wirtschaft. Zur Zeit bin ich unter anderem Präsident des Verwaltungsrates Jungfraubahn Holding AG sowie Präsident der Universität Bern (UniBE) Foundation. Meine Beziehung mit Daniel Wälchli ist geschäftlicher Natur. Wir kennen uns seit über 10 Jahren.

Im November 2023 habe ich erfahren, dass Dani angeklagt ist und sich im Verfahren schuldig bekennt hat. Ich schreibe Ihnen, weil es mir ein Anliegen ist, dass bei der Beurteilung des Vergehens die Persönlichkeit von Dani, sein Verhalten in den letzten Jahrzehnten sowohl in der Gesellschaft als auch im Privaten mitberücksichtigt wird.

Ich weiss nicht mehr, wann genau ich Dani das erste Mal begegnet bin. Aber ich vermute, es war ein geschäftlicher Anlass vor über 10 Jahren. Wir haben uns sofort gut verstanden, zumal wir verschiedene gemeinsame Bekannte haben. Während meiner Zeit als Präsident von economiesuisse haben wir uns sehr regelmässig geschäftliche Kontakte gehabt, da sein damaliger Arbeitgeber eine bekannte Schweizer Unternehmung ist, welche sich gesellschaftlich und wirtschaftspolitisch auf vielfältige Art und Weise engagiert. Ich habe den Austausch und die Zusammenarbeit mit ihm immer ausserordentlich geschätzt. Er war und ist aufgrund meiner persönlichen Erfahrungen über all die Jahre eine nicht nur interessante sondern eine vertrauenswürdige Persönlichkeit.

Meine persönlichen Kontakte mit ihm kann ich unter anderem im Zusammenhang von regelmässigen internationalen Missionen des Bundesrates zusammen mit einer Wirtschaftsdelegation, die ich jeweils anführen durfte, beschreiben. Die Delegation besteht jeweils ausschliesslich aus in Politik und Wirtschaft anerkannten Persönlichkeiten. Der dafür zuständige Bundesrat nimmt hiervon jeweils explizit Kenntnis. Es war damals unser Wunsch, dass Dani Teil der Delegation von Wirtschaftsminister Guy Parmelin auf seiner Mission vom 7. – 14. Juli nach Japan und Vietnam war. Auf der Agenda waren Verhandlungen über Freihandelsabkommen mit den beiden Ländern sowie Gespräche über sektorielle Schwierigkeiten von Unternehmen in den jeweiligen Ländern. Es wurden aber auch Zusammenarbeitsmöglichkeiten der Unternehmen vor Ort mit Behörden und lokalen Firmen diskutiert. Dani wurde angefragt, ob er mitkommen würde, da er über ausgezeichnete Kenntnisse in verschiedenen asiatischen Märkten verfügt, er eine national und international anerkannte Persönlichkeit ist, und er über das hinaus als sehr engagiert, kompetent und hilfsbereit gilt.

Während dieser einwöchigen Wirtschaftsmission hat sich all dies einmal mehr bestätigt. Seine profunden Kenntnisse, seine angenehme Art in Diskussionen und Verhandlungen, seine Gewissenhaftigkeit und Zuverlässigkeit wurden von der Delegation, aber auch von unseren Gesprächspartnern bei den Regierungen, den Behörden und lokalen Unternehmern ausserordentlich geschätzt.

Ich war weit mehr als nur überrascht von der Information über die Anklage in den USA, bei der sich Dani schuldig bekannt. Dies insbesondere deshalb, weil ich Dani als jemanden kenne, auf den man sich verlassen kann, als jemanden der nicht nur sich in den Vordergrund stellt, sondern sich für die Interessen der Gesellschaft als Ganzes aber auch für Schwächere einsetzt, als jemanden der Vertrauen erhält, weil er dieses durch sein Verhalten und Engagement rechtfertigt. Ich habe bis zum heutigen Zeitpunkt nie auch den kleinsten Grund gehabt, Dani nicht zu vertrauen.

Ich vertraue Dani noch immer, auch jetzt noch, im Wissen um seinen zur Last gelegten und von ihm eingestandenen Fehler. Und ich wünsche Dani, dass Sie bei Ihrem Urteil meine Einschätzungen über Dani aufgrund meiner ganz persönlichen Erfahrungen mitberücksichtigen.

Respectfully

Dr. h.c. Heinz Karrer

Dr. h.c. Heinz Karrer

3110 Münsingen

Schweiz