# EXHIBIT 23

## SDNY OFFSHORE CASES

| Name | Court | Docket | Sentencing Date | Loss Amount | Guidelines (Months)[1] | Variance (Months) | Sentence | Judge |
|---|---|---|---|---|---|---|---|---|
| Hernandez, Federico | S.D.N.Y. | 10-cr-334 | 9/17/2010 | $84,000 | 18-24 mos | 6 mos | 12 months and 1 day incarceration; 1 year supervised release with 6 months home confinement; $4,000 fine; $84,423 restitution | Denny Chin |
| Robbins, Jules | S.D.N.Y. | 10-cr-333 | 9/21/2010 | No tax loss | 6-12 mos | 6 mos | 0 incarceration; 1 year probation; $2,000 fine | Richard J. Holwell |
| Giffen, James H. | S.D.N.Y. | 03-cr-404 | 11/19/2010 | No tax loss | 0-6 mos | Not applicable | Time served | William H. Pauley |
| Vogliano, Ernest | S.D.N.Y. | 10-cr-327 | 4/21/2011 | $5,000 - $12,500 | 6-12 mos | 6 mos | 0 incarceration; 2 years probation; $10,000 fine | Thomas P. Griesa |
| Werdiger, Richard | S.D.N.Y. | 10-cr-325 | 11/9/2011 | $200,000 - $400,000 | 24-30 mos | 12 mos | 12 months and 1 day incarceration; 1 year supervised release; $50,000 fine; $397,404 restitution | Paul G. Gardephe |
| Reiss, Michael | S.D.N.Y. | 11-cr-668 | 1/11/2012 | $458,550 | 30-37 mos | 30 mos | 1 day incarceration; 3 years supervised release with 8 months in a halfway house; $458,550 restitution | Richard M. Berman |
| Heller, Kenneth | S.D.N.Y. | 10-cr-388 | 1/20/2012 | $400,000 - $1,000,000 | 30-37 mos | 28.5 mos | 45 days incarceration; 2 years supervised release; $180,000 fine | P. Kevin Castel |
| Wajsfelner, Jacques | S.D.N.Y. | 12-cr-641 | 3/5/2013 | $419,940 | 30-37 mos | 30 mos | Time served; 6 months supervised release with 3 months home confinement; $20,000 fine; $419,940 restitution | Naomi Reice Buchwald |
| Canale, Michael | S.D.N.Y. | 12-cr-975 | 4/25/2013 | $219,000 | 24-30 mos | 18 mos | 6 months incarceration; 3 years supervised release; $100,000 fine; $216,407 restitution | Denise Cote |
| Upham, Sybil Nancy | S.D.N.Y. | 10-cr-326 | 4/25/2013 | $740,511 | 30-37 mos | 30 mos | 0 incarceration; 3 years probation; $30,000 fine | Alvin Hellerstein |
| Kordash, Viktor | S.D.N.Y. | 14-cr-345 | 10/30/2014 | $268,034 | 18-24 mos | 15 mos | 3 months incarceration; 3 years supervised release; $268,034 restitution | Ronnie Abrams |
| Landegger, George | S.D.N.Y. | 15-cr-32 | 5/15/2015 | $71,824 | 12-18 months | 10 mos | 2 months incarceration; 1 year supervised release with 6 months home confinement; $30,000 fine, $71,824 restitution | Richard J. Sullivan |

[1] All Guidelines ranges listed are before consideration of a 5K motion by the government. For cases in which the final applicable Sentencing Guidelines range was not publicly available, the range is estimated by using the tax loss and the following assumptions: (1) application of a two-level enhancement for sophisticated means, (2) a two- or three-level reduction for acceptance of responsibility under U.S.S.G. §3E1.1, and (3) a Criminal History Category of I. For cases in which the final applicable Sentencing Guidelines range was available but the applicable loss amount, the same assumptions were used to estimate the loss amount.

| Name | Court | Docket | Sentencing Date | Loss Amount | Guidelines (Months)[1] | Variance (Months) | Sentence | Judge |
|---|---|---|---|---|---|---|---|---|
| Berkovic, Walter | S.D.N.Y. | 15-cr-169 | 10/21/2015 | No tax loss | 6-12 mos | 6 mos | 0 incarceration; 4 years probation; $2,000 fine | Lewis A. Kaplan |
| Canale, Peter | S.D.N.Y. | 14-cr-713 | 12/3/2015 | $323,227 | 24-30 mos | 24 mos | 0 incarceration; 3 years probation; $50,000 fine; $90,472 restitution | Katherine B. Forrest |
| Falterbauer, Harry | S.D.N.Y. | 15-cr-397 | 2/24/2016 | $13,098 | 6-12 mos | 6 mos | 0 incarceration; 2 years probation; $13,098 restitution | Jesse M. Furman |
| Seibel, Rowen | S.D.N.Y. | 16-cr-279 | 8/19/2016 | $53,685 | 12-18 months | 11 mos | 30 days incarceration; 1 year supervised release with 6 months home confinement; $53,686 restitution; $15,000 fine | William H. Pauley |
| Doyle, Lacy | S.D.N.Y. | 16-cr-506 | 11/5/2018 | $6,500 - $15,000 | 6-12 mos | 6 mos | 0 incarceration; 4 years probation with 8 months home confinement; $238,444.36 restitution; $2,000 fine | Andrew L. Carter Jr. |
| von Der Goltz, Joachim A. | S.D.N.Y. | 18-cr-693 | 3/4/2021 | Not available | Not available | Not available | Time served; 3 years supervised release; $230,365 restitution | Richard M. Berman |
| Chinn, Wayne F. | S.D.N.Y. | 19-cr-915 | 12/3/2021 | $789,219 | 37-46 months | 37 mos | 0 incarceration; 5 years probation with 18 months house arrest; $789,219 restitution | Victor Marrero |