# EXHIBIT 24

## NATIONAL OFFSHORE CASES

| Name | Court | Docket | Sentencing Date | Loss Amount | Guidelines (Months)[1] | Variance (Months) | Sentence |
|---|---|---|---|---|---|---|---|
| Olenicoff, Igor | C.D. Cal. | 07-cr-227 | 4/14/2008 | No tax loss | 0-6 mos | Not applicable | 0 incarceration; 2 years probation; $3,500 fine |
| McCarthy, John | C.D. Cal. | 09-cr-784 | 3/22/2010 | $200,000 - $400,000 | 24-30 mos | 24 mos | 0 incarceration; 3 years probation; $25,000 fine |
| Ferdig, Arthur Allen | C.D. Cal. | 09-cr-348 | 5/4/2011 | $148,000 | 18-24 mos | 0 mos | 18 months incarceration; 3 years supervised release |
| Francis, Michael C. | C.D. Cal. | 12-cr-805 | 6/17/2013 | No tax loss | 6-12 mos | 6 mos | 0 incarceration; 3 years probation with 6 months home confinement; $4,000 fine |
| Sperling, Zvi | C.D. Cal. | 13-cr-108 | 8/26/2013 | $30,000 - $80,000 | 12-18 mos | 12 mos | 0 incarceration; 2 years probation; $30,000 fine; $70,918 restitution |
| Hakimijoo, Monajem | C.D. Cal. | 14-cr-17 | 8/4/2014 | $59,528 | 12-18 mos | 6 mos | 6 months incarceration; 2 years supervised release with 1 year home confinement; $30,000 fine; $59,528 restitution |
| Cohen, Aaron | C.D. Cal. | 13-cr-498 | 12/8/2014 | $66,660 | 12-18 mos | 9 mos | 3 months incarceration; 1 year supervised release; $30,000 fine |
| Kashfi, Guity | C.D. Cal. | 13-cr-241 | 12/15/2014 | $61,965 | 12-18 mos | 11 mos | 1 month incarceration; 1 year supervised release; $30,000 fine; $61,965 restitution |
| Raminfard, David | C.D. Cal. | 13-cr-725 | 12/15/2014 | $145,934 | 18-24 mos | 16 mos | 2 months incarceration; 1 year supervised release; $40,000 fine |
| Iazlovsky, Alexei | C.D. Cal. | 13-cr-344 | 3/9/2015 | $400,000 - $1,000,000 | 30-37 mos | 30 mos | Time served; 1 year supervised release; $60,000 fine |
| Fogel, Baruch | C.D. Cal. | 14-cr-691 | 8/3/2015 | $196,382 | 18-24 mos | 18 mos | 0 incarceration; 2 years probation; $40,000 fine; $196,382 restitution |
| Sarshar, Masud | C.D. Cal. | 16-cr-527 | 3/13/2017 | $3.5 - $9.5 million | 46-57 mos | 22 mos[2] | 24 months incarceration; 3 years supervised release; $8,374,234 restitution |

---

[1] All Guidelines ranges listed are before consideration of a 5K motion by the government. For cases in which the final applicable Sentencing Guidelines range was not publicly available, the range is estimated by using the tax loss and the following assumptions: (1) application of a two-level enhancement for sophisticated means, (2) a two- or three-level reduction for acceptance of responsibility under U.S.S.G. §3E1.1, and (3) a Criminal History Category of I. For cases in which the final applicable Sentencing Guidelines range was available but the applicable loss amount was not available, the same assumptions were used to estimate the loss amount.

[2] In *United States v. Sarshar*, No. 16-cr-0527 (PSG) (C.D. Cal.), the parties entered into a plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). *Id.* (Dkt. No. 8). In the plea agrement, the parties agreed that the defendant should be sentenced to 24 months' imprisonment, 3 years of supervised release, and $8,374,234 in restitution. *Id.*

| Name | Court | Docket | Sentencing Date | Loss Amount | Guidelines (Months)[1] | Variance (Months) | Sentence |
|---|---|---|---|---|---|---|---|
| Azarian, David | C.D. Cal. | 16-cr-152 | 4/24/2017 | $100,000 - $250,000 | 18-24 mos | 10 mos | 8 months incarceration; 1 year supervised release; $40,000 fine; $197,840 restitution |
| Kalili, Dan F. | C.D. Cal. | 16-cr-153 | 4/24/2017 | $250,000 - $550,000 | 24-30 mos | 12 mos | 12 months and 1 day incarceration; 1 year supervised release; $40,000 fine; $378,443 restitution |
| Kalili, David R. | C.D. Cal. | 16-cr-151 | 4/24/2017 | $100,00 - $250,000 | 18-24 mos | 10 mos | 8 months incarceration; 1 year supervised release; $40,000 fine; $243,019 restitution |
| Birman, Ben Zion | C.D. Cal. | 18-cr-404 | 2/6/2019 | No tax loss | 0-6 mos | Not applicable | 0 incarceration; 1 year probation; $5,000 fine |
| Birman, Israel | C.D. Cal. | 18-cr-404 | 2/6/2019 | $62,998 | 12-18 mos | 6 mos | 6 months incarceration; 1 year supervised release; $30,000 fine |
| Waknine, Elie | C.D. Cal. | 18-cr-180 | 5/13/2019 | $99,944 | 12-18 mos | 12 mos | 0 incarceration; 2 years probation |
| Khoubian, Teymour | C.D. Cal. | 17-cr-452 | 10/10/2019 | $612,310 | 30-37 mos | 9 mos | 21 months incarceration; 1 year supervised release; $612,310 restitution |
| Kerr, Stephen M. | D. Ariz. | 11-cr-2385 | 9/25/2013 | No tax loss | 10-16 mos | 0 mos | 10 months incarceration; 3 years supervised release; $10,000 fine |
| Quiel, Michael | D. Ariz. | 11-cr-2385 | 9/25/2013 | No tax loss | 10-16 mos | 0 mos | 10 months incarceration; 1 year supervised release; $10,000 fine |
| Schober, Peter | D. Mass. | 10-cr-10359 | 10/5/2011 | $77,871 | 12-18 mos | 11 mos | 1 month incarceration; 6 months supervised release with 2 months home confinement; $3,000 fine |
| Rudolph, Gregory | D. Mass. | 10-cr-10360 | 11/17/2011 | $25,507 | 10-16 mos | 10 mos | 0 incarceration; 1 year probation with 1 month home confinement; $3,000 fine |
| Schiavo, Michael | D. Mass. | 11-cr-10192 | 5/1/2012 | $40,624 | 12-18 mos | 12 mos | 0 incarceration; 1 year probation with 1 month home confinement |
| Fitzgerald, Michael | D. Mass. | 17-cr-30025 | 2/9/2018 | N/A[3] | 30-37 mos | 24 mos | 6 months incarceration; 2 years supervised release with 3 months in community confinement and 6 months of home confinement |
| Chon, Bae Soo "Chris" | D. Md. | 12-cr-506 | 2/14/2013 | $400,000 - $1,000,000 | 30-37 mos | 18 mos | 12 months and 1 day incarceration; 1 year supervised release; $522,650 restitution; $15,000 fine |
| Shoham, Meancham | D. Md. | 16-cr-265 | 8/15/2016 | $40,000 - $100,000 | 12-18 mos | 9 mos | 3 months incarceration; 2 years supervised release with 6 months in home confinement; $36,287 restitution; $30,000 fine |
| Schechter, Stephen L. | D.D.C. | 23-cr-210 | 3/1/2024 | $820,391 | 24-30 mos | 23.75 mos | 7 days incarceration; 36 months supervised release; $1,105,356 restitution; $500,000 fine |

---

[3] In *United States v. Fitzgerald*, No. 17-cr-30025 (MGM) (D. Mass), the parties agreed in a plea agreement that the applicable Guidelines provision was U.S.S.G. § 2S1.3(a)(2), which the court appears to have accepted. *Id.* (Dkt. Nos. 11-7 (plea agreement), 23 (sentencing transcript)). Accordingly, the maximum value of funds held in the account at issue ($2,300,641) was used to calculate the Guidelines sentencing range rather than the tax loss.

| Name | Court | Docket | Sentencing Date | Loss Amount | Guidelines (Months)[1] | Variance (Months) | Sentence |
|---|---|---|---|---|---|---|---|
| Hoess, Lothar | D.N.H. | 11-cr-154 | 3/29/2012 | $400,000 - $1,000,000 | 30-37 mos | 30 mos | 0 incarceration; 3 years probation with 8 months home confinement; $2,033,209 restitution; $10,000 fine |
| Cohen, Menashe | D.N.H. | 14-cr-111 | 3/23/2015 | $28,017 | 10-16 mos | 10 mos | 0 incarceration; 3 years probation with 6 months home confinement; $30,000 fine |
| Homann, Juergen | D.N.J. | 09-cr-724 | 1/6/2010 | $400,000 - $1,000,000 | 30-37 mos | 30 mos | 0 incarceration; 5 years probation; $60,000 fine |
| Zaltsberg, Leonid | D.N.J. | 10-cr-437 | 12/20/2010 | $64,543 | 12-18 mos | 12 mos | 0 incarceration; 4 years probation with 1 year home confinement; $3,000 fine |
| Jackson, Lucille | D.N.J. | 10-cr-797 | 5/23/2011 | $5,000 - $12,500 | 6-12 mos | 6 mos | 0 incarceration; 1 year probation |
| Abrahamsen, Harry | D.N.J. | 10-cr-254 | 5/24/2011 | $325,000 - $550,000 | 21-27 mos | 21 mos | 0 incarceration; 3 years probation with 12 months home confinement; $15,000 fine |
| Dahake, Vaibhov | D.N.J. | 11-cr-42 | 5/22/2013 | $30,000 - $80,000 | 12-18 mos | 12 mos | 0 incarceration; 1 year probation; $5,000 fine |
| Chitkara, Rakesh | D.N.J. | 13-cr-202 | 10/10/2013 | $12,500 - $30,000 | 10-16 mos | 10 mos | 0 incarceration; 1 year probation; $15,000 fine |
| Sethi, Sanjay | D.N.J. | 13-cr-10 | 11/20/2013 | $80,000 - $200,000 | 18-24 mos | 18 mos | 0 incarceration; 1 year probation with 4 months home confinement |
| Hyatt, Saul | D.N.J. | 16-cr-420 | 2/8/2018 | $521,986 | 24-30 mos | 24 mos | 0 incarceration; 3 years probation with 2 months of home confinement; $10,000 fine; $521,986 restitution |
| Roberts, Nadia | E.D. Cal. | 11-cr-199 | 7/30/2012 | $400,000 - $1,000,000 | 30-37 mos | 18 mos | 12 months and 1 day incarceration; 1 year supervised release; $709,675 restitution |
| Roberts, Sean | E.D. Cal. | 11-cr-199 | 7/30/2012 | $400,000 - $1,000,000 | 30-37 mos | 18 mos | 12 months and 1 day incarceration; 1 year supervised release; $709,675 restitution |
| Rumbold, Bernhard | E.D. Mich. | 16-cr-20635 | 2/8/2017 | $58,970 | 10-16 mos | 10 mos | 0 incarceration; 1 year probation; $58,970 restitution |
| Mukhi, Raju | E.D. Mo. | 14-cr-173 | 1/16/2015 | Not available | Not available | Not available | 0 incarceration; 3 years probation; $37,447 restitution |
| Palmer, Angela | E.D. Tenn. | 12-cr-08 | 8/20/2013 | $58,647 | 18-24 mos | 18 mos | 0 incarceration; 5 years probation; $58,647 restitution |
| Palmer, Warren | E.D. Tenn. | 12-cr-07 | 8/20/2013 | $70,887 | 18-24 mos | 18 mos | 0 incarceration; 5 years probation; $70,887 restitution |
| Cambata, Albert K. | E.D. Va. | 15-cr-362 | 4/29/2016 | $84,849 | 12-18 mos | 12 mos | 0 incarceration; 1 year unsupervised probation; $84,849 restitution; $15,000 fine |
| Horsky, Dan | E.D. Va. | 16-cr-224 | 2/10/2017 | Over $10 million | 57-71 mos | 50 mos | 7 months incarceration; 1 year supervised release; $15,905,755 restitution; $250,000 fine |

| Name | Court | Docket | Sentencing Date | Loss Amount | Guidelines (Months)[1] | Variance (Months) | Sentence |
|---|---|---|---|---|---|---|---|
| Kim, Hyung Kwong | E.D. Va. | 17-cr-248 | 1/25/2018 | $243,542 | 18-24 mos | 12 mos | 6 months incarceration; 2 years supervised release; $243,542 restitution; $100,000 fine |
| Ahuja, Arvind | E.D. Wisc. | 11-cr-135 | 2/1/2013 | $967,944.66 | 33-41 months | 33 mos | 0 incarceration; 3 years probation with 6 months of home confinement; $350,000 fine |
| Ginzburg, Anton | E.D.N.Y. | 11-cr-432 | 4/9/2013 | No tax loss | 6-12 mos | 6 mos | 0 incarceration; 5 years probation; $25,000 fine |
| Gabella, Gabriel | E.D.N.Y. | 14-cr-207 | 12/9/2014 | $239,012 | 24-30 mos | 24 mos | 0 incarceration; 3 years probation; $239,012 restitution; $50,000 fine |
| Briguet, George | E.D.N.Y. | 15-cr-50 | 11/10/2015 | $169,935 | 18-24 mos | 18 mos | 0 incarceration; 2 years probation; $169,935 restitution; $40,000 fine |
| Hager, Markus | E.D.N.Y. | 16-cr-447 | 5/19/2017 | $947,821 | 37-46 mos | 31 mos | 6 months incarceration; 2 years supervised release; $577,518 restitution; $250,000 fine |
| Hough, Patricia | M.D. Fla. | 13-cr-72 | 5/9/2014 | $5,529,135 | 63-78 mos[4] | 63 mos | Time served; 3 years supervised release with 90 days of home detention; $5,529,135 restitution; $42,732.27 fine |
| Gyetvay, Mark Anthony | M.D. Fla | 21-cr-83 | 9/21/2023 | $102.1 million | 121-144 mos | 35 mos | 86 months incarceration; 3 years of supervised release; $4,021,074 restitution; $350,000 fine |
| Greeley, Robert E. | N.D. Cal. | 11-cr-374 | 11/9/2011 | $16,869 | 10-16 mos | 10 mos | 0 incarceration; 3 years probation with 6 months home confinement; $16,689 restitution; $3,000 fine |
| Kampfen, Pius | N.D. Cal. | 13-cr-369 | 10/4/2013 | $5,000 - $12,500 | 6-12 mos | 6 mos | 0 incarceration; 2 years probation with 6 months home confinement; $20,000 fine |
| Chong, Richard | N.D. Cal. | 13-cr-442 | 12/13/2013 | $16,707 | 10-16 mos | 10 mos | 0 incarceration; 2 years probation; $16,707 restitution; $3,000 fine |
| Berg, Christopher | N.D. Cal. | 12-cr-877 | 2/26/2014 | $257,911 | 24-30 mos | 12 mos | 12 months and 1 day incarceration; 3 years supervised release |
| Desai, Ashvin | N.D. Cal. | 11-cr-846 | 7/7/2014 | N/A[5] | 78-97 mos | 72 mos | 6 months incarceration; 3 years supervised release with 6 months and 1 day of home confinement; $7,500 fine |

---

[4] In *United States v. Hough*, No. 13-cr-072 (SPC) (M.D. Fla.), the district court initially calculated the defendant's advisory guidelines range as 78 to 97 months and sentenced her to 24 months' imprisonment. *Id.* (Dkt. No. 195). The defendant appealed, and the 11th Circuit issued a limited remand regarding the district court's tax loss calculation. *United States v. Hough*, 803 F.3d 1181, 1196–97 (11th Cir. 2015). On remand, the parties stipulated that the tax loss was $5,529,135. The defendant had already finished her 24-month sentence, and the court resentenced her to time-served. Judgment, No. 13-cr-072 (Dkt. No. 243).

[5] In *United States v. Desai*, No. 11-cr-846 (EJD) (N.D. Cal.), the defendant was convicted of violations of 26 U.S.C. §§ 7206(1) and 7206(2), which are covered by U.S.S.G. § 2T1.1 and 2T1.4, and 31 U.S.C. §§ 5314 and 5322, which are covered by U.S.S.G. § 2S1.3. *Id.* (Dkt. No. 279). The court determined that the offenses should be grouped when calculating the Guidelines sentencing range and that the Guidelines provision yielding the highest offense level should be utilized. Sent'g Tr. at 27, 38, No. 11-cr-846 (Dkt. No. 286). Because the Guidelines range resulting from application of § 2S1.3 was higher, the court applied that Guideline and used the high value of the accounts rather than the tax loss for Guidelines-calculation purposes. *Id.*

| Name | Court | Docket | Sentencing Date | Loss Amount | Guidelines (Months)[1] | Variance (Months) | Sentence |
|---|---|---|---|---|---|---|---|
| Handelsman, Moshe | N.D. Cal. | 13-cr-384 | 2/25/2015 | $830,000 | 30-36 mos | 30 mos | 0 incarceration; 2 years probation with 10 months home confinement; $6,000 fine |
| Jovel, Efrain Arturo | N.D. Cal. | 14-cr-463 | 3/3/2015 | $175,000 | 18-24 mos | 0 mos | 18 months incarceration; 3 years supervised release; $175,023 restitution; $10,000 fine |
| Bloomberg, Howard | N.D. Ga. | 14-cr-231 | 1/30/2015 | Not available | 21-27 mos | 20.5 mos | 14 days incarceration; 2 supervised release; $9,567 restitution; $5,000 fine |
| Kaminsky, Gregg A. | N.D. Ga. | 14-cr-382 | 3/4/2015 | $80,000 - $200,000 | 10-16 mos | 6 mos | 4 months incarceration; 2 years supervised release with 2 months home confinement; $91,983 restitution |
| Troost, Peter | N.D. Ill. | 13-cr-185 | 7/17/2013 | $1,039,343 | 37-46 mos | 25 mos | 12 months and 1 day incarceration; 1 year supervised release; $1,039,343 restitution; $32,500 fine |
| Warner, H Ty | N.D. Ill. | 13-cr-731 | 1/14/2014 | $5,594,877 | 46-57 mos | 46 mos | 0 incarceration; 2 years probation; $100,000 fine |
| Gurary, Edward | N.D. Ohio | 11-cr-72 | 6/30/2015 | $16,182 | 10-16 mos | 10 mos | 0 incarceration; 3 years probation |
| Chatfield, Jeffrey | S.D. Cal. | 10-cr-4546 | 3/14/2011 | $2,000 | 6-12 mos | 6 mos | 0 incarceration; 3 years probation; $2,000 restitution |
| Stedman, Robert K. | S.D. Fl. | 14-cr-60073 | 1/13/2015 | $12,500 - $30,000 | 12-18 mos | 12 mos | 0 incarceration; 2 years probation |
| Rubinstein, Steven Michael | S.D. Fla. | 09-cr-60166 | 10/28/2009 | Not available | 18-24 mos | 18 mos | 0 incarceration; 3 years probation with 12 months home confinement; $40,000 fine |
| Chernick, Jeffrey | S.D. Fla. | 09-cr-60182 | 10/30/2009 | $200,000 | 18-24 mos | 17 mos | 1 month incarceration; 1 year supervised release with 6 months home confinement |
| Moran, Robert | S.D. Fla. | 09-cr-60089 | 11/6/2009 | $25,788 | 10-16 mos | 8 mos | 2 months incarceration; 1 year supervised release with 150 days home confinement |
| Barouh, Jack | S.D. Fla. | 10-cr-20034 | 4/23/2010 | $736,269 | 30-36 mos | 20 mos | 10 months incarceration; 1 year supervised release; $5,000 fine |
| Zabczuk, Paul | S.D. Fla. | 10-cr-60112 | 7/27/2010 | $217,000 | 24-30 mos | 24 mos | 0 incarceration; 3 years probation with 1 year home confinement; $2,000 fine |
| Gomez, Humberto | S.D. Fla. | 12-cr-20198 | 7/23/2012 | $5,000 - $12,000 | 0-6 mos | Not applicable | 0 incarceration; 3 years probation; $10,478.00 restitution |
| Quintero, Luis | S.D. Fla. | 12-cr-20192 | 7/24/2012 | No tax loss | 6-12 mos | 2 mos | 4 months incarceration; 3 years supervised release; $20,000 fine |
| Roessel, Wolfgang | S.D. Fla. | 12-cr-60074 | 10/11/2012 | $312,803 | 24-30 mos | 24 mos | 0 incarceration; 3 years probation with 8 months home confinement; $10,000 fine |
| Curran, Mary Estelle | S.D. Fla. | 12-cr-80206 | 4/25/2013 | $667,716 | 30-37 mos | 30 mos | 0 incarceration; 12 months probation (revoked same day) |
| Meads, Joyce | S.D. Fla. | 17-cr-60072 | 8/4/2017 | $250,000 - $550,000 | 24-30 mos | 24 mos | 0 incarceration; 4 years probation; $379,905.54 restitution |

| Name | Court | Docket | Sentencing Date | Loss Amount | Guidelines (Months)[1] | Variance (Months) | Sentence |
|---|---|---|---|---|---|---|---|
| Xiao, MingQing | S.D. Ill. | 21-cr-40039 | 9/19/2022 | $27,984 | 10-16 mos | 10 mos | 0 incarceration; 1 year probation; $1,357 restitution; $600 fine |
| Cone, Robert Edward | S.D. Tex. | 11-cr-617 | 2/14/2013 | $282,691 | 24-30 mos | 12 mos | 1 year and 1 day incarceration; 1 year supervised release; $939,917 restitution; $50,000 fine |
| Cittadini, Roberto | W.D. Wash. | 09-cr-344 | 1/8/2010 | $17,985 | 10-16 mos | 10 mos | Time served; 1 year supervised release with 6 months home confinement; $17,985 restitution; $10,000 fine |
| Eisenberg, Arthur Joel | W.D. Wash. | 10-cr-369 | 3/4/2011 | $30,000 - $80,000 | 12-18 mos | 12 mos | 0 incarceration; 3 years probation; $25,000 fine |
| Mitchem, Jarrett | W.D.N.C | 14-cr-35 | 2/18/2016 | $151,089 | 12-18 mos | 3 mos | 9 months incarceration; 2 years supervised release; $151,089 restitution |
| Bian, Lili | W.D.N.C. | 19-cr-191 | 9/18/2019 | Not available | Not available | Not available | 0 incarceration; 1 year probation; $100 assessment |