# Exhibit 4

32

---

Von: Bernhard Lampert
Gesendet: Donnerstag, 30. April 2009 10:06:22
An: Roddy Sage; Saji Mathew; ▮
Cc: Rolf Schnellmann; ▮
▮ ; daniel.waelchli@ihagholding.ch
Betreff: New Special HK structures
Diese Nachricht wurde automatisch von einer Regel weitergeleitet.
Dear Roddy and Saji,

As you know I am coming to Hong Kong on the 19th May for a board meeting and initially planned to come alone only. However, we have now acquired a substantial amount for special transactions which requires the attention of us all. Since ▮ Rolf and ▮ are the persons dealing with these transactions, they are coming to Hong Kong too and will be there Monday 18th and Tuesday 19th of May 2009.

ASIA PRODUCTS
In addition, Rolf and ▮ have prepared products for the Asian Market and would like to discuss this with you Roddy on Monday morning at 9:00 till 13:00. They will contact you directly in regard to the issues to be discussed. They plan to fly to their contacts in Malaysia and the rest of Asia before HK to gather further information to be fully prepared when they see you. As soon as they have the products ready, we will train the European and the Asian staff. The products will be like licensing structures, real estate structures, estate tax planning instruments etc. (as we have prepared for Europeans too). Therefore, can you Roddy please reserve the morning of Monday 18th May for this meeting with Rolf and ▮? Furthermore, can you please arrange that Rolf and ▮ can meet with ▮ to discuss the Taiwan market on Monday afternoon?

SPECIAL STRUCTURES
As mentioned to you during my last visit, we now need the special structure (11 BVI plus 2 HK companies, as for ▮) to be ready immediately. As discussed in HK you will charge for the BVI about USD 700 per year for each one (respectively the third party cost only) and USD 1700 and in the following year USD 1400 for the HK companies. May I kindly ask you to start with the set-up right now and inform me as soon as it is ready (which should be before 18th May).

Conservatively we have approx. USD 0.8 B in the pipeline. The fees we agreed vary depending on the Bank or client we take care of, the share for AFP Hong Kong would be at least USD 5 M payable over the next two years (this is the share for AFP HK only, after structure cost and our share), if the deals get through.

However, since our Directors are exposing themselves extensively to their personal contacts at the Banks respectively clients, the deals have to flow as smoothly as possible. There is no room for a single mistake in one transaction otherwise the rest of the deals are lost. Therefore they need to talk to you, Roddy and ▮ personally and meet the Bank on Tuesday the 19th of May lets say at 15:30 (then I should be done with my Board meeting too and can join). Therefore please arrange for a meeting with Standard Chartered on May 19th at 15:30. At this meeting with the Bank, ▮ Rolf, I and Roddy should attend.

GENERAL
Last but not least, since Rolf will be in HK and shall be added as director and bank signatory for all accounts of AF Asia and AF HK, can I ask you ▮ to prepare all necessary documents and bank appointments for Tuesday 19th May morning, so he could sign everything and go to the banks where needed?

Please let me know at the latest by the mid of next week if all is fine as outlined above, that we can arrange the flights.

Best regards

Bernhard

**Allied Finance**

Bahnhofstrasse 14　　　Kirchstrasse 12
CH-8001 Zürich　　　　LI-9490 Vaduz

Phone +41 (0)43 888 62 88　　+423 237 40 10
Fax　　+41 (0)43 888 62 89　　+423 237 40 14

www.alliedfinance.com
Disclaimer:
Der Inhalt dieses E-Mails ist streng vertraulich und möglicherweise gesetzlich besonders geschützt. Dieses E-Mail ist nur für den Adressaten bestimmt. Wenn Sie nicht der beabsichtigte Empfänger sind, ist es Ihnen nicht gestattet und stellt möglicherweise einen Gesetzesverstoss dar, wenn Sie dieses E-mail kopieren, verbreiten oder anderweitig verwenden. In diesem Fall sollten Sie uns so schnell wie möglich benachrichtigen und dieses E-mail löschen.
The Information of this e-mail is strictly confidential and may be legally privileged. It is intended solely for the adressee. If you are not the intended recepient, any copying, distribution or any other use of this email is prohibited and may be unlawful. In such case, you should notify us immediately and destroy this email.