# Exhibit 5

| Von: | Wälchli Daniel <Waelchli@ihagholding.ch> |
|---|---|
| Gesendet: | Dienstag, 23. Juni 2009 13:47 |
| Betreff: | WG: |
| Anlagen: | Structure - 23 Jun 09.doc |

Gerade erhalten...

---

**Von:** 
**Gesendet:** Dienstag, 23. Juni 2009 13:39
**An:** Wälchli Daniel
**Cc:** roddy.sage@afpglobal.com
**Betreff:**

Hi Dani!

Please see attached for your information. Thank you.

**AFP Holdings Limited**
**A member of the AFP Group**
28/F Tesbury Centre
28 Queen's Road East
Hong Kong

: www.afpglobal.com

## Structure

