# Exhibit 6

Betreff: WG: instructions "A"
Datum: Dienstag, 20. Oktober 2009 15:45
Von: Rolf Schnellmann <Rolf.Schnellmann@alliedfinance.com>
An: "\"rolf.schnellmann@sicg.biz\"" <rolf.schnellmann@sicg.biz>

---

**Von:** [redacted]
Gesendet: Dienstag, 20. Oktober 2009 15:45:22
An: [redacted]
Cc: Rolf Schnellmann
Betreff: AW: instructions "A"
Diese Nachricht wurde automatisch von einer Regel weitergeleitet.
For clarification: my prior email re transfer of funds "A" is no longer valid.

Cheers

J

---

**Von:** Rolf Schnellmann
**An:** [redacted]
**Gesendet:** Tue Oct 20 15:40:55 2009
**Betreff:** instructions

dear [redacted]

I just had a meeting with Daniel Wälchli and we have changed slightly the fee schedule. Please do not move any funds until you receive from me corrected instructions.

I understand that you are not available tomorrow. Therefore we will prepare adjusted instructions in the course of tomorrow.

Please confirm receipt of this mail asap

Thanks and have a good evening

best

..................................
Rolf Schnellmann TEP
dipl. Steuerexperte
**Allied Finance Trust AG**
CEO, Sitzleiter
Bahnhofstrasse 14
CH-8022 Zürich

Telefon          +41 43 888 62 88
Fax              +41 43 888 62 89
Mobile           +41 79 689 17 51