# Exhibit 7

Betreff: WG: Helvetic Transfer
Datum: Freitag, 27. November 2009 13:40
Von: Rolf Schnellmann <Rolf.Schnellmann@alliedfinance.com>
An: "\"rolf.schnellmann@sicg.biz\"" <rolf.schnellmann@sicg.biz>

---

Von: [redacted]
Gesendet: Freitag, 27. November 2009 13:40:32
An: [redacted]
Cc: Rolf Schnellmann; 'Wälchli Daniel'; [redacted] Roddy Sage
Betreff: Helvetic Transfer
Diese Nachricht wurde automatisch von einer Regel weitergeleitet.

Dear Saji,

Please be informed that the transferred amount has arrived.

Thank you for your kind support and a nice weekend.

Kind regards,

[redacted]

From: [redacted]
Sent: Friday, November 27, 2009 8:33 PM
To: [redacted]
Subject: AW: Account 63001 Helvetic

Dear [redacted]

I can confirm that the funds are in the account now.

Thank you and regards,

[redacted]

Von: [redacted]
Gesendet: Freitag, 27. November 2009 07:44
An: [redacted]
Betreff: Account 63001 Helvetic

Dear [redacted].

Regarding the transfer mentioned yesterday — please be informed about the transfer reference number:

2020T09112701420

Kindly confirm the funds received in the account.

Kind regards,

Helvetic Investments Pte. Ltd.

6 Battery Road, #11-02, Singapore 049909

Reg. No. 200912670W

Important Note: The opinions expressed in this message and/ or any attachments are those of the author and not necessarily those of Helvetic Investments Pte. Ltd. or its affiliates. There is no guarantee that this message and its content may be accurate, private or confidential, and it may have been altered by unauthorized sources without your or our knowledge. Nothing in the message is capable or intended to create any legally binding obligations on either party. Helvetic Investments Pte. Ltd. accepts no responsibility for loss or damage from its use, including