MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
(212) 880-9470

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 31, 2024

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:  *United States v. Ivo Bechtiger et al.*, No. 20 Cr. 497 (GHW)

Dear Judge Woods:

  This firm represents Daniel Wälchli, the defendant in the above-captioned matter. We write to inform the Court of an error in our sentencing submissions. *See* Dkt. Nos. 104, 107.

  In our papers, we cite to *United States v. Velazquez*, No. 16-cr-233 (AKH), 2017 WL 2782037 (S.D.N.Y. May 26, 2017), for the proposition that courts in this district have recognized empirical evidence demonstrating that general deterrence is served by certainty rather than severity of punishment. In preparing for Mr. Wälchli's sentencing hearing, we realized that the cited document is actually a sentencing memorandum submitted by the defendant as opposed to an opinion. We apologize for the incorrect citation in our papers, and any inconvenience it caused the Court.

           Respectfully submitted,

           /s/ *Jeremy H. Temkin*
           Jeremy H. Temkin
           Richard F. Albert
           Joshua Philip Bussen
           *Counsel to Daniel Wälchli*

cc:  AUSA Olga Zverovich (by ECF)
    SAUSA Nanette Davis (by ECF)