```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　- v. -　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　20 Cr. 497 (GHW)
IVO BECHTIGER, et al.,　　　　　　)
　　　　　　　　　　　　　　　　　)　　[PROPOSED] ORDER
　　　　　　　　Defendants.　　　　)
　　　　　　　　　　　　　　　　　)

IT IS HEREBY ORDERED, upon the application of defendant Daniel Wälchli, that Mr. Wälchli's personal recognizance bond in this matter, see Dkt. No. 25, is hereby exonerated and the Clerk of Court is directed to release the one million dollars ($1,000,000.00) that was posted as security for Mr. Wälchli's personal recognizance bond.

IT IS SO ORDERED

_____
Gregory H. Woods
United States District Judge

Dated: April 5, 2024