UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2024
```

UNITED STATES OF AMERICA,

- v. -

IVO BECHTIGER, et al.,

Defendants.

20 Cr. 497 (GHW)

~~[PROPOSED]~~ ORDER

WHEREAS, by Order dated April 5, 2024, the Court exonerated the defendant Daniel Wälchli's personal recognizance bond and directed the Clerk of Court to release the one million dollars ($1,000,000.00) (the "Funds") that was posted as security for that bond; and

WHEREAS, Mr. Wälchli's counsel—Morvillo Abramowitz Grand Iason & Anello PC—deposited the Funds and is listed as the entity to which the Funds should be returned;

IT IS THEREFORE ORDERED THAT the Clerk of Court shall release the Funds to Mr. Wälchli's counsel, Morvillo Abramowitz Grand Iason & Anello PC. Mr. Wälchli's counsel shall provide payment information to the Clerk's office.

IT IS SO ORDERED

_____
Gregory H. Woods
United States District Judge

Dated: April 24, 2024